UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,
Plaintiffs,

v.

ALBIN MARINE, INC., STANDISH BOAT YARD, INC., and POINT JUDITH MARINA, LLC
Defendants.

CA 06 190S

April 19, 2006

APPEARANCE

Please enter the appearance of Frederick A. Lovejoy, Esq., of Lovejoy & Associates, on behalf of Plaintiff Northern Insurance Company of New York and Nicholas Picchione, II.

Dated: Providence, Rhode Island
April 19, 2006

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York and Nicholas Picchione, II

By: ______________________
Frederick A. Lovejoy (Bar No. 53[illegible])
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneAppearance.doc