UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF
NEW YORK AND NICHOLAS :
PICCHIONE, II, :
Plaintiffs, :
:
v. : 06 190 S
:
ALBIN MARINE, INC., :
STANDISH BOAT YARD, INC., :
and POINT JUDITH MARINA, LLC :
Defendants. : April 19, 2006

NOTICE OF MANUAL FILING

Please take notice that plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II, have manually filed the following documents or things:

1) Appearance and
2) Complaint

These documents have not been filed electronically because

[ X ] the documents or things cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[ ] the electronic file size of the document exceeds 1.5 megabytes
[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

Dated: Providence, Rhode Island
April 19, 2006

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York and Nicholas Picchione, II

By: ______________________
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneNotice.doc