UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,
Plaintiffs,

v.

ALBIN MARINE, INC., STANDISH BOAT YARD, INC., and POINT JUDITH MARINA, LLC
Defendants.

CA 06-190-S

v.

NICHOLAS PICCHIONE, II
Counter Defendant

August 11, 2006

## APPEARANCE

Please enter the appearance of Frederick A. Lovejoy, Esq., of Lovejoy & Associates, on behalf of Counter Defendant, Nicholas Picchione, II.

Dated: Providence, Rhode Island
August 11, 2006

Lovejoy & Associates
Attorneys for Counter Defendant,
Nicholas Picchione, II

By: ______________________
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneAppearance2.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on August 11, 2006, postage prepaid, to:

Stephen T. Armato, Esq.
Cetrulo & Capone, LLP
321 South Main Street
Providence, Rhode Island 02903

Stephen I. Lipman, Esq.
Stephen I. Lipman, P.C.
45 Bromfield Street
Boston, Massachusetts 02108-4106

Frederick A. Lovejoy