# United States District Court

DISTRICT OF RHODE ISLAND

Northern Insurance Company of New York
and Nicholas Picchione, II,

Plaintiffs,

-against-

Albin Marine, Inc., Standish
Boat Yard, Inc., and Point
Judith Marina, LLC

Defendants.

## SUMMONS IN A CIVIL CASE

[redacted] 06 1905

TO: Albin Marine, Inc.
143 River Road
Cos Cob, Connecticut 06807

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747

an answer to the complaint which is herewith served upon you, within -20- days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/21/06

(BY) DEPUTY CLERK

PicchioneAlbinSummons.doc

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8/1/06 |
| NAME OF SERVER (PRINT) Joseph Burceh | TITLE STATE MARSHAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (*specify*): Left copies at usual Place of abode of Agent for Service Fred A. Peters 37 Mohawk Lane, Greenwich CT 06830

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.445 × 24 = 10.68 | 30.00 Pages 14.00 End 5.10 | 59.78 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/2/06
Date

[signature]
Signature of Server

PO Box 11033 Greenwich CT 06831
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on August 7, 2006, postage prepaid, to:

Stephen T. Armato, Esq.
Cetrulo & Capone, LLP
321 South Main Street
Providence, Rhode Island 02903

Stephen I. Lipman, Esq.
Stephen I. Lipman, P.C.
45 Bromfield Street
Boston, Massachusetts 02108-4106

Frederick A. Lovejoy