# United States District Court

DISTRICT OF RHODE ISLAND

Northern Insurance Company of New York
and Nicholas Picchione, II,

Plaintiffs,

## SUMMONS IN A CIVIL CASE

-against-

Albin Marine, Inc., Standish
Boat Yard, Inc., and Point
Judith Marina, LLC

Defendants.

06 190 S

TO: Standish Boat Yard, Inc.
1697 Main Road
Tiverton, Rhode Island 02878

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747

an answer to the complaint which is herewith served upon you, within -20- days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/21/06

(BY) DEPUTY CLERK

PicchioneStandishSummons.doc

AO 440 (Rev. 10/93) Summons In a Civil ... -SDNY WEB 4/99

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 8-3-06 |
|---|---|
| NAME OF SERVER (PRINT) John V Esposito | TITLE RI Constable |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1657 Main Rd Tiverton Served John M Brimicombe Agent + owner

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-3-06
Date

John V Esposito
Signature of Server

72 Fountain ave Cranston RI 02920
Address of Server

X John M. Brimicombe
JOHN M BRIMICOMBE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on August 11, 2006, postage prepaid, to:

Stephen T. Armato, Esq.
Cetrulo & Capone, LLP
321 South Main Street
Providence, Rhode Island 02903

Stephen I. Lipman, Esq.
Stephen I. Lipman, P.C.
45 Bromfield Street
Boston, Massachusetts 02108-4106

Frederick A. Lovejoy