UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. NO. 06-190S

NORTHERN INSURANCE COMPANY
OF NEW YORK AND NICHOLAS
PICCHIONE, II,
Plaintiffs

vs.

ALBIN MARINE, INC.
STANDISH BOAT YARD, INC.,
AND POINT JUDITH MARINA, LLC
Defendants

ANSWER, COUNTERCLAIM, AND JURY DEMAND
OF DEFENDANT STANDISH BOAT YARD, INC.

The defendant, Standish Boat Yard, Inc. ("SBY") hereby responds to the allegation of the plaintiffs, Northern Insurance Company of New York ("Northern") and Nicholas Picchione ("Picchione") (collectively "Plaintiffs"), in numbered paragraphs corresponding to those of the Complaint, all pursuant to Fed.R.Civ.P.8. Whenever headings appearing in the Complaint are repeated here, that repetition is solely for ease of reference, and is without prejudice.

1. This paragraph does not allege well-pleaded facts but instead sets forth a conclusion of law as to which SBY is not obliged to respond. To the extent any response is deemed to be required, SBY puts plaintiffs to their proof.

2. This paragraph does not allege well-pleaded facts but instead sets forth a conclusion of law as to which SBY is not obliged to respond. To the extent any response is deemed to be required, SBY puts plaintiffs to their proof.

3. SBY is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. SBY, for the purposes of the present action only, elects not to contest the allegations of this paragraph.

5. SBY, for the purposes of the present action only, elects not to contest the allegations of this paragraph.

6. SBY, for the purposes of the present action only, elects not to contest the allegations of this paragraph.

7. SBY, for the purposes of the present action only, elects not to contest the allegations of this paragraph.

8. SBY, for the purposes of the present action only, elects not to contest the allegations of this paragraph.

**Count I**

*(caption repeated only for the purpose of avoiding incomprehensibility)*

1. SBY admits the allegations contained in this paragraph

2. Denied. SBY understands that, among other things, the vessel in question was run aground at least twice before April 25, 2005, and running aground is not an intended purpose of such a vessel.

3. This paragraph is ungrammatical and incomprehensible, but in any event its averments are denied.

4. This paragraph is ungrammatical and incomprehensible, but in any event its averments are denied.

5. SBY denies that it manufactured the subject vessel but denies

that the vessel was defective and denies that the vessel was not reasonably fit for the purpose for which it was intended when sold.

6. SBY denies that the vessel was defective and denies that it was not reasonably fit condition (sic) and therefore denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

**Count II**

*(caption repeated only for the purpose of avoiding incomprehensibility)*

1-14 The complaint contains no paragraphs whatsoever numbered 9 through 14, and thus it is impossible to understand what a defendant is supposed to respond to with regard to the paragraphs with those numbers. As to any paragraphs that actually contain any contents, SBY hereby restates and incorporates by reference its responses to them (as reflected above), all as if the responses were set forth here at full length.

15. SBY denies all of the the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

16. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

17. SBY is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

**Count III**

*(caption repeated only for the purpose of avoiding incomprehensibility)*

1-14 The complaint contains no paragraphs whatsoever numbered 9 through 14, and thus it is impossible to understand what a defendant is supposed to respond to with regard to the paragraphs with those numbers. As to any paragraphs that actually contain any contents, SBY hereby restates and incorporates by reference

its responses to them (as reflected above), all as if the responses were set forth here at full length.

15. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

16. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

17. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

**Count IV**

*(caption repeated only for the purpose of avoiding incomprehensibility)*

1-14 The complaint contains no paragraphs whatsoever numbered 9 through 14, and thus it is impossible to understand what a defendant is supposed to respond to with regard to the paragraphs with those numbers. As to any paragraphs that actually contain any contents, SBY hereby restates and incorporates by reference its responses to them (as reflected above), all as if the responses were set forth here at full length.

15. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

16. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

17. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

**Count V**

*(caption repeated only for the purpose of avoiding incomprehensibility)*

1-14 The complaint contains no paragraphs whatsoever numbered 9 through 14, and thus it is impossible to understand what a defendant is supposed to respond to with regard to the paragraphs with those numbers. As to any paragraphs that actually contain any contents, SBY hereby restates and incorporates by reference its responses to them (as reflected above), all as if the responses were set forth here at full length.

15. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

16. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

18. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

**Count VI**

*(caption repeated only for the purpose of avoiding incomprehensibility)*

1-14 The complaint contains no paragraphs whatsoever numbered 9 through 14, and thus it is impossible to understand what a defendant is supposed to respond to with regard to the paragraphs with those numbers. As to any paragraphs that actually contain any contents, SBY hereby restates and incorporates by reference its responses to them (as reflected above), all as if the responses were set forth

here at full length.

15. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

16. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

19. SBY denies the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

**Count VII**

*(caption repeated only for the purpose of avoiding incomprehensibility)*

1-14 The complaint contains no paragraphs whatsoever numbered 9 through 14, and thus it is impossible to understand what a defendant is supposed to respond to with regard to the paragraphs with those numbers. As to any paragraphs that actually contain any contents, SBY hereby restates and incorporates by reference its responses to them (as reflected above), all as if the responses were set forth here at full length.

15. This paragraph makes no allegations relating to the liability of SBY, wherefore SBY declines to respond. To the extent that any other response is deemed required, SBY is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

16. This paragraph makes no allegations relating to the liability of SBY, wherefore SBY declines to respond. To the extent

that any other response is deemed required, SBY is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

**Count VIII**

*(caption repeated only for the purpose of avoiding incomprehensibility)*

1-14 The complaint contains no paragraphs whatsoever numbered 9 through 14, and thus it is impossible to understand what a defendant is supposed to respond to with regard to the paragraphs with those numbers. As to any paragraphs that actually contain any contents, SBY hereby restates and incorporates by reference its responses to them (as reflected above), all as if the responses were set forth here at full length.

15. This paragraph makes no allegations relating to the liability of SBY, wherefore SBY declines to respond. To the extent that any other response is deemed required, SBY is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

16. This paragraph makes no allegations relating to the liability of SBY, wherefore SBY declines to respond. To the extent that any other response is deemed required, SBY is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

17. This paragraph makes no allegations relating to the liability of SBY, wherefore SBY declines to respond. To the extent that any other response is deemed required, SBY is without knowledge or information sufficient to form a belief as to

the truth of the allegations contained in this paragraph.

18. This paragraph makes no allegations relating to the liability of SBY, wherefore SBY declines to respond. To the extent that any other response is deemed required, SBY is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

**Count IX**

*(caption repeated only for the purpose of avoiding incomprehensibility)*

1-14 The complaint contains no paragraphs whatsoever numbered 9 through 14, and thus it is impossible to understand what a defendant is supposed to respond to with regard to the paragraphs with those numbers. As to any paragraphs that actually contain any contents, SBY hereby restates and incorporates by reference

its responses to them (as reflected above), all as if the responses were set forth here at full length.

17. This paragraph makes no allegations relating to the liability of SBY, wherefore SBY declines to respond. To the extent that any other response is deemed required, SBY is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

18. This paragraph makes no allegations relating to the liability of SBY, wherefore SBY declines to respond. To the extent that any other response is deemed required, SBY is without knowledge or information sufficient to form a belief as to

the truth of the allegations contained in this paragraph.

19. This paragraph makes no allegations relating to the liability of SBY, wherefore SBY declines to respond. To the extent that any other response is deemed required, SBY is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

20. This paragraph makes no allegations relating to the liability of SBY, wherefore SBY declines to respond. To the extent that any other response is deemed required, SBY is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

**First Affirmative Defense**

Recovery against the defendant Standish is barred because this claim was not brought within the applicable period required by law.

**Second Affirmative Defense**

The Plaintiffs may not recover against the defendant Standish because they are guilty of laches in the bringing of this claim.

**Third Affirmative Defense**

This Court lacks jurisdiction over the defendant Standish.

**Fourth Affirmative Defense**

Recovery against the defendant Standish is barred because if Plaintiffs suffered any damages, such damages were not proximately caused by any acts or omissions of the defendant Standish.

**Fifth Affirmative Defense**

Plaintiffs are barred from any recovery from the defendant Standish because the plaintiffs assumed the risk of injuries and damages.

**Sixth Affirmative Defense**

Plaintiffs are barred from any recovery from the defendant Standish because the plaintiffs, by their own negligence, contributed directly and proximately to their own injuries and damages.

**Seventh Affirmative Defense**

Plaintiffs are barred from any recovery from the defendant Standish because the negligence of the Plaintiffs exceeded the negligence, if any, of the defendant Standish.

**Eighth Affirmative Defense**

Recovery against the defendant Standish is barred because the damages suffered by the Plaintiffs, if any, were caused by acts of third parties whose actions Standish had no reason to anticipate, and/or by parties of whom Standish had no knowledge and over whom Standish exercises no control.

**Ninth Affirmative Defense**

Plaintiffs may not recover from the defendant Standish because if any of their alleged injuries and damages were caused by a product manufactured or sold by Standish the injuries were caused by misuse of the product.

**Tenth Affirmative Defense**

Plaintiffs may not recover from the defendant Standish because the product that is the subject of this action had been altered by the time of the accident that is the subject of this complaint.

**Eleventh Affirmative Defense**

Plaintiffs are barred from recovery from the defendant Standish because the defect, if any, in the product in this case was obvious.

**Twelfth Affirmative Defense**

Recovery against the defendant Standish is barred because there was insufficiency of process and service of process.

**Thirteenth Affirmative Defense**

All rights of recovery against the defendant Standish are limited by the terms and conditions of any warranty that may be applicable to the product in this action.

**Cross-claim of Defendant, Standish Boat Yard, Inc. Against the Defendant Albin Marine, Inc.**

1. At all times Standish Boat Yard was acting on behalf of and as an agent of Albin Marine, Inc. in the sale and outfitting of the motor vessel M/V EVEREADY.
2. As such an agent, the principal is responsible for any alleged deficiencies, negligence, warranties, or other liabilities of any description and nature and that Albin Marine is responsible to Standish Boat Yard, Inc. as a principal and Standish Boat Yard is entitled to be held harmless and to be indemnified on account of any damages, judgments, costs and attorney's fees incurred in the defense of this action and in the prosecution of any cross-claims thereunder.

**Cross-claim of Defendant, Standish Boat Yard, Inc. Against the Defendant Point Judith Marina, LLC**

3. To the extent that the plaintiffs were damaged or injured in any way, said damages or injuries were due to the negligence and/or breach of contract of the defendant, Point Judith Marina, LLC, its agents, servants or employees and that accordingly, the defendant Standish Boat Yard is entitled to be reimbursed, indemnified and held harmless for any judgment against it in this matter, including without limitation all costs and attorney's fees expended in the defense of the action as well as the prosecution of the cross-claim.

**Jury Demand**

SBY demands trial by jury on all issues so triable, both on the plaintiff's complaint, and as to SBY's cross-claims.

Respectfully submitted,

Standish Boat Yard, Inc.

By its attorney,

Stephen I. Lipman
45 Bromfield Street
Boston, MA 02108-4160
(617) 723-2900
Fx (617) 723-2992

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed postage prepaid/ e-mailed to the following on 8/23/06 ,2006:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
1536 Westminister Street
Providence, Rhode Island 02909

Stephen T. Armato, Esq.
Cetrulo & Capone, LLP
321 South Main Street
Providence, Rhode Island 02903

Stephen McInnis Esq.
Gregory Klaiber, Esq.
38 Belleview Avenue
Newport, Rhode Island 02840

Stephen I. Lipman