UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. NO. 06-190S

NORTHERN INSURANCE COMPANY
OF NEW YORK AND NICHOLAS
PICCHIONE, II,
Plaintiffs

vs.

ALBIN MARINE, INC.
STANDISH BOAT YARD, INC.,
AND POINT JUDITH MARINA, LLC
Defendants

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as counsel for the Defendant, Standish Boat Yard, Inc. in the above entitled action.

Stephen I. Lipman
45 Bromfield Street
Boston, MA 02108-4106
(617) 723-2900
FX (617) 723-2992

# CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed postage prepaid/ e-mailed to the following on 8/23 ,2006:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
1536 Westminister Street
Providence, Rhode Island 02909

Stephen T. Armato, Esq.
Cetrulo & Capone, LLP
321 South Main Street
Providence, Rhode Island 02903

Stephen McInnis Esq.
Gregory Klaiber, Esq.
38 Belleview Avenue
Newport, Rhode Island 02840

Stephen I. Lipman