UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | |
| v. | : | C.A. 06-190S |
| ALBIN MARINE, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC, Defendants | : | |

DEFENDANT ALBIN MARINE, INC.'S MOTION TO DISMISS

Now comes Albin Marine, Inc., pursuant to Rule 12(b) of Rules of Civil Procedure, and moves to dismiss Plaintiffs' complaint. In support of its motion, Albin Marine, Inc. refers the court to its Memorandum of Law and Affidavit in Support of Motion to Dismiss submitted herewith.

WHEREFORE, Albin Marine, Inc. respectfully requests that its Motion to Dismiss be granted.

Albin, Marine, Inc.,
By Its Attorneys,

Gregory B. Klaiber (Bar # 2114)
38 Bellevue Avenue
Newport, Rhode Island 02840
(401) 846-3951

# CERTIFICATION

TO: Frederick A. Lovejoy, Esq.
Lovejoy & Associates
1563 Westminster Street
Providence, Rhode Island 02909

I certify that I mailed a true copy of the foregoing Motion to Dismiss to the Plaintiff's Attorney, Frederick A. Lovejoy at the above listed address by regular mail, postage prepaid, on this 22nd day of August, 2006.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | |
| v. | : | C.A. 06-190S |
| ALBIN MARINE, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC, Defendants | : | |

MEMORANDUM IN SUPPORT OF DEFENDANT ALBIN MARINE, INC.'S MOTION TO DISMISS

Now comes Defendant Albin Marine, Inc.'s (hereinafter "Albin Marine") and submits this memorandum of law in support of its Motion to Dismiss.

FACTS

Albin Marine is a Delaware corporation with a principal place of business at 143 River Road, Cos Cob, Connecticut, and was engaged in the business of importing boats from Sweden. Plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II (hereinafter "Plaintiffs") allege in their complaint that Albin Marine designed and constructed the vessel at issue in this case, the M/V EVEREADY.

ARGUMENT

Albin Marine's argument in this case is simple. As set forth in the affidavit filed in support of its Motion to Dismiss, it nether designed, constructed, distributed nor sold the

M/V EVEREADY. As such, Plaintiffs' complaint is fatally defective and should be dismissed.

## CONCLUSION

For the reasons set forth above, Albin Marine respectfully requests that its Motion to Dismiss be granted.

Respectfully Submitted,
Albin, Marine, Inc.,
By Its Attorneys,

Gregory B. Klaiber (Bar # 2114)
38 Bellevue Avenue
Newport, Rhode Island 02840
(401) 846-3951

## CERTIFICATION

TO: Frederick A. Lovejoy, Esq.
Lovejoy & Associates
1563 Westminster Street
Providence, Rhode Island 02909

I certify that I mailed a true copy of the foregoing Memorandum in Support of Motion to Dismiss to the Plaintiff's Attorney, Frederick A. Lovejoy at the above listed address by regular mail, postage prepaid, on this 22nd day of August, 2006.