UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,
Plaintiffs,

v.

ALBIN MARINE, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC,
Defendants

C.A. 06-190S

AFFIDAVIT IN SUPPORT OF DEFENDANT ALBIN MARINE, INC.'S MOTION TO DISMISS

Now comes Fred W. A. Peters, President of Defendant Albin Marine, Inc. (hereinafter "Albin Marine") and submits this affidavit in support of the attached Motion to Dismiss.

I, Fred W. A. Peters, having been duly sworn, under oath, depose and say as follows:

1. As President of Albin Marine, Inc., I am personally familiar with the facts hereinafter stated.

2. Albin Marine is a Delaware corporation with its principal place of business located at 143 River Road, Cos Cob, Connecticut, 06807.

3. Albin Marine, Inc., was incorporated on February 10, 1975.

4. Albin Marine, Inc., is a dormant corporation that in the past imported boats from Sweden.

5. Albin Marine, Inc., never designed, built, distributed or sold the M/V EVEREADY.

Fred W. A. Peters, Affiant

Sworn to and subscribed before on this 22nd day of August, 2006.

My Commission Exp. Sep. 30, 2008

Notary Public

CERTIFICATION

TO: Frederick A. Lovejoy, Esq.
Lovejoy & Associates
1563 Westminster Street
Providence, Rhode Island 02909

I certify that I mailed a true copy of the foregoing Affidavit in Support of Motion to Dismiss to the Plaintiff's Attorney, Frederick A. Lovejoy at the above listed address by regular mail, postage prepaid, on this 22nd day of August, 2006.