UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | |
| v. | : | |
| ALBIN MARINE, INC., STANDISH BOAT YARD, INC., and POINT JUDITH MARINA, LLC Defendants. | : | CA 06-190-S |
| v. | : | |
| NICHOLAS PICCHIONE, II Counter Defendant | : | August 29, 2006 |

MOTION, ON CONSENT, FOR AN EXTENSION OF TIME, I.E., TO AND INCLUDING OCTOBER 2, 2006, IN WHICH TO FILE PLAINTIFF'S OBJECTION TO DEFENDANT ALBIN MARINE, INC.'S MOTION TO DISMISS

Now comes plaintiffs, Northern Insurance Company of New York and Nicholas Picchione, II, and move this Court, on consent, for an extension of time to and including October 2, 2006 in which to file their objection to defendant Albin Marine, Inc.'s Motion to Dismiss.

1. That the undersigned has spoken to counsel for all of the parties and they each have consented to plaintiffs' request for an extension of time to, and including, October 2, 2006, for the plaintiffs to file their responses to defendant Albin Marine, Inc.'s Motion to Dismiss.

2. That the additional time is necessary in order for the undersigned to conduct a thorough investigation into defendant Albin Marine, Inc.'s claims and to, thereafter, draft plaintiffs' response thereto.

3. That the instant request is not being made for purposes of harassment or delay, but to insure that the Court renders a just and equitable decision in respect to defendant Albin Marine, Inc.'s Motion to Dimiss.

Dated: Providence, Rhode Island
August 29, 2006

Lovejoy & Associates
Attorneys for Plaintiffs,
Northern Insurance Company of
New York and Nicholas Picchione, II,

By:____________________

Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneMotionExtTime.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on August 29, 2006, postage prepaid, to:

Stephen T. Armato, Esq.
Cetrulo & Capone, LLP
The Heritage Building
321 South Main Street
Providence, Rhode Island 02903

Gregory B. Klaiber
39 Bellevue Avenue
Newport, Rhode Island 02840

Stephen I. Lipman, Esq.
Stephen I. Lipman, P.C.
45 Bromfield Street
Boston, Massachusetts 02108-4106

Frederick A. Lovejoy