UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | |
| v. | |
| ALBIN MARINE, INC., STANDISH BOAT YARD, INC., and POINT JUDITH MARINA, LLC Defendants. | CA 06-190-S |
| v. | |
| NICHOLAS PICCHIONE, II Counter Defendant | September 13, 2006 |

## MOTION ON CONSENT TO AMEND AND/OR SUBSTITUTE THE CORRECT NAME OF DEFENDANT ALBIN MARINE, INCORPORATED TO ALBIN MANUFACTURING, INCORPORATED

Now comes plaintiffs, Northern Insurance Company of New York and Nicholas Picchione, II, and move this Court on the consent of all defendants for an Order amending and/or substituting the name of Albin Manufacturing, Incorporated in place of Albin Marine, Incorpated and in support of it's motion states as follows:

1. That plaintiff's counsel has spoken to counsel for each of the defendants and all defendants consent to this motion.

2. That plaintiffs, Northern Insurance Company of New York and Nicholas Picchione, II, inadvertently styled the name of Albin Manufacturing, Incorporated as Albin Marine, Incorporated in this matter.

3. That the parties wish to correct plaintiffs' incorrect styling of defendant Albin Manufacturing Incorporated's name.

4. That should the Court grant the Instant Order, the Court's Order will make moot by agreement defendant Albin Manufacturing, Incorporated's Motion to Dismiss (Docket No.: 11).

5. That counsel for Albin Manufacturing, Incorporated, Gregory B. Klaiber, Esq., who has appeared on behalf of Albin Manufacturing, Incorporated, has agreed to appear and respond on behalf of Albin Manufacturing, Incorporated.

SO ORDERED:

David L Martin
U.S.M.J. 9-18-06

Dated: Providence, Rhode Island
September 13, 2006

Lovejoy & Associates
Attorneys for Plaintiffs,
Northern Insurance Company of
New York and Nicholas Picchione, II,

By: /S/
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneMotionAmendName.doc