**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| |
|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II<br>Plaintiffs<br>v.<br>ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.<br>Defendants |

CIVIL ACTION NO. 06-190-S

**ANSWER TO CROSS-CLAIM AND JURY DEMAND**

The defendant, Point Judith Marina LLC ("PJM") hereby responds to the allegations of plaintiff-in-crossclaim Albin Manufacturing, Inc. ("Albin").

PJM denies the allegations of the cross-claim of Albin. To the extent any further response is deemed to be required, PJM puts Albin to its proof.

**JURY DEMAND**

PJM demands trial by jury on all issues so triable.

Dated: November 20, 2006

**POINT JUDITH MARINA, INC.**
By its attorney,

/s/ Stephen T. Armato

Stephen T. Armato, R. I. Bar #6395
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com

**CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that on this 20th day of November, 2006, I have served the above documents on the following counsel of record electronically as well as via postage pre-paid United States First Class Mail:

Frederick A. Lovejoy, Esq.
LOVEJOY & ASSOCIATES
c/o LIBERATI & PERETTI LLP
1536 Westminster Street
Providence, Rhode Island 02909
lovejoyadm@aol.com

And

276 Center Road
Easton, CT 06612-1604

Gregory B. Klaiber, Esq.
39 Bellevue Avenue
Newport, RI 02840
gbklaiber@hotmail.com

Stephen I. Lipman, Esq.
45 Bromfield Street, 8th Floor
Boston, MA 02108-4106
Lipman.law@cox.net

/s/ Stephen T. Armato
Stephen T. Armato, R. I. Bar #6395
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com