**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II<br>Plaintiffs<br>v.<br>ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.<br>Defendants | CIVIL ACTION NO. 06-190-S |

## MOTION FOR ADMISSION *PRO HAC VICE*

The defendant, Point Judith Marina LLC ("PJM") hereby moves, by its undersigned counsel, that the Court admit Michael J. Rauworth, Esq., to participate in this action, as its counsel *pro hac vice*. Mr. Rauworth's certification is attached below.

WHEREFORE, PJM urges that the Court admit Michael Rauworth as its counsel in this matter *pro hac vice*.

Dated: November 20, 2006

**POINT JUDITH MARINA, INC.**
By its attorney,

/s/ Stephen T. Armato
Stephen T. Armato, R. I. Bar #6395
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Te: (401) 274-7850
Fx: (401) 274-9670
Email: sarmato@cetcap.com

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I, Michael J. Rauworth, hereby certify as follows:

1. I am a member in good standing of the bar of the Commonwealth of Massachusetts (active) and of the District of Columbia (inactive), and of the following federal courts: The United States Supreme Court; The United States Court of Appeals for the First Circuit, The United States Court of Appeals for the Second Circuit, and the United States District Court for the District of Massachusetts. My eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime, nor any other than minor traffic offenses.

4. Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the proceeding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Michael Rauworth
Signature of *Pro Hac Vice* Applicant

Michael John Rauworth — Print Name

547711 — Massachusetts Board of Bar Overseers Number

Cetrulo & Capone LLP — Firm Name

Two Seaport Lane — Suite 1000 — Business Address

617-217-5219 — Tel. #

617-217-5200 — Fax #

---

I certify that I have read and join in the foregoing motion, and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Stephen T. Armato
Signature of Local Counsel

Stephen T. Armato 6395
Print Name Rhode Island Bar ID#

CETRULO & CAPONE LLP
Firm and Business Address
Two Seaport Lane
Boston, MA 02210

Tel. # 617-217-5252 Fax # 617-217-5200

---

**ORDER**

This motion is hereby________________________________________

________________________________
Judge William E. Smith

Date:

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on this 20th day of November, 2006, I have served the above documents on the following counsel of record electronically as well as via postage pre-paid United States First Class Mail:

Frederick A. Lovejoy, Esq.
LOVEJOY & ASSOCIATES
c/o LIBERATI & PERETTI LLP
1536 Westminster Street
Providence, Rhode Island 02909
lovejoyadm@aol.com

And

276 Center Road
Easton, CT 06612-1604

Gregory B. Klaiber, Esq.
39 Bellevue Avenue
Newport, RI 02840
gbklaiber@hotmail.com

Stephen I. Lipman, Esq.
45 Bromfield Street, 8th Floor
Boston, MA 02108-4106
Lipman.law@cox.net

/s/ Stephen T. Armato
Stephen T. Armato, R. I. Bar #6395
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com