UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II
Plaintiffs
v.
ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.
Defendants

CIVIL ACTION NO. 06-190-S

## STATEMENT OF ELEMENTS

The defendant, Point Judith Marina LLC ("PJM") hereby submits its statement of elements regarding its counterclaim, as called for in the Court's order dated November 1, 2006.

PJM's counterclaim sounds in indemnity. It is based on a written storage agreement, pursuant to which plaintiff Picchione kept his boat at PJM.

That agreement expressly provides as follows: "Tenant hereby covenants, warrants, and agrees to indemnify and hold Marina harmless from any loss or injury, including death, to any person, including the Tenant, arising out of any incident occurring on or about the Tenant's vessel, a vessel of any patron of the Marina or on the premises of the Marina."

Plaintiffs will seek to prove that the Picchione boat — the M/V *Eveready* — sank while tied up at the facilities of PJM. PJM, as plaintiff in counterclaim, would expect to prove that the plaintiff Picchione signed the agreement containing the above language.

Maritime law recognizes contractual indemnity as valid, and it awards legal fees for the defense of the first-party claim. *See, Texas Eastern Transmission Corp. v. McMoRan Offshore Exploration Co.*, 877 F.2d 1214 (5th Cir. 1989); *Randall v. Chevron U.S.A.*, 788 F.Supp. 1391 (E.D. La. 1992)

WHEREFORE, PJM seeks the judgment of the Court in its favor.

Dated: November 20, 2006

**POINT JUDITH MARINA, INC.**
By its attorney,

__/s/ Stephen T. Armato_________
Stephen T. Armato, R. I. Bar #6395
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on this 20th day of November, 2006, I have served the above documents on the following counsel of record electronically as well as via postage pre-paid United States First Class Mail:

Frederick A. Lovejoy, Esq.
LOVEJOY & ASSOCIATES
c/o LIBERATI & PERETTI LLP
1536 Westminster Street
Providence, Rhode Island 02909
lovejoyadm@aol.com

And

276 Center Road
Easton, CT 06612-1604

Gregory B. Klaiber, Esq.
39 Bellevue Avenue
Newport, RI 02840
gbklaiber@hotmail.com

Stephen I. Lipman, Esq.
45 Bromfield Street, 8th Floor
Boston, MA 02108-4106
Lipman.law@cox.net

_/s/ Stephen T. Armato__________
Stephen T. Armato, R. I. Bar #6395
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com