UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | |
| v. | : | C.A. 06-190S |
| ALBIN MARINE, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC, Defendants | : | |

ANSWER TO CROSS-CLAIM BY DEFENDANT ALBIN MARINE, INC.

The Defendant, Albin Marine, Inc., hereby responds to the allegations of the plaintiff-in-cross-claim, Standish Boat Yard, Inc., as follows:

Albin Marine, Inc., denies the allegations of the cross-claim of Standish Boat Yard, Inc. To the extent any further response is deemed to be required, Albin Marine, Inc., puts Standish Boat Yard, Inc., to its proof.

Dated: Newport, Rhode Island
November 29, 2006

Gregory B. Klaiber, Esq.
Attorney for the Defendant,
Albin, Marine, Inc.,

/s/ Gregory B. Klaiber
Gregory B. Klaiber (Bar # 2114)
38 Bellevue Avenue
Newport, Rhode Island 02840
(401) 846-3951
(401) 849-4980 fax

**CERTIFICATION**

TO: Frederick A. Lovejoy, Esq.
Lovejoy & Associates
1563 Westminster Street
Providence, Rhode Island 02909

Stephen T. Armato, Esq.
CETRULO & CPONE, LLP
321 South Main Street
Providence, Rhode Island 02903

Stephen I. Lipman, Esq.
Stephen I. Lipman, P.C.
45 Bromfield Street (8th Floor)
Boston, Massachusetts 02108-4106

Michael J. Rauworth, Esq.
CETRULO & CAPONE, LLP
Two Seaport Lane (Suite 1000)
Boston, Massachusetts 02210

I certify that I mailed a true copy of the foregoing to the above listed counsel of record by regular mail, postage prepaid, on this 29th day of November, 2006.

/s/ Gregory B. Klaiber
Gregory B. Klaiber