UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | |
| v. | C.A. 06-190S |
| ALBIN MARINE, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC, Defendants | |

## STATEMENT OF DEFENDANT ALBIN MARINE, INC.

Now comes the Defendant, Albin Marine, Inc., and says that the basis for its cross claim against the co-defendants is under the so-called compulsory cross-claim obligation of the Federal Rules of Civil Procedure.

In the cross-claim against Standish Boat Yard, Inc., the factual basis is that after the vessel was delivered by Albin Marine, Inc., and purchased by the Plaintiff it was worked on by Standish Boat Yard, Inc., and said work caused the hull to be compromised and therefore any defects in said hull should be the responsibility of Standish Boat Yard, Inc.

In the cross claim against Point Judith Marina, LLC, the factual basis is that the vessel was in the care, custody and control of Point Judith Marina, LLC, at the time it sunk and that said sinking was the direct result of the negligence of the employees of said defendant.

Dated: Newport, Rhode Island
November 29, 2006

Respectfully submitted,
Gregory B. Klaiber, Esq.
Attorney for the Defendant,
Albin, Marine, Inc.,

/s/ Gregory B. Klaiber

Gregory B. Klaiber (Bar # 2114)
38 Bellevue Avenue
Newport, Rhode Island 02840
(401) 846-3951
(401) 849-4980 fax

CERTIFICATION

TO: Frederick A. Lovejoy, Esq.
Lovejoy & Associates
1563 Westminster Street
Providence, Rhode Island 02909

Stephen T. Armato, Esq.
CETRULO & CPONE, LLP
321 South Main Street
Providence, Rhode Island 02903

Stephen I. Lipman, Esq.
Stephen I. Lipman, P.C.
45 Bromfield Street (8th Floor)
Boston, Massachusetts 02108-4106

Michael J. Rauworth, Esq.
CETRULO & CAPONE, LLP
Two Seaport Lane (Suite 1000)
Boston, Massachusetts 02210

I certify that I mailed a true copy of the foregoing to the above listed counsel of record by regular mail, postage prepaid, on this 29th day of November, 2006.

/s/ Gregory B. Klaiber
Gregory B. Klaiber