**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II<br>Plaintiffs<br>v.<br>ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.<br>Defendants | CIVIL ACTION NO. 06-190-S |

## JOINT MOTION OF THE PARTIES TO EXTEND DEADLINES

Now come the parties and jointly move that this Honorable Court extend the deadlines previously set in the pre-trial order of November 28, 2006 as follows:

Fact discovery closes 9/30/07;

Plaintiffs' expert disclosures by 5/30/07;

Defendant's experts to examine vessel by 6/30/07

Defendant's expert disclosures by 7/31/07;

Expert depositions to be taken by 9/7/07;

Dispositive motions filed by 11/15/07;

Pre-trial filed 30 days after decision on any dispositive motion or if no motions on 12/15/07.

In support of their joint motion, the parties say that all of the parties met with Magistrate Judge Lovegreen on Tuesday, April 3, 2007 whereupon Judge Lovegreen set a new settlement conference date for September 20, 2007 at 9:30 a.m. and suggested that the parties file a Joint Motion to Extend Deadlines in light of the present status of discovery and the needs of the parties and in the interests of justice.

WHEREFORE, the parties respectfully seek the Court's order enlarging the time for the events as stated above.

**STANDISH BOAT YARD, INC.**
By its attorneys,

/s/ Stephen I. Lipman
Stephen I. Lipman (R.I. Bar No. 4060
Stephen I. Lipman, P.C.
45 Bromfield Street
Boston, MA 02108-4106
Tel: (617) 723-2900
fax: (617) 723-2992

**POINT JUDITH MARINA, INC.**
By its attorneys,

/s/ Stephen T. Armato
Stephen T. Armato, R. I. Bar #6395
Michael J. Rauworth *(pro hac vice)*
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com

**ALBIN MARINE, INC.**
By its attorneys,

/s/ Gregory B. Klaiber
Gregory B. Klaiber, Esq. (Bar #2114)
Attorney At Law
39 Bellevue Avenue
Newport, RI 02840
Tel: (401) 846-3951

**NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II**
By their attorneys,

/s/ Frederick A. Lovejoy
Frederick A. Lovejoy, Esq. (Bar #5313)
LOVEJOY & ASSOCIATES
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747

Dated: April 20, 2007

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on this 20th day of April, 2007, I have served the above documents on the following counsel of record via CM/ECF electronic service.

| | |
|---|---|
| Frederick A. Lovejoy, Esq.<br>LOVEJOY & ASSOCIATES<br>276 Center Road<br>Easton, CT 06612-1604 | Stephen I. Lipman, Esq.<br>45 Bromfield Street, 8th Floor<br>Boston, MA 02108-4106 |
| Gregory B. Klaiber, Esq.<br>39 Bellevue Avenue<br>Newport, RI 02840 | |

/s/ Stephen T. Armato
Stephen T. Armato, R. I. Bar #6395
Michael Rauworth *(pro hac vice)*
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: mrauworth@cetcap.com
Email: sarmato@cetcap.com