UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF
NEW YORK and NICHOLAS PICCHIONE, II

V. C.A. 06-190S

ALBIN MARINE, INC.,
STANDISH BOAT YARD, INC. and
POINT JUDITH MARINA, LLC.

AMENDED PRETRIAL ORDER

The previous amended pretrial order of May 3, 2007 is hereby further amended as follows:

1. Fact discovery closure is now extended to January 15, 2008. No further extensions will be granted.

2. Plaintiffs shall disclose all expert opinions on or before November 16, 2007.

3. Defendant Albin will disclose its expert opinion on or before October 5, 2007.

4. The remaining defendants shall disclose their expert opinions, if any, on or before December 7, 2007.

5. Dispositive motions will be filed on or before December 31, 2007.

6. Pretrial memoranda shall be filed 30 days after a decision on any dispositive motions, or, if no dispositive motions are filed, January 31, 2008.

7. This matter is transferred from Magistrate Judge David L. Martin to Magistrate Judge Robert W. Lovegreen.

8. This matter is scheduled for another settlement conference with Magistrate Judge Lovegreen on January 16, 2008 at 9:30 AM. **At this settlement conference, the counsel of record must attend with their parties or insurance representatives with full authority to settle this matter.**

So Ordered.

ENTER:

Robert W. Lovegreen
United States Magistrate Judge
September 20. 2007

By Order of

Deputy Clerk