UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs. | : | |
| | : | C.A. 06-190S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | January 14, 2008 |

MOTION FOR DEFAULT AND/OR OTHER RELIEF BY PLAINTIFFS
AGAINST DEFENDANT ALBIN MANUFACTURING, INC.

Now come plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II, and move this Court for an Order of Default and/or other relief against defendant Albin Manufacturing, Inc., and in support of the same states as follows:

1. That the plaintiffs have made a good faith attempt to resolve this dispute with defendant Albin Manufacturing, Inc.

2. That plaintiffs have served various discovery requests and served a Fed.R.Civ.P., Rule 36(b)(6) Notice of Deposition on defendant Albin Manufacturing, Inc.

3. That defendant Albin Manufacturing, Inc.'s counsel, Gregory Klaiber, Esq., notified all counsel to this matter that the defendant Albin Manufacturing Inc. had dissolved itself, that he would no longer be representing defendant Albin Manufacturing, Inc., and that he would be filing a Motion to Withdraw as counsel.

4. No such Motion to Withdraw was filed by Gregory Klaiber, Esq.

5. That defendant Albin Manufacturing, Inc. has failed to produce any witnesses for deposition in response to plaintiffs' Notice of Deposition and/or to respond to plaintiffs' discovery requests pursuant to the Fed. R. Civ. P. and the rules of this Court.

6. That Gregory Klaiber, Esq. has advised that it was defendant Albin Manufacturing, Inc.'s intention to no longer take part in these proceedings.

CONCLUSION

Based on the foregoing, this Court should Order that defendant Albin Manufacturing, Inc. be defaulted and/or the Court enter any other relief that it deems necessary.

Dated: Providence, Rhode Island
January 14, 2008

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York and
Nichols Picchione, II

By: ____________________
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneMotionDefaultAMI1-08.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on January 14, 2008, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY