UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | |
| | : | C.A. 06-190S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | January 14, 2008 |

MOTION TO COMPEL BY PLAINTIFFS AGAINST
DEFENDANT POINT JUDITH MARINA, LLC

Now come plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II, and move this Court pursuant to Fed. R. Civ. P., Rule 26, for an Order compelling defendant Point Judith Marina, LLC to produce the documents that are responsive to plaintiffs' Request for Production of Documents dated October 16, 2007, and in support of the same states as follows:

1. That plaintiffs have attempted in good faith to amicably resolve this dispute but have not been able to do so.

2. That on October 16, 2007, plaintiffs served a Request for Production of Documents on defendant Point Judith Marina, LLC. (See Exhibit A)

3. That defendant Point Judith Marina, LLC has failed, neglected and/or refused to respond to the said request within the time period allotted by the Fed. R. Civ. P.

4. That counsel for plaintiffs has sent e-mails and left telephone messages directed to defendant Point Judith Marina, LLC concerning the above, but has never received a response.

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | |
| | : | C.A. 06-190S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | October 16, 2007 |

## REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that in accordance with Rule 34 of the Federal Rules of Civil Procedure, plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II hereby request that the defendant, Point Judith Marina, LLC, produce the following original documents and/or materials for inspection and photocopying, at the offices of Lovejoy & Associates, 136 Westminster Street, Providence, Rhode Island. If no originals of a document exist, defendants are to produce the requested document(s) in whatever medium it/they exist. This request is to be deemed continuing up to and including the time of trial and plaintiff shall be permitted to inspect any copy of any document not presently available which subsequently becomes available.

1. Any and all employee and/or supervisor time cards, time records, or the like which reflect and/or memorialize work/services performed by defendant Point Judith Marina, LLC and/or its subcontractors and/or agents from October 1, 2004 to December 31, 2006 on the M/V EVEREADY and/or any vessel owned by Nicholas Picchione, II.

2. All documents/writings depicting/describing and/or memorializing the decommission and/or commissioning process(es) employed by defendant Point Judith Marina, LLC from January 1, 2000 to date.

3. Any and all time cards, time records, documents and/or writings which reflect the presence of any employee, supervisor, subcontractor(s) and/or agents on board the M/V EVEREADY from April 1 to April 30, 2005.

4. Any and all documents indicating/denoting and/or memorializing that employees and/or agents of defendant Point Judith Marina, LLC inspected and/or tested any hose(s) that were connected to the hull fittings on the vessel that is the subject of this litigation for the period of January 1, 1998 to and including the date that the M/V EVEREADY left the premises of defendant Point Judith Marina, LLC.

5. All files, documents, writings, photographs, samples taken, compiled and/or generated by Mr. Dennis Layfield and/or any company/entity that he is employed by and/or affiliated with.

6. Any and all time cards, document, writings, invoices, subcontractor's statements or the like, which reflect, concern and/or memorialize fiberglass work and/or work performed on the hull of the vessel that is the subject of this litigation.

Dated: Providence, Rhode Island
October 16, 2007

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York and
Nicholas Picchione, II

By:____________________
Frederick A. Lovejoy (Bar No. 5318)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneProductionPJM9-27-07.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on October 16, 2007, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
2 Seaport Lane
Boston, Massachusetts 02210
(617) 217-5200

FREDERICK A. LOVEJOY

## CONCLUSION

Based on the foregoing, this Court should enter an Order directing the production of the materials requested in plaintiffs' October 16, 2007 Request for Production of Documents.

Dated: Providence, Rhode Island
January 14, 2008

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York and
Nichols Picchione, II

By: ____________________
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneMotionCompelPJM1-08.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on January 14, 2008, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY