UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,
Plaintiffs,

v. C.A. 06-190S

ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC,
Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MOTION TO WITHDRAW
(LR Gen. 206)

Now comes Gregory B. Klaiber, counsel of record for the Defendant, Albin Manufacturing, Inc., officially known as Albin Manufacturing Corporation, a Connecticut business corporation, licensed to do business in the State of Rhode Island, and hereby moves this Honorable Court to permit him to withdraw as counsel for said Defendant. Mr. Klaiber's certification is attached hereto. Also attached is an Affidavit of Non-Military Service.

WHEREFORE, Mr. Klaiber urges that he be permitted to withdraw as counsel for Defendant, Albin Manufacturing, Inc., officially known as Albin Manufacturing Corporation.

Dated: Newport, Rhode Island
January 23, 2008

Gregory B. Klaiber, Esq.
Attorney for the Defendant,
Albin, Manufacturing, Inc.,

/s/ Gregory B. Klaiber

Gregory B. Klaiber (Bar # 2114)
38 Bellevue Avenue
Newport, Rhode Island 02840
(401) 846-3951
(401) 849-4980

AFFIDAVIT OF NON-MILITARY SERVICE

I, Gregory B. Klaiber, being duly sworn, under oath, depose and say that to the best of his knowledge and belief the President/Director and the Secretary of the Defendant, Albin Manufacturing, Inc., officially known as, Albin Manufacturing Corporation, namely Fred W. A. Peters, and his wife, Monica Peters, are not and were not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act, [50 App. U.S.C. Section 501, et seq.], as amended, at anytime relevant to this action.

__/s/ Gregory B. Klaiber___
Gregory B. Klaiber, Affiant

Sworn and subscribed to before me in Newport, R.I., on this *23rd* day of January, 2008.

__/s/ Lisa Lacerda______________
Notary Public
My commission expires: __3/12/2008

ATTORNEY'S CERTICIATION FOR WITHDRAWAL AS COUNSEL

I, Gregory B. Klaiber, hereby certify as follows:

1. The Client, Albin Manufacturing, Inc., officially known as Albin Manufacturing Corporation, and its President/Director, Fred W. A. Peters, and Secretary, Monica Peters, all of 143 River Road, Cos Cob, CT, 06807, have been notified of this motion by both regular mail, postage prepaid, and by certified, return receipt requested; and

2. The Client, Albin Manufacturing, Inc., officially known as Albin Manufacturing Corporation, and its President/Director, Fred W. A. Peters, and Secretary, Monica Peters, have been advised that they may object to the foregoing motion and that any failure or delay retaining substitute counsel may not be considered grounds for delaying the trial or any other matter scheduled in this case; and

3. Counsel hereby represents that he has made all reasonable efforts to confirm that any notices sent to the Client's address, 143 River Road, Cos Cob, CT, 06807, are likely to be received by the Client: and

4. There are two motions pending involving this Defendant, to wit, a Motion to Default Albin Manufacturing, Ins., and a Motion for an Order to Dispose of the M/V EVEREADY. To best of my knowledge, no trial date has been set.

/s/ Gregory B. Klaiber
Signature of Applicant

Gregory B. Klaiber
Print Name

2114
Rhode Island Bar Number

Gregory B. Klaiber, Attorney at Law
Firm Name

38 Bellevue Avenue, Newport, R.I. 02840
Business Address

401-846-3951
Tel #

401-849-4980
Fax #

**ORDER**

This motion is hereby ______________________________________

______________________________
Judge William E. Smith

Date:

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on the 23rd day of January, 2008, I have served the above documents on the following counsel of record electronically as well as via postage pre-paid Unites States First Class Mail:

TO: Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612-1604

Stephen I. Lipman, Esq.
Stephen I. Lipman, P.C.
45 Bromfield Street (8th Floor)
Boston, Massachusetts 02108-4106

Michael J. Rauworth, Esq.
CETRULO & CAPONE, LLP
Two Seaport Lane (Suite 1000)
Boston, Massachusetts 02210

__/s/ Gregory B. Klaiber_____
Gregory B. Klaiber, R.I. Bar #2114
38 Bellevue Avenue
Newport, R.I. 02840
Tel: (401) 846-3951
Fax: (401) 849-4980
Email: gbklaiber@hotmail.com