UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | C.A. 06-190S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | January 28, 2008 |

MOTION TO COMPEL AND FOR OTHER RELIEF BY PLAINTIFFS AGAINST DEFENDANT POINT JUDITH MARINA, LLC AND FOR LEAVE OF COURT TO ALLOW PLAINTIFFS TO SERVE AMENDED EXPERT DISCLOSURES

Now come plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II, and move this Court pursuant to Fed. R. Civ. P., Rules 26 and 37, for an Order compelling defendant Point Judith Marina, LLC to: 1) produce the complete files of defendant Point Judith Marina, LLC, 2) to order the continued deposition of Mr. Vivenzio, and 3) to allow plaintiffs to serve amended expert disclosures, and in support of the same state as follows:

1. That plaintiffs have attempted in good faith to amicably resolve this dispute but have not been able to do so.

2. That as part of taking the deposition of defendant Point Judith Marina, LLC, the plaintiffs served a Notice of Deposition pursuant to Fed.R.Civ.P., Rule 30(b)(1) demanding that defendant Point Judith Marina, LLC bring with it to its deposition certain documents. (See Exhibit A attached hereto)

3. That defendant Point Judith Marina, LLC did not bring with it any of the requested documents.

4. That at his deposition, Mr. Vivenzio testified that certain documents that should have been present in Point Judith Marina, LLC's file were not in the packet of documentation previously produced by defendant Point Judith Marina, LLC to the plaintiffs; namely the records relating to work performed/not performed by defendant Point Judith Marina, LLC during the days immediately preceding the sinking of the M/V EVEREADY on April 25, 2005. (See Exhibit B attached hereto; i.e., Exhibit 5 to the Vivenzio deposition)

5. Additionally, Mr. Vivenzio testified that only the first pages of some of Point Judith Marina, LLC's multi-paged/two sided documents had been produced.

6. That Exhibit B attached hereto has now been provided to plaintiffs' expert witnesses who advise that if they had had Exhibit B in their possession prior to rendering their opinions, that their opinions would have contained an additional opinion.

7. That plaintiffs have been prejudiced due to defendant Point Judith Marina, LLC's failure to produce all of its documents when requested, and in failing and/or refusing to produce its file at the deposition of Mr. Vivenzio.

## CONCLUSION

Based on the foregoing, this Court should enter an Order directing the production of Point Judith Marina, LLC's complete files, to order the continuation of the deposition of Mr. Vivenzio, and 3) issue an Order allowing plaintiffs to amend their expert disclosure following the production of the complete file of defendant Point Judith Marina, LLC.

Dated: Providence, Rhode Island
January 28, 2008

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York and
Nicholas Picchione, II

By:______________________
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneMotionCompelPJM1-08.doc

# Exhibit A

05 - 38

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | |
| v. | C.A. 06-190S |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | January 8, 2008 |

PLAINTIFFS NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II'S 30(b)(6) THIRD RE-NOTICE OF DEPOSITION OF DEFENDANT POINT JUDITH MARINA, LLC

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure 30(6)(b), the plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II ("plaintiffs"), by and through their attorneys, Lovejoy & Associates, will take the deposition upon oral examination of the defendant, Point Judith Marina, LLC, by the person(s) most knowledgeable about: 1) the allegations set forth in plaintiffs' Complaint and defendant's Answer, Affirmative Defenses and Cross-Claims, 2) any and all repairs made by Point Judith Marina, LLC to the M/V EVEREADY, and 3) the launching at and sinking of the M/V EVEREADY. Said deposition will be taken before a notary public or some other competent authority on January 24, 2008 at 9:00 a.m. at the offices of Cetrulo & Capone, LLP, 321 South Main Street, Providence, Rhode Island. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

PLEASE TAKE FURTHER NOTICE that the deponent is required to produce the aforesaid person at the aforesaid time and place, together with: 1) all books, records, and all other documents

DEPOSITION EXHIBIT
Nivenzo 7
1/24/08 TL

in the custody, possession or control of the deponent which may relate in any way to the subject matter of this dispute, and 2) all documents that are responsive to Plaintiff's request for Production of Documents directed to Point Judith Marina, LLC, dated October 15, 2007 (copy attached).

Dated: Providence, Rhode Island
January 8, 2008

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York and
Nicholas Picchione, II

By:________________________

Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneDepositionPJM1-8-08.doc

05-382

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | C.A. 06-190S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | October 16, 2007 |

REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that in accordance with Rule 34 of the Federal Rules of Civil Procedure, plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II hereby request that the defendant, Point Judith Marina, LLC, produce the following original documents and/or materials for inspection and photocopying, at the offices of Lovejoy & Associates, 136 Westminster Street, Providence, Rhode Island. If no originals of a document exist, defendants are to produce the requested document(s) in whatever medium it/they exist. This request is to be deemed continuing up to and including the time of trial and plaintiff shall be permitted to inspect any copy of any document not presently available which subsequently becomes available.

1. Any and all employee and/or supervisor time cards, time records, or the like which reflect and/or memorialize work/services performed by defendant Point Judith Marina, LLC and/or its subcontractors and/or agents from October 1, 2004 to December 31, 2006 on the M/V EVEREADY and/or any vessel owned by Nicholas Picchione, II.

2. All documents/writings depicting/describing and/or memorializing the decommission and/or commissioning process(es) employed by defendant Point Judith Marina, LLC from January 1, 2000 to date.

3. Any and all time cards, time records, documents and/or writings which reflect the presence of any employee, supervisor, subcontractor(s) and/or agents on board the M/V EVEREADY from April 1 to April 30, 2005.

4. Any and all documents indicating/denoting and/or memorializing that employees and/or agents of defendant Point Judith Marina, LLC inspected and/or tested any hose(s) that were connected to the hull fittings on the vessel that is the subject of this litigation for the period of January 1, 1998 to and including the date that the M/V EVEREADY left the premises of defendant Point Judith Marina, LLC.

5. All files, documents, writings, photographs, samples taken, compiled and/or generated by Mr. Dennis Layfield and/or any company/entity that he is employed by and/or affiliated with.

6. Any and all time cards, document, writings, invoices, subcontractor's statements or the like, which reflect, concern and/or memorialize fiberglass work and/or work performed on the hull of the vessel that is the subject of this litigation.

Dated: Providence, Rhode Island
October 16, 2007

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York and
Nicholas Picchione, II

By:____________________
Frederick A. Lovejoy (Bar No. 5318)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneProductionPJM9-27-07.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on October 16, 2007, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
2 Seaport Lane
Boston, Massachusetts 02210
(617) 217-5200

FREDERICK A. LOVEJOY

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on January 8, 2008, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY

TRANSMISSION VERIFICATION REPORT

TIME : 01/08/2008 15:36
NAME : LOVEJOY AND ASSOC
FAX : 2034599943
TEL : 2034599941
SER.# : BROG4J735617

| | |
|---|---|
| DATE,TIME | 01/08 15:33 |
| FAX NO./NAME | 16172175200 |
| DURATION | 00:03:09 |
| PAGE(S) | 17 |
| RESULT | OK |
| MODE | STANDARD ECM |

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,
Plaintiffs,

v. C.A. 06-190S

ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC
Defendants. January 8, 2008

PLAINTIFFS NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II'S 30(b)(6) THIRD RE-NOTICE OF DEPOSITION OF DEFENDANT POINT JUDITH MARINA, LLC

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure 30(6)(b), the plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II ("plaintiffs"), by and through their attorneys, Lovejoy & Associates, will take the deposition upon oral examination of the defendant, Point Judith Marina, LLC, by the person(s) most knowledgeable about: 1) the allegations set forth in plaintiffs' Complaint and defendant's Answer, Affirmative Defenses and Cross-Claims, 2) any and all repairs made by Point Judith Marina, LLC to the M/V

# Exhibit B

POINT JUDITH MARINA
PO BOX 129
WAKEFIELD RI 02880
401-789-7189

P.O. # [illegible]

| CUSTOMER # | VEHICLE IDENTIFICATION # | MAKE | MODEL | YEAR | PLATE | EXT/C | INT/C | ENGINE # |
|---|---|---|---|---|---|---|---|---|
| [illegible] | EVEREADY | | ALBIN | 95 | CAT | 300 | | 3116TA |

| CUSTOMER NAME | DELIVERY DATE | WARRANTY TERMS | RECEIVED DATE | RECEIVED TIME | PROMISED DATE | PROMISED TIME | KEY LOC. |
|---|---|---|---|---|---|---|---|
| PICCHIONE, NICHOLAS | [illegible] | [illegible] | 4/26/05 | 1348 | [illegible] | [illegible] | |

| ADDRESS | PROD. DATE | MILEAGE | ESTIMATE | EXCEED AMOUNT | REVISED ESTIMATE | REVISE COMMENTS |
|---|---|---|---|---|---|---|
| PO BOX 1220 | 0000 | 794 | | | | |

| CITY, ST., ZIP | TELEPHONE #1 | TELEPHONE #2 | PHONE RDY. | RET. OLD |
|---|---|---|---|---|
| WARWICK,RI 02886 | 4017387900 | 4015295757 | | |

| JOB TIME | DESCRIPTION | JOB TIME | DESCRIPTION |
|---|---|---|---|
| | COMMISSION A/C SYSTEM | | |
| | COMMISSION GENERATOR | | |
| | COMMISSION WATER SYSTEM | | |
| | SINK,HOT WATER,SHOWER | | |
| | CHANGE RAW WATER PUMP | | |
| | IMPELLERS BOTH ENGINES | | |
| | CHANGE RAW WATER PUMP | | |
| | IMPELLER GENSET | | |
| | CHANGE ZINCS | | |

"I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."
"I understand that I have the right to know before authorizing my repairs what the repairs to my vehicle will be and what their costs will be. You need not obtain approval from me for repairs or inform me prior to performing repairs what the repairs are or the their cost if the total amount for such repairs does not exceed $ ________

SIG. ________

DEPOSITION EXHIBIT
Vivenzio 5
1/24/08 LL
PENGAD 800-631-6989

POINT JUDITH MARINE
PO BOX 129
WAKEFIELD RI 02883
401-789-7189

4/11 Bob Joe

| [illegible] VEHICLE IDENTIFICATION # | MAKE | MODEL | YEAR | PLATE | EXT/C | INT/C | ENGINE # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CUSTOMER NAME NICHOLAS | DELIVERY DATE/WARRANTY TERMS | RECEIVED DATE | RECEIVED TIME | PROMISE DATE | [illegible] | KEY LOC. |
|---|---|---|---|---|---|---|
| ADDRESS 1259 | PROD. DATE | MILEAGE 74 | ESTIMATE | EXCEED AMOUNT | REVISED ESTIMATE | REVISE COMMENTS |
| CITY, ST., ZIP RI 02886 | TELEPHONE #1 | TELEPHONE #2 | PHONE RDY. | RET. OLD | | |

| JOB TIME | DESCRIPTION | JOB TIME | DESCRIPTION |
|---|---|---|---|
| ✓ | COMMISSION A/C SYSTEM | | IMPELLERS |
| ✓ | COMMISSION GENERATOR | | |
| | ~~COMMISSION TWIN DIESEL~~ | | |
| | ~~CHANGE FUEL FILTER~~ | | |
| | ~~SEA TRAIL BOAT~~ | | |
| | ~~COMPLETE COMM. CHECKLIST~~ | | |
| ✓ | COMMISSION WATER SYSTEM | | |
| ✓ | SINK, HOT WATER, SHOWER | | |
| ✓ | NEED TO CK RAW WATER PUMP Replaced | | |
| | | | |

"I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."
"I understand that I have the right to know before authorizing my repairs what the repairs to my vehicle will be and what their costs will be. You need not obtain approval from me for repairs or inform me prior to performing repairs what the repairs are or the their cost if the total amount for such repairs does not exceed $ ______

SIG. ______

| Qty. | Part No. | | Code | EMP. NO. | OPER. NO. | CUSTOMER PRICE | STANDARD COST | FLAT RATE SL TIME | ACTUAL TIME | TIME CLOCK |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Joe 4/22/05 Check Batteries, Add water as needed, Plug 30A cord and run batt charger, pump rear bilge (Full of water) Clean batteries and connections, Replace both raycor Filters on main engines replace Raycor bowl on starboard engine. remove Raw water pumps change impellers and seals cams. Remove heat exchange endcap (starboard eng) remove impeller vanes replaced Oring. Remove and Replace Generator raycor and Fuel Filter

4.1 OFF 12:00
ON 7:80
4.? OFF 17:20
ON 12:50
8.9/9.0

Comm 6.0
Impellers 3.0
Zincs

Commision water system Head, sink, shower, galley sink, outside sink Rawwater washdown

Commision AC Remove + Replace Generator impeller
Commision Generator

ON .9 11 15
OFF 1200
ON 12 58
OFF 16 08
3.5
4.4

*Note: Bilge pump switch on panel set to auto Engine room pump will not stop running set switch to off! (Foward pump will work on Float switch)

*Generator water hose needs to be replaced (intake)

Gen Impeller 2.0
Comm water 1.5
Comm Gen 1.0

13.4

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on January 28, 2008, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY