UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | |
| | : | C.A. 06-190S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | January 28, 2008 |

28 U.S.C. §1746 STATEMENT OF FREDERICK A. LOVEJOY

1. That I am 18 years of age or older and understand the obligations of an oath.

2. That I make this 28 U.S.C. §1746 Statement in support of plaintiff's Motion to Compel and for Other Relief by Plaintiffs Against Defendant Point Judith Marina, LLC and for Leave Of Court to Allow Plaintiffs to Serve Amended Expert Disclosures.

3. That the undersigned has reviewed all of the documentation produced by defendant Point Judith Marina, LLC prior to the taking of the deposition of Mr. Donald Vivenzio on January 24, 2008, but did not find the documentation produced by defendant Point Judith Marina, LLC on January 24, 2008, and marked as Exhibit 5 to that deposition.

4. That the unavailability of that documentation prior to the date, i.e., November 16, 2007, on which plaintiffs' expert opinions were to be disclosed has resulted in severe prejudice to plaintiffs.

5. That there also appears to be other documents and/or portions of documents missing from those produced by defendant Point Judith Marina, LLC.

Dated: Providence, Rhode Island
January 28, 2008

I declare under penalty of perjury that the foregoing is true and correct.

FREDERICK A. LOVEJOY

Picchione1746StatementFAL.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on January 28, 2008, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY