UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | |
| | : | C.A. 06-190S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | January 31, 2008 |

MOTION TO AMEND DUE DATE OF PARTIES' PRETRIAL MEMORANDA FROM JANUARY 31, 2008[1]

Now come plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II, and move this Court for an Order modifying the Court's September, 2007 Order concerning the date for submission of the Parties' Pretrial Memoranda, and state in support of the same:

1. That on January 23, 2008, Gregory B. Klaiber, Esq., counsel filed a Motion to Withdraw as counsel for Defendant Albin Manufacturing, Inc. (Docket No. 34)

2. That prior to that date, defendant Albin Manufacturing, Inc. had ignored or refused to respond to various discovery requests and a Notice of Deposition that were served during the fall of 2007.

3. That on January 15, 2008, plaintiffs filed a Motion for Default or other relief against defendant Albin Manufacturing, Inc. (Docket No. 30)

4. That a deposition of Albin Manufacturing, Inc.'s personnel is necessary for plaintiffs to prepare their case against defendant Standish Boat Yard, Inc., even if Albin Manufacturing, Inc. does not remain a defendant through trial.

[1] See Exhibit A

5. That on January 15, 2008, the plaintiffs filed a Motion to Compel against defendants Point Judith Marina, LLC and Standish Boat Yard, Inc. due to their failure to produce documentation. (Docket Nos. 32 and 33)

6. That on January 29, 2008, plaintiffs filed an additional Motion to Compel Discovery and compel the continuation of the deposition of Mr. Vivenzio, a Point Judith Marina, LLC employee. (Docket Nos. 35 and 36)

7. That the reason plaintiffs filed their January 29, 2008 motion is that the defendant Point Judith Marina, LLC, for the first time, provided to plaintiffs documentation that indicated that defendant Point Judith Marina, LLC had worked on the M/V EVEREADY's bilge pump system a few days prior to the vessel's sinking.

8. That Mr. Vivenzio additionally testified that certain of the documents that defendant Point Judith Marina, LLC had produced were two-sided/multi-paged, and all the pages were not present.

9. That the documents that Point Judith Marina, LLC produced contained the names of two additional witnesses; i.e., "Bud" and "Joe", whom plaintiffs want to depose, but obviously could not because their names and involvement only came to light at the deposition of Point Judith Marina, LLC's Mr. Vivenzio, taken in January 2008. (See Exhibit B attached hereto)

10. That based on what plaintiffs learned at the deposition of Mr. Vivenzio, they intend to file a Motion to Amend their complaint.

11. That because of: 1) the status of defendant Albin Manufacturing, Inc.'s presence in this litigation, 2) the outstanding motions, 3) the necessity to obtain complete documentation from defendant Point Judith Marina, LLC, and 4) the necessity for additional depositions, plaintiffs can not provide the Court with an adequate and/or complete Pretrial Memoranda.

## CONCLUSION

Based on the foregoing, the plaintiffs request that the date for the submission of the parties' Pre-Trial Memoranda be rescheduled for a new date following the Court's rulings on the outstanding motions to be decided by the Court.

Dated: Providence, Rhode Island
January 31, 2008

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York and
Nicholas Picchione, II

By:________________________

Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneMotionOnConsent1-08.doc

# Exhibit A

CT ORDERS

05-382

Subj: **Activity in Case 1:06-cv-00190-S-RWL Northern Insurance Company of New York et al v. Albin Manufacturing, Inc et al "Pretrial Order"**
Date: 9/21/2007 12:07:20 P.M. Eastern Daylight Time
From: cmecf@rid.uscourts.gov
To: cmecfnef@rid.uscourts.gov

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Baldinelli, Doreen entered on 9/21/2007 at 12:06 PM EDT and filed on 9/21/2007

| | |
|---|---|
| **Case Name:** | Northern Insurance Company of New York et al v. Albin Manufacturing, Inc et al |
| **Case Number:** | 1:06-cv-190 |
| **Filer:** | |
| **Document Number:** | 29 |

**Docket Text:**
AMENDED PRETRIAL ORDER - Fact Discovery is due by January 15, 2008; Plaintiff shall disclose all expert opinions on or before November 16, 2007; Defendant, Albin will disclose its expert opinion on or before October 5, 2007; The remaining defendants shall disclose their expert opinions, if any, on or before December 7, 2007; Dispositive motions shall be filed on or before December 31, 2007; Pretrial memoranda shall be filed thirty (30) days after a decision on any dispositive motions, or if no dispositive motions are filed, January 31, 2008; Settlement Conference scheduled before Magistrate Judge Lovegreen on January 16, 2008 at 9:30 a.m.; . So Ordered by Magistrate Judge Robert W Lovegreen on 09/20/2007. (Baldinelli, Doreen)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=9/21/2007] [FileNumber=185337-0]
[5d9b5eea301e335b8c5346304656830a51475689c88e3c55fc409b820090a39106e2
b6204a98733ee14d41a81a75db4cc57abb5022c0f29865a958b90812f5e9]]

**1:06-cv-190 Notice will be electronically mailed to:**

Steven T. Armato sarmato@cetcap.com, kbjornlund@cetcap.com; agriffin@cetcap.com; mcahalane@cetcap.com

Gregory B. Klaiber gbklaiber@hotmail.com

Stephen I. Lipman lipman.law@cox.net

Frederick A. Lovejoy lovejoyadm@aol.com

Michael J. Rauworth mrauworth@cetcap.com

**1:06-cv-190 Notice will be delivered by other means to:**

# Exhibit B

POINT JUDITH MARINA
PO BOX 129
WAKEFIELD RI 02880
401-789-7189

R.O. # [illegible]

| CUSTOMER # | VEHICLE IDENTIFICATION # | MAKE | MODEL | YEAR | PLATE | EXT/C | INT/C | ENGINE # |
|---|---|---|---|---|---|---|---|---|
| [illegible] | EVEREADY | | ALBIN | 95 | CAT | B00 | | B116TA |

| CUSTOMER NAME | [illegible] | [illegible] | RECEIVED DATE | RECEIVED TIME | [illegible] | [illegible] | KEY LOC. |
|---|---|---|---|---|---|---|---|
| PICCHIONE, NICHOLAS | [illegible] | [illegible] | 4/26/05 | 1348 | [illegible] | [illegible] | |

| ADDRESS | PROD. DATE | MILEAGE | ESTIMATE | EXCEED AMOUNT | REVISED ESTIMATE | REVISE COMMENTS |
|---|---|---|---|---|---|---|
| PO BOX 1220 | 0000 | 794 | | | | |

| CITY, ST., ZIP | TELEPHONE #1 | TELEPHONE #2 | PHONE RDY. | RET. OLD |
|---|---|---|---|---|
| WARWICK,RI 02886 | 4017387900 | 4015295757 T | | |

| JOB TIME | DESCRIPTION | JOB TIME | DESCRIPTION |
|---|---|---|---|
| | ~~COMMISSION A/C SYSTEM~~ | | |
| | ~~COMMISSION GENERATOR~~ | | |
| | ~~COMMISSION WATER SYSTEM~~ | | |
| | ~~SINK,HOT WATER,SHOWER~~ | | |
| | ~~CHANGE RAW WATER PUMP~~ | | |
| | ~~IMPELLERS BOTH ENGINES~~ | | |
| | ~~CHANGE RAW WATER PUMP~~ | | |
| | ~~IMPELLER GENSET~~ | | |
| | ~~CHANGE ZINCS~~ | | |

"I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."
"I understand that I have the right to know before authorizing my repairs what the repairs to my vehicle will be and what their costs will be. You need not obtain approval from me for repairs or inform me prior to performing repairs what the repairs are or the their cost if the total amount for such repairs does not exceed $ ________

SIG. ________________________

DEPOSITION EXHIBIT
Nivenzio 5
1/24/08 LL
PENGAD 800-631-6989

POINT JUDITH MARINA
PO BOX 127
WAKEFIELD RI 02880
401-789-7189

4/11 Bob Joe

[redacted]

| [redacted] | VEHICLE IDENTIFICATION # | MAKE | MODEL | YEAR | PLATE | EXT/C | INT/C | ENGINE # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| CUSTOMER NAME NICHOLAS | [redacted] | RECEIVED DATE | RECEIVED TIME | [redacted] | KEY LOC. |
|---|---|---|---|---|---|
| ADDRESS 1000 | PROD. DATE | MILEAGE 74 | ESTIMATE | EXCEED AMOUNT | REVISED ESTIMATE | REVISE COMMENTS |
| CITY, ST., ZIP RI 02886 | TELEPHONE #1 | TELEPHONE #2 | PHONE RDY. | RET. OLD | |

| JOB TIME | DESCRIPTION | JOB TIME | DESCRIPTION |
|---|---|---|---|
| ✓ | COMMISSION A/C SYSTEM | | IMPELLERS |
| ✓ | COMMISSION GENERATOR | | |
| | ~~COMMISSION TWIN DIESEL~~ | | |
| | ~~CHANGE FUEL FILTER~~ | | |
| | ~~SEA TRAIL BOAT~~ | | |
| | ~~COMPLETE COMM. CHECKLIST~~ | | |
| ✓ | COMMISSION WATER SYSTEM | | |
| ✓ | SINK, HOT WATER, SHOWER | | |
| ✓ | NEED TO CK RAW WATER PUMP Replaced | | |
| | | | |

"I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto." "I understand that I have the right to know before authorizing my repairs what the repairs to my vehicle will be and what their costs will be. You need not obtain approval from me for repairs or inform me prior to performing repairs what the repairs are or the their cost if the total amount for such repairs does not exceed $ ______

SIG. ______

| Qty. | Part No. | | Code | EMP. NO. | OPER. NO. | CUSTOMER PRICE | STANDARD COST | FLAT RATE SL TIME | ACTUAL TIME | TIME CLOCK |
|---|---|---|---|---|---|---|---|---|---|---|
| | Joe 4/22/05 Check Batteries, Add water as needed, Plug 30A cord and run batt charger, pump near bilge (Full of water) Clean batteries and connections, Replace both Raycor Filters on main engines replace Raycor bowl on starboard engine. remove Raw water pumps change impellers and seals cams. Remove heat exchange endcap (starboard eng) remove impeller vanes replaced O-ring, Remove and Replace Generator raycor and Fuel Filter. | | | | | | | | 4.1 / 4.0 | OFF 12:00 / ON 7:30 / OFF 17:20 / ON 12:50 / 8.9/9.0 |
| | | | | | Comm | | 6.0 | | | |
| | | | | | Impellers | | 3.0 | | | |
| | | | | | Zincs | | | | | |
| | Commision water system Head, sink, shower, galley sink, outside sink Rawwater washdown | | | | Commision AC Remove + Replace Generator impeller Commision Generator | | | | | ON 11 15 .9 / OFF 1200 / ON 12 58 / OFF 16 08 / 3.5 |
| | *Note: Bilge pump switch on panel set to auto Engine room pump will not stop running set switch to off! (Foward pump will work on Float switch) | | | | | | | | | 4.4 |
| | *Generator water hose needs to be replaced. (intake) | | | | | | | | | |
| | | | | | | Gen Impeller | | 2.0 | | |
| | | | | | | Comm Water | | 1.5 | | |
| | | | | | | Comm Gen | | 1.0. | | |
| | | | | | | | | | | 13.4 |

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on January 31, 2008, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY