**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II<br>Plaintiffs<br>v.<br>ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.<br>Defendants | CIVIL ACTION NO. 06-190-S |

**OPPOSITION OF POINT JUDITH TO**
**PLAINTIFF'S MOTION TO COMPEL**

Defendant Point Judith Marina, LLC ("Point Judith") hereby opposes the motion of the plaintiffs to compel production of documents.

First, Point Judith long ago produced to the plaintiffs its files regarding the incident in suit. This is reflected in the accompanying response under Rule 34 to plaintiff's first document request — a response that was served upon the parties on April 13, 2007. It accompanies this submission and is incorporated by reference as Exhibit 1.

Second, the subject requests are largely duplicative, in some cases identical or virtually identical to those to which response was served on April 13, 2007.

Third, the motion is moot, as is reflected in Exhibit 2. That is a Rule 34 response served upon the plaintiffs by hand on January 24, 2008, making explicit the

points above — namely that the defendant's documents about this file have been produced, to the extent that Point Judith possesses any of the documents described.

In addition, and so as to be exercising an abundance of caution, Point Judith is in the process of copying — once again — the whole of its files relating to this incident and to the plaintiffs, so that they can be provided to the plaintiff's counsel in a velo-bound form, notwithstanding that this is a duplication of the copying phenomenon previously carried out.

WHEREFORE, Point Judith respectfully urges that the plaintiffs' motion be DENIED.

Dated: February 1, 2008

**POINT JUDITH MARINA, LLC**
By its attorneys,

/s/ Stephen T. Armato

Stephen T. Armato, R. I. Bar #6395
Michael Rauworth *(pro hac vice)*
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on this 1st day of February, 2008, I have served the above documents on the following counsel of record via ECF filing:

Frederick A. Lovejoy, Esq.
LOVEJOY & ASSOCIATES
276 Center Road
Easton, CT 06612-1604

Gregory B. Klaiber, Esq.
39 Bellevue Avenue
Newport, RI 02840

Stephen I. Lipman, Esq.
45 Bromfield Street, 8th Floor
Boston, MA 02108-4106

/s/ Stephen T. Armato
Stephen T. Armato, R. I. Bar #6395
Michael Rauworth *(pro hac vice)*
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: mrauworth@cetcap.com
Email: sarmato@cetcap.com