**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II<br>Plaintiffs<br>v.<br>ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.<br>Defendants | CIVIL ACTION NO. 06-190-S |

**CONDITIONAL OPPOSITION OF POINT JUDITH TO PLAINTIFF'S MOTION TO SELL VESSEL**

Defendant Point Judith Marina, LLC ("Point Judith") hereby opposes — conditionally — the motion of the plaintiffs to sell the *Eveready*.

This issue was discussed at the settlement conference before Magistrate Judge Lovegreen on January 16, 2008. The plaintiff was to obtain an offer to purchase, and make it known to the other parties, whereupon time was to be provided to the other parties to determine whether they felt there is a basis to challenge the adequacy of the price.

In any event, the motion should not be allowed other than pursuant to the above procedures, and should not be allowed until the parties have had a chance to be heard from on any price proposed by the plaintiffs.

In addition, Point Judith hereby objects to any sale of the vessel that takes place without prices having been solicited for sale of the vessel after re-installation of the

tanks that the plaintiffs removed during the explorations of their experts in the fall of 2007, largely or totally in October. The removal of these tanks makes the vessel less desirable to a buyer, and creates a loss of value for which no defendant should be responsible, since it is not a result of the basic incident. Instead, it is a loss of value that is attributable solely to the plaintiff's forensic examinations, to which Point Judith did not consent. If the vessel is restored to the condition that it was in upon its removal from Point Judith's facilities, then this specific objection of Point Judith will be withdrawn.

In any event, however, Point Judith insists that it be given a reasonable opportunity to evaluate the market situation once plaintiffs present a purchase proposal.

WHEREFORE, Point Judith respectfully urges that the plaintiffs' motion be DENIED.

Dated: February 1, 2008

**POINT JUDITH MARINA, LLC**
By its attorneys,

/s/ Stephen T. Armato

Stephen T. Armato, R. I. Bar #6395
Michael Rauworth *(pro hac vice)*
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670

# CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on this 1st day of February, 2008, I have served the above documents on the following counsel of record via ECF filing:

Frederick A. Lovejoy, Esq.
LOVEJOY & ASSOCIATES
276 Center Road
Easton, CT 06612-1604

Gregory B. Klaiber, Esq.
39 Bellevue Avenue
Newport, RI 02840

Stephen I. Lipman, Esq.
45 Bromfield Street, 8th Floor
Boston, MA 02108-4106

/s/ Stephen T. Armato
Stephen T. Armato, R. I. Bar #6395
Michael Rauworth *(pro hac vice)*
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: mrauworth@cetcap.com
Email: sarmato@cetcap.com