# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II<br>Plaintiffs<br>v.<br>ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.<br>Defendants | CIVIL ACTION NO. 06-190-S |

## ENTRY OF APPEARANCE

Carl E. Fumarola hereby enters his appearance as counsel for Defendant Point Judith Marina, LLC. in the above-captioned matter.

**POINT JUDITH MARINA, LLC.**
By its attorneys,

/s/ Carl E. Fumarola
________________________

Carl E. Fumarola, R.I. Bar #6980
Stephen T. Armato, R. I. Bar #6395
Michael Rauworth *(pro hac vice)*
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com
cfumarola@cetcap.com

Dated: February 14, 2008

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on this 14th day of February 2008, I have served the above documents on the following counsel of record via postage pre-paid United States First Class Mail:

Frederick A. Lovejoy, Esq
LOVEJOY & ASSOCIATES
276 Center Road
Easton, CT 06612-1604

Stephen I. Lipman, Esq.
45 Bromfield Street, 8th Floor
Boston, MA 02108-4106
Lipman.law@cox.net

Gregory B. Klaiber, Esq.
39 Bellevue Avenue
Newport, RI 02840
gbklaiber@hotmail.com

/s/ Carl E. Fumarola