UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | C.A. 06-190S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | March 7, 2008 |

PLAINTIFFS NORTHERN INSURANCE OF NEW YORK AND
NICHOLAS PICCHIONE, II'S MOTION FOR ORDER FOR A BENCH TRIAL

Plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II hereby move this Court for an Order directing this case be tried to the bench on the grounds that plaintiffs have designated this action as an admiralty action pursuant to Fed. R. Civ. P., Rule 9(h), and it therefore must be tried to the bench.

In support of its motion, Northern Insurance Company of New York and Nicholas Picchione, II submit their Memorandum of Law, filed herewith.

WHEREFORE, plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II respectfully request that this Court grant its motion for a bench trial and to strike the jury demand of defendants.

Dated: Providence, Rhode Island
March 7, 2008

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York and
Nicholas Picchione, II

By: /s/ Frederick A. Lovejoy
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneMotForOrder.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on March 7, 2008, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

/s/ Frederick A. Lovejoy
FREDERICK A. LOVEJOY