**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-190-S**

**NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,**
**Plaintiffs,**

**VS.**

**ALBIN MARINE, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC,**
**Defendants.**

**WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE**

Stephen I. Lipman, Esquire hereby withdraws his appearance on behalf of Defendant, Standish Boat Yard, Inc. Robert E. Collins, Esq. hereby enters his appearance on behalf of Defendant, Standish Boat Yard, Inc.

Respectfully submitted,

By its attorneys,

_"/S/Robert E. Collins"
Robert E. Collins (#2951)
Clinton & Muzyka, P.C.
One Washington Mall
Boston, MA 02108
Tel: (617) 723-9165
Fax: (617) 720-3489

__"/S/Stephen I. Lipman"___
Stephen I. Lipman (#301260)
Law Offices of Stephen I. Lipman
45 Bromfield Street
Boston, MA 02108-4106
(617) 723-2900
(617) 723-2992

**CERTIFICATION**

The undersigned hereby certifies that I have electronically filed the above document on the 13th day of March, 2008.

Notice will be electronically mailed to:

Patrick A. Lovejoy, Esquire

Michael J. Rauworth, Esquire

Stephen I. Lipman, Esquire

_"/S/Robert E. Collins"________