(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Northern Insurance Company of New York, et al
Plaintiff(s)

v. Dkt. No. 06-190-S

Albin Manufacturing, Inc., et als
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant Standish Boat Yard, Inc. hereby moves that Thomas J. Muzyka, Esquire be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Michael R. Hagopian, Esquire
Print Name

Law Office of Michael R. Hagopian
Firm and Business Address

212 Greenwich Avenue

Warwick, RI 02886

RI Bar ID # 3448

Email: michael@mhagopianlaw.com

Tel. # 401-384-8080

Fax # 401-384-8082

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date