UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION
No. 06-CV-0190-S

NORTHERN INSURANCE COMPANY OF NEW YORK, et al :

vs. :

ALBIN MANUFACTURING, INC, et al :

Corrected ENTRY OF APPEARANCE

Michael R. Hagopian hereby enters his appearance as co-counsel on behalf of the Defendant, Standish Boat Yard, Inc., in the above matter.

The purpose of this corrected Notice is to correct a typographical error in the address of counsel.

Respectfully submitted,

_/s/ Michael R. Hagopian_____
Michael R. Hagopian #3448
212 Greenwich Avenue
Warwick, R.I. 02886
(401) 384-8080

CERTIFICATION

I hereby certify that a true copy of the foregoing was sent to all counsel of record, on this _20th___ day of March, 2008.

_/s/ Michael R. Hagopian__