UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,
Plaintiffs,

v.

ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC
Defendants.

C.A. 06-190S

February 26, 2008

ORDER

(RE: DOCKET NO. 30)

WHEREAS, the plaintiffs filed a Motion for a Default Judgment or alternatively a Motion to Compel against defendant Albin Manufacturing, Inc. (Docket No. 30), which the Court treated as a Motion to Compel,

WHEREAS: 1) Frederick A. Lovejoy, Esq., counsel for plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II, 2) Michael J. Rauworth, Esq., counsel for defendant Point Judith Marina, LLC, 3) Stephen I. Lipman, Esq., counsel for defendant Standish Boat Yard, Inc., and 4) Gregory B. Klaiber, Esq., counsel for defendant Albin Manufacturing, Inc., appeared on behalf of the respective clients,

WHEREAS, the Court heard oral argument in respect to the aforementioned motion from Frederick A. Lovejoy, Esq., Gregory B. Klaiber, Esq., and Stephen I. Lipman, Esq., and

WHEREAS, the Court found that defendant Albin Manufacturing, Inc. has failed and/or refused to provide responses to various discovery requests, produce witnesses for deposition, and/or otherwise cooperate pursuant to this Court's Scheduling Order,

IT IS HEREBY ORDERED AND DECREED that plaintiffs' motion for an order compelling responses from and witnesses produced is granted, and that said responses/witnesses shall be produced no later than March 4, 2008.

Dated: Providence, Rhode Island
~~February~~ March 25, 2008

SO ORDERED:

Robert W. Lovegreen
Robert W. Lovegreen
Senior U.S. Magistrate Judge

PicchioneOrderNo30.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 26, 2008, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY