UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,
Plaintiffs,

v.

ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC
Defendants.

C.A. 06-190S

February 26, 2008

ORDER

(RE: DOCKET NO. 31)

WHEREAS, the plaintiffs filed a Motion for Order Allowing the Sale of the Vessel (M/V EVEREADY) (Docket No. 31), and

WHEREAS: 1) Frederick A. Lovejoy, Esq., counsel for plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II, 2) Michael J. Rauworth, Esq., counsel for defendant Point Judith Marina, LLC, 3) Stephen I. Lipman, Esq., counsel for defendant Standish Boat Yard, Inc., and 4) Gregory B. Klaiber, Esq., counsel for defendant Albin Manufacturing, Inc., appeared on behalf of the respective clients, and

WHEREAS, the Court heard oral argument in support and in opposition to the aforementioned motion,

IT IS HEREBY ORDERED AND DECREED that plaintiffs' motion for an order to allow it to sell the vessel M/V EVEREADY is hereby granted subject to the following conditions:

That the plaintiff will immediately advise all defendants

1) of the name of the proposed buyer,

2) of the proposed sales price, and

3) that the defendants shall have ten (10) days from the date that the Notice required pursuant to Nos. 1 and 2 above is received to file any objection, et cetera, in Court respecting the sale of the aforementioned vessel.

Dated: Providence, Rhode Island
~~February~~ ____, 2008
March 25

SO ORDERED:

Robert W. Lovegreen
Senior U.S. Magistrate Judge

PicchioneOrderNo31.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 26, 2008, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY