UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,<br>Plaintiffs,<br><br>v.<br><br>ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC<br>Defendants. | C.A. 06-190S<br><br><br><br>February 26, 2008 |

ORDER

(RE: DOCKET NO. 32)

WHEREAS, the plaintiffs filed a Motion to Compel the Production of Documents against defendant Point Judith Marina, LLC (Docket No. 32), and

WHEREAS: 1) Frederick A. Lovejoy, Esq., counsel for plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II, 2) Michael J. Rauworth, Esq., counsel for defendant Point Judith Marina, LLC, 3) Stephen I. Lipman, Esq., counsel for defendant Standish Boat Yard, Inc., and 4) Gregory B. Klaiber, Esq., counsel for defendant Albin Manufacturing, Inc., appeared on behalf of the respective clients, and

WHEREAS, the Court heard oral argument in respect to the aforementioned motion from Frederick A. Lovejoy, Esq., and Michael J. Rauworth, Esq., and

WHEREAS, the Court found that plaintiffs served a Request for Production of Documents dated October 16, 2007, on counsel for defendant Point Judith Marina, LLC, and that defendant Point Judith Marina, LLC neglected/refused to file responses and/or an objection within the thirty (30) day time period required by Fed.R.Civ.P., Rule 34, i.e., defendant Point Judith Marina, LLC

filed its Objection on January 24, 2008, some 90 plus days following the due date of November 16, 2007,

IT IS HEREBY ORDERED AND DECREED that plaintiffs' motion for an order compelling the production of documents requested in plaintiffs' October 16, 2007 Request for Production of Documents is granted;

IT IS FURTHER ORDERED AND DECREED that the defendant, Point Judith Marina, LLC, shall produce the said documents in a format that corresponds to the six (6) requests for production contained in plaintiffs' Request for Production of Documents dated October 16, 2007.

Dated: Providence, Rhode Island
~~February~~ March 25, 2008

SO ORDERED:

Robert W. Lovegreen
Senior U.S. Magistrate Judge

PicchioneOrderNo32.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 26, 2008, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY