UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,
Plaintiffs,

v.

ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC
Defendants.

C.A. 06-190S

February 26, 2008

ORDER

(RE: DOCKET NO. 35)

WHEREAS, the plaintiffs filed a Motion for an Order Compelling Discovery and the continuation of the Fed.R.Civ.P., Rule 30(b)(6) deposition of defendant Point Judith Marina, LLC (Docket No. 35), and

WHEREAS: 1) Frederick A. Lovejoy, Esq., counsel for plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II, 2) Michael J. Rauworth, Esq., counsel for defendant Point Judith Marina, LLC, 3) Stephen I. Lipman, Esq., counsel for defendant Standish Boat Yard, Inc., and 4) Gregory B. Klaiber, Esq., counsel for defendant Albin Manufacturing, Inc., appeared on behalf of the respective clients, and

WHEREAS, the Court heard oral argument in respect to the aforementioned motion from Frederick A. Lovejoy, Esq., and Michael J. Rauworth, Esq., and

WHEREAS, the Court found that the Rule 30(b)(6) deposition of defendant Point Judith Marina, LLC should be continued and that defendant Point Judith Marina, LLC should be compelled to produce the documentation requested by plaintiffs, and

IT IS HEREBY ORDERED AND DECREED that the deposition of defendant Point Judith Marina, LLC's Fed.R.Civ.P., Rule 30(6)(b) witness, Mr. Vivenzio, shall be continued and that the defendant Point Judith Marina, LLC shall designate the documents it has heretofore produced so that they correspond to plaintiffs' discovery requests.

Dated: Providence, Rhode Island
~~February~~ ____, 2008
March 25

SO ORDERED:

Robert W. Lovegreen
Senior U.S. Magistrate Judge

PicchioneOrderNo35.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 26, 2008, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY