UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,
Plaintiffs,

v.

ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC
Defendants.

C.A. 06-190S

February 26, 2008

ORDER

(RE: DOCKET NO. 37)

WHEREAS, the plaintiffs filed a Motion for Order Amending Scheduling Order (Docket No. 37),

WHEREAS: 1) Frederick A. Lovejoy, Esq., counsel for plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II, 2) Michael J. Rauworth, Esq., counsel for defendant Point Judith Marina, LLC, 3) Stephen I. Lipman, Esq., counsel for defendant Standish Boat Yard, Inc., and 4) Gregory B. Klaiber, Esq., counsel for defendant Albin Manufacturing, Inc., appeared on behalf of the respective clients, and

WHEREAS, the Court heard oral argument in respect to the aforementioned motion, and

WHEREAS, no objection was filed or made in respect to plaintiffs' Motion to Amend Scheduling Order by counsel for any defendant,

IT IS HEREBY ORDERED AND DECREED that plaintiffs' motion for an order amending the Court's Scheduling Order as outlined in the said motion is granted.

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 26, 2008, postage prepaid, to:

Stephen I. Lipman, Esq.
45 Bromfield Street
Boston, Massachusetts 02108

Gregory Klaiber, Esq.
38 Bellview Avenue
Newport, Rhode Island 02840

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY

Dated: Providence, Rhode Island
~~February~~ ____, 2008
March 25

SO ORDERED:

Robert W. Lovegreen
Senior U.S. Magistrate Judge

PicchioneOrderNo37.doc