MAR 2 6 2008

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | |
| v. | : | C.A. 06-190S |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC, Defendants | : | |

ORDER

The above-entitled matter came on for hearing on the 21st day of February, 2008, in the U.S. District Court for the District of Rhode Island, the Honorable Judge Magistrate Robert Lovegreen presiding, and after hearing, the following Order shall enter:

1. Gregory B. Klaiber, Attorney for Defendant, Albin Manufacturing, Inc., is permitted to withdraw as counsel for said Defendant in this matter in accordance with LR Gen 206 (e) (2).

ENTERED as an Order of this Court on this 25th day of March, 2008.

BY ORDER:

Robert W. Lovegreen
~~JUDGE~~ USMJ

ENTER:

[signature]
CLERK

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on the 20th day of March, 2008, I have served the above documents on the following counsel of record electronically as well as via postage pre-paid Unites States First Class Mail:

TO: Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612-1604

Michael J. Rauworth, Esq.
CETRULO & CAPONE, LLP
Two Seaport Lane (Suite 1000)
Boston, Massachusetts 02210

Stephen I. Lipman, Esq.
Stephen I. Lipman, P.C.
45 Bromfield Street (8th Floor)
Boston, Massachusetts 02108-4106

/s/ Gregory B. Klaiber

Gregory B. Klaiber, R.I. Bar #2114
38 Bellevue Avenue
Newport, R.I. 02840
Tel: (401) 846-3951
Fax: (401) 849-4980
Email: gbklaiber@hotmail.com

Presented by:

/s/ Gregory B. Klaiber

Gregory B. Klaiber (Bar # 2114)
38 Bellevue Avenue
Newport, Rhode Island 02840
(401) 846-3951
(401) 849-4980