UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II, Plaintiffs, | : | CA-06-190-S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | April 4, 2008 |

MOTION TO AMEND COMPLAINT

Now come plaintiffs Northern Insurance Company of New York and Nicholas Picchione, II, and move this Court for an Order allowing plaintiffs to Amend the Complaint herein, and submit in support of the instant motion plaintiffs' 1) Memorandum of Law in Support of its Fed. R. Civ. P., Rule 15(a) Motion, and 2) Amended Complaint.

That this motion is not being made for purposes of delay or harassment but to prevent further prejudice to plaintiffs.

Dated: Providence, Rhode Island
April 4, 2008

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York and
Nicholas Picchione, II

By: ______________________
Frederick A. Lovejoy (Bar No. 3313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneMotionAmend3-08.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on April 4, 2008, postage prepaid, to:

Robert E. Collins
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Albin Manufactering, Inc.
143 River Street
Cos Cob, Connecticut 06807

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY