**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-190-S**

**NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,**
**Plaintiffs,**

**VS.**

**ALBIN MARINE, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC,**
**Defendants.**

**DEFENDANT STANDISH BOAT YARD'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND**

Now comes Defendant, Standish Boat Yard, Inc., by its undersigned attorney, and files its Opposition to Plaintiffs' Motion to Amend the Complaint. As a basis therefore, Defendant states as follows.

This matter involves a maritime claim for property damage as a result of the sinking of the M/V EVEREADY on April 25, 2005 at the dock at Point Judith Yacht Club. Plaintiff Northern Insurance Company is the insurer for the vessel, which was owned and operated by Plaintiff Nicholas Picchione II.

Plaintiff filed suit before this Honorable Court on April 24, 2006. The matter has proceeded through extensive discovery and has been assigned for trial before this Honorable Court commencing May 14, 2008. In the Plaintiffs Complaint, Plaintiff alleged causes of action against

Defendant Albin Marine, Inc. and Standish Boat Yard, Inc. for Products Liability for designing, manufacturing and selling a defective vessel, negligence, and the normal Uniform Commercial Code causes of action for breach of implied warranty for a particular purpose, breach of implied warranty of merchantability. Plaintiffs also plead causes of action against the co-defendant Point Judith Marina, LLC.

Plaintiffs now seek, after the conclusion of discovery and slightly more than one month before the matter has been assigned to commence trial, to amend their Complaint to add new defendants (Fred W. A. Peters and Monica Peters, who were the individual owners of Albin Marine, Inc.) and to allege a new cause of action against Defendant Standish Boat Yard, Inc. Count VII of the Amended Complaint seeks to plead a new cause of action for Failure to Warn. This cause of action had never been plead before and is improper at this late date.

The law is clear under Rule 15 of the Federal Rules of Civil Procedure that the liberal policy for amendments to the complaint does not mean that leave to amend will be granted in all cases. See for example *Baxter v. Rose, 305 F.3rd 486 (6th Cir. 2002); Forman v. Davis, 371 U.S. 178 (1962).* In the case at bar, there is clear prejudice to the parties. It is a new cause of action brought at the last minute and adds new parties, for which a cross-claim will have to be plead. *Zenith Radio Corp. v. Hazeltine Research, Inc., 401 U.S. 321*

*(1971).* Here, the amendment substantially changes the theory on which the case has been proceeding against Defendant Standish Boat Yard, Inc. that Defendant would be required to engage in significant new preparation. *Chaveriat v. Williams Pipe Line Co., 11 F.3rd 1420 (7th Cir. 1993).*

Further, it is asserted that the Plaintiff has been dilatory in bringing the Motion to Amend. Plaintiff has clearly known about the receivership for Albin Marine for some time. When the receivership occurred, the attorney who had entered an appearance filed a Motion to Withdraw. Attorney Klaiber filed the Motion on January 23, 2008. Plaintiffs waited until the eve of trial to seek to amend the complaint to add Mr. and Mrs. Peters as individual defendants in this matter.

For all the above reasons, Defendant prays this Honorable Court deny Plaintiffs' Motion to Amend the Complaint as being untimely and prejudicial to the interests of the Defendants.

WHEREFORE, defendant Standish Boat Yard, Inc. prays this Honorable Court deny the Plaintiffs' Motion to Amend the Complaint.

_"/S/Robert E. Collins
Robert E. Collins (#2951)
Clinton & Muzyka, P.C.
One Washington Mall
Boston, MA 02108
Tel: (617) 723-9165

**CERTIFICATION**

The undersigned hereby certifies that I have electronically filed the above document on the 13th day of March, 2008.

Notice will be electronically mailed to:

Frederick A. Lovejoy, Esquire lovejoyadm@aol.com

Michael J. Rauworth, Esquire mrauworth@cetcap.com

Carl E. Fumarola, Esquire cfumarola@cetcap.com

Gregory B. Klaiber, Esquire gbklaiber@hotmail.com

_"/S/Robert E. Collins"________