BP/SP

**BRUCE PFUND/SPECIAL PROJECTS, LLC**
7 Windover Turn
Westerly, RI 02891 - 4070
USA 401-322-7474
bpspecialprojects.com - bpspecialprojects@cox.net

November 1, 2007

# VESSEL INSPECTION REPORT

With appended CD-ROM disc
M/Y EVEREADY
HIN#: AUL351021495

## SCOPE OF SERVICES:

I was retained by Mr. Fred Lovejoy of Lovejoy and Associates, LLC to continue my investigation into the cause(s) of the sinking of the vessel, "EVER READY." To pursue the avenues of inquiry outlined in my previous case correspondence I was authorized to do the following , including but not limited to:

Develop specifications for preservation, removals, and open-inspect work in cooperation with surveyor William Robbins.

Supervise personnel from Brewer's Cove Haven Marina, Barrington, Rhode Island, during additional disassembly work and subcontracted lava-blasting to remove the antifouling paint on the subject vessel.

Conduct visual inspection, destructive and non-destructive testing, vessel re-launching or other tests as required to determine the point(s) of water ingress into the subject vessel.

Prepare a written report, illustrated with captioned photographs, detailing my observations and conclusions as to the cause(s) of the sinking of the subject vessel.

## INFORMATION REVIEWED FOR THE PREPARATION OF THIS REPORT

Including but not limited to:

My prior vessel inspection reports and photographs.

Correspondence by mail and email from Attorney Fred Lovejoy.

My June 13, 2005 correspondence to Mr. Wm. Robins at New England Marine

Surveyors.

Copies of Point Judith Marina work orders and repair proposals, received August 29, 2006 from Attorney Fred Lovejoy.

Report by Mr. Robbins, of New England Marine Surveyors, to Mr. Brian Scott at Foremost Insurance Company, dated May 13, 2005.

Survey Report conducted by Mr. Kevin C. Clarke, his file number 736 (Ever ready). Received from Attorney Lovejoy on October 8, 2007.

My report to Mr. Robbins of New England Marine Surveyors, dated August 9, 2005, titled "Vessel Inspection Report" and attached captioned photographs.

Quotation for open-inspect and associated work from Brewer Cove Haven Marina, dated
May 10, 2007.

Anecdotal information from the following case participants:

Attorney Fred Lovejoy
Mr. William Robbins
Mr. Dennis Layfield
Mr. Kevin Clarke
Mr. Joe Palmieri, & colleague Ron of Cove Haven Marine.

INSPECTION DATES:

Friday June 10, 2005 @Pt. Judith Marina
Friday July 22, 2005 @ PJM
Monday August 1, 2005 @ PJM
Wednesday October 3, 2007 @ Certified Sales
Monday-Thursday: October 15,16,17,18, 2007 @ CS

EVIDENCE COLLECTED:
See appended photographs

#1- One holesaw coupon removed in way of the forward-inboard corner of the plywood perimeter adjacent to the starboard side propeller shaft log.
Sample removed , marked, and bagged in the presence of Bill Robbins.

#2- One wooden handled steel knife was removed from its location resting on the flat/top surface of the starboard side inboard engine stringer, adjacent to the vertical stanchion. The knife was removed from the location described above, marked with two black ink dots as my identifier, and placed in a large ZipLok bag in the presence of Kevin Clarke.

SUMMARY OF OBSERVATIONS AND CONCLUSIONS:

Re-launching of the subject vessel did not produce any leaks through the inner hull shell laminates as previously suspected.

Minor leaks were noted at the port propeller shaft stuffing box, and at the port air conditioning raw water intake sea cock. These leaks are attributed to normal lack of maintenance consequences, as the vessel has been out of services for multiple seasons. The port air conditioning raw water intake system was probed with a rigid wire and found to be clear of obstructions through the sea cock.

Removal of the midships and starboard fuel tanks allowed access to where the starboard engine's exhaust hose passes through the aft engine room bulkhead. No chafe gear was present at this past-through . The hole was not smoothly contoured and had a significant bump with a sharp corner that the hose rested on. The starboard side engine exhaust hose was found to be very heavily abraded and crushed against these rough surfaces.

A simple leak test on this hose was conducted by pouring water from a container into the open aft end of this hose, which has been previously disconnected. The water immediately poured out of the bottom of the hose where damage to it was most obvious. The configuration of the exhaust system and the location of the discharge port at the vessel's static waterline create a water flow path from the hull exterior to the hull interior.

The hose is in direct contact with the bulkhead where it is compromised. Discoloration and drip trails are visible on the bulkhead in way of and below the deteriorated hose's lower circumference. Accordingly, water leaking from this location might not produce an audible drip sound but would rather drain down the bulkhead into the vessel bilges. Note that this drainage would produce water flow in way of the starboard propeller shaft stuffing box location, consistent with what Mr. Robbins observed during his in-the-water refloat inspection .

I agree with Mr. Robbins' observation that the two starboard side-amidships bilge pumps discharge through hull fittings are close to the vessel's static waterline, and that their hoses are not configured with anti-siphon loops or check valves. This setup creates the opportunity for back-flooding through the bilge pumps if flooding from other sources lowered the static waterline sufficiently.

After finding the damage to the starboard engine exhaust hose the port side fuel tank, which had been left in place, was shifted to starboard so the port side engine exhaust could be inspected in way of where it passes through the aft engine room bulkhead. Conditions were similar to those found to starboard, but the hose had not apparently deteriorated as much. No chafing gear was present in the cutout, the hose was resting on the cutout's lower surfaces, and dark colored drainage

trails below the hose's contact point indicated the occurrence of chafe and possible leaks. These trails were fainter than those noted on the starboard side.

I remained concerned that some of the cored construction of the subject vessel's bottom has been compromised by water ingress, as indicated by continued leakage from the rudder ports and in way of the outer skin crack at the starboard side propeller shaft's stuffing box location. I interpret these ongoing leaks as indicating presence of the water in the core in way of these regions. Regardless, during the re-float, these points of potential water ingress to the vessel's core did not produce any observable leakage through the hull's inner skin .

CAPTIONED PHOTOS OF EVEREADY:

Note: The following photos have been renamed with a date preface. They may also have been rotated into upright orientation, down-sampled, cropped, or magnified with computer software. Original high resolution versions of the photographs used in this report are on the attached CD-ROM disc.



October 2007-4372lowres On Monday 10/15/07 the suspect area inboard of the starboard propeller shaft log was still weeping water, as indicated by the arrow. The aft white plug seals a holesaw removal site for evidence item #1. The forward white plug seals a removed through hull location.



October 2007-4373lowres
The arrow indicates ongoing water drainage at the inboard edge of the starboard rudder shaft log. The bilge in way of this area was dry.



October 2007-4251lowres
After the antifouling paint layers were removed by lava-rock blasting the weeping crack at the inboard edge of the starboard side propeller shaft log insert , indicated by the arrows, was much more visible.



October 2007-4854lowres
After removal of the central and starboard-outboard fuel tanks, and cutting away of the starboard tank's plywood foundation panel, the starboard shaft log region was visible. Inner skin quality appeared unremarkable. No leakage sites on the inner skin in this region were seen during the launch test.



October 2007-4592lowres
Once the starboard-outboard fuel tank was removed the compromised condition of the lower section of the starboard engine's exhaust hose, where it rested directly on an unprotected cutout in the aft engine room bulkhead, at the blue arow, became apparent.
Note the rusty drip trail below the hose.

The black arrows indicate where the tabbing securing the outboard fuel tank's plywood foundation panel was cut away to allow the panel's removal.



October 2007-
4600lowres

Note the poor fit and absence of chafing gear to prevent the hose from rubbing against the bulkhead's cutout.



October 2007-4683
The starboard side engine exhaust hose was carefully propped-up to lift it off its resting place on the bulkhead cutout for inspection, leak testing, and photography.

Note that this side of the exhaust system had been previously disconnected from the engine exhaust port, so the system was not exposed to water during the float test.

The red arrow indicates a drop of water draining through the damaged hose in way of where it rested on the bulkhead. The drainage of water poured into the open aft end of the hose through the compromised area was immediate.

The blue arrow indicates where the fiberglass facing on the after face of the bulkhead was not smoothly cut, creating a pointed 'hard spot' in way of where the hose rested on the bulkhead.

Removal and preservation of the hose and the adjacent bulkhead, after placing index marks on both components, is suggested.



October 2007-4692lowres
After the damage to the starboard side engine exhaust hose was found the port side hose was also checked, by removing the port-outboard fuel tank, which had been left in place during the original open-inspect work.
This hose also appeared to be deteriorated, and resting on the edge of an oversize cutout in the engine room aft bulkhead that was also not outfitted with chafe protection. Note that the external exhaust port through the hull side had been sealed with shrinkwrap prior to the float-test, so this section of hose was not wetted during the test.
This hose was not leak tested.

PHOTOGRAPHS OF EVIDENCE REMOVED FROM "EVEREADY"



2005-0588
Evidence item #1: Holesaw coupon removed from the forward-inboard corner of the starboard side propeller shaft log insert region.



October 2007-4446
Evidence item #2: Wood handled steel knife removed from the inboard-starboard side engine stringer in way of the vertical stanchion inboard of the engine.

DISCLAIMER:
The opinions rendered in this report are based upon my review of the referenced case materials and my inspections of the subject vessel. These opinions are subject to amendment or correction if further information becomes available that I did not have at the time this report was prepared.

Submitted without prejudice,

Bruce Pfund
November 1, 2007

BP/SP

**BRUCE PFUND/SPECIAL PROJECTS, LLC**
7 Windover Turn
Westerly, RI 02891 - 4070
USA 401-322-7474
bpspecialprojects.com

---

November 1, 2007

## BP/SP, LLC DEPOSITIONS & EXPERT WITNESS WORK From 2003 to 11/2007

DEPOSITIONS continued

2/10/04
Peter D. And Lori. M. Mains
v
Sea Ray Boats, Inc.
CASE # 301 CV 2402 (AWT)
United States District Court
District of Connecticut

12/17/04
Markel American Insurance Co, et al
v.
Schubert's Marine Blast, Inc, et al
USDC Eastern District LA , Sect 1, Mag 3
Case # 04-0376

6/02/05
Colleen Proctor, ET AL
vs
American Offshore Powerboats
US District Court for The District Of Maryland
Northern Division
1:04-CV-02736-WDQ

EXPERT WITNESS TESTIMONY

2003
United States District Court
Central District Of California
Western Division
Los Angeles, CA
Case # CV 00-06845
Nicholas J. Benetic et al., v. M/Y ATHENA ALEXANDER

BP/SP

**BRUCE PFUND/SPECIAL PROJECTS, LLC**
7 Windover Turn
Westerly, RI 02891 - 4070
USA 401-322-7474
bpspecialprojects.com - bpspecialprojects@cox.net

November 2, 2007

IBEX presentations from 2005 to 2007

Note that I was moderator and co-presenter for all sessions, except those prefaced with a *.

2005
Fasteners for Composites
Infusion Flow Modeling
Flow Media for Infusion
Livewells
Wetpreg Composites

2006
Infusion-Sandwich repairs
Composite Inspectors' Roundtable
Osmotic Blistering
Shop level Testing
Strakes, Steps, and Chines

2007
Damage Tolerance
Fabric Alignment
Infuse and Lose?
* Infusion learning Curve
Classic Composite Boats

Note: I have received CEU credits for all of these presentations but was unable to source the CEU documents in time for the 11/06/04 submission deadline.

IBEX
The International BoatBuilders' Exhibition & Conference
Box 78, 1 Great Cove Road • Brooklin, ME 04616 • T: 207-359-4651 • F: 207-359-8920 • E: info@ibexshow.com

To Whom It May Concern:

Bruce Pfund has presented the following sessions at the International BoatBuilders Exhibition and Conference. Each session is 1 ½ hours. The sessions are presented to the attendees by panel, duet, or solo. It is noted if Bruce was a member of the panel, duet or solo presenter.

The International BoatBuilders Exhibition and Conference (IBEX) is the largest boat building trade show in the world, attracting thousands of attendees who seek education and sourcing opportunities.

IBEX is owned and Produced by Professional BoatBuilder Magazine and National Marine Manufacturers Association.

Carl Cramer
Show Producer

1992 (Fort Lauderdale)

| | | |
|---|---|---|
| 1992 0402 | Modified Resin Systems | Panel |
| 1992 0502 | Out, Out Damned Spot: Osmotic Blistering | Panel |
| 1992 0601 | Busting The Polyester Monopoly | Panel |

1993 (Miami)

| | | |
|---|---|---|
| 1993 0305 | Reducing Resin-Related Emissions | Panel |
| 1993 0403 | Secondary Bonding | Panel |
| 1993 0504 | Surveying Damage (Part 1) – Bruce | Panel |
| 1993 0604 | Surveying Damage (Part 2) – Bruce | Panel |
| 1993 0701 | Troubleshooting Composites (Part 1) | Panel |
| 1993 0801 | Troubleshooting Composites (Part 2) | Panel |
| 1993 0905 | Building Blister-Resistant Boats | Panel |

1994 (Miami)

| | | |
|---|---|---|
| 1994 0204 | Fuel Tanks-The good the bad and the ugly | Panel |
| 1994 0301 | Pre-Production Testing | Panel |
| 1994 0402 | Designing For Ease Of Maintenance | Duet |
| 1994 0805 | Surveyor's Perspective (Pfund) | Solol |

1995 (Fort Lauderdale)

| | | |
|---|---|---|
| 1995 0203 | Automated Boatbuilding | Panel |
| 1995 0301 | Building For The Military | Duet |
| 1995 0404 | Rigging Tips For Large Outboards | Panel |
| 1995 0505 | Surveyor's Perspective (B. Pfund) | Solo |
| 1995 0603 | Surveying Defects (Panel) | Panel |
| 1995 0703 | Working with Low-Styrene Resins | Panel |
| 1995 0803 | Process Controls For Small & Mid-Sized Shops | Panel |
| 1995 0902 | Solving Taping And Tabbing Problems | Panel |

1995 (IBEX West)

| | | |
|---|---|---|
| 1995W 0202 | Building Boats for the Military | Duet |
| 1995W 0501 | Learning from the Aerospace Industry | Panel |
| 1995W 0703 | Surveyor's Perspective on Composite Failures | Panel |
| 1995W 0803 | Automated Boatbuilding Techniques | Panel |
| 1995W 0903 | Selecting a vacuum bagging system | Panel |

1996 (Fort Lauderdale)

| | | |
|---|---|---|
| 1996 0202 | From Production Problem To Survey Defect | Duet |
| 1996 0302 | Vacuum Bagging | Panel |
| 1996 0503 | Panel: Surveyors' Perspectives On Systems | Panel |
| 1996 0602 | Infusion Processing | Panel |
| 1996 0703 | Surveyor's Perspective On Composites (Pfund) | Solo |
| 1996 0905 | Plant Management | Panel |

1996 (IBEX West)

| | | |
|---|---|---|
| 1996W 0202 | Resin-Infusion Processing | Duet |
| 1996W 0303 | From Production Defect to Repair Problem | Duet |
| 1996W 0403 | A surveyor's Perspective on Marine Composite Failures | Solo |
| 1996W 0603 | Taping, Tabbing, and Secondary Bonding | Duet |
| 1996W 0703 | Repairing Heavily Loaded Composite Structures | Duet |
| 1996W 0803 | Non-Destructive Evaluation | Duet |
| 1996W 0902 | Skin Coats | Duet |

1997 (Fort Lauderdale)

| | | |
|---|---|---|
| 1997 0202 | Putties & Core Adhesives | Panel |
| 1997 0303 | Aging of the Fleet | Duet |
| 1997 0402 | Real World Resin Properties | Panel |
| 1997 0503 | Nondestructive testing | Duet |
| 1997 0603 | Composite Repairs of Laminates | Panel |
| 1997 0703 | Composite repairs - outer coats | Panel |
| 1997 0903 | Composite Repairs of Cores | Panel |

1998 (Fort Lauderdale)

| | | |
|---|---|---|
| 1998 0202 | Working with Kevlar | Panel |
| 1998 0402 | Part Shrinkage and Pre-release. | Panel |
| 1998 0602 | Material physical properties | Panel |
| 1998 0702 | Building strakes, steps, and chines | Panel |
| 1998 0804 | How Marine Composites Fail | Panel |

1999 (Fort Lauderdale)

| | | | |
|---|---|---|---|
| 1999 0202 | 202 | Working with Carbon Fiber | Panel |
| 1999 0303 | 303 | New Nondestructive Testing Methods | Panel |
| 1999 0507 | 507 | Sheathing | Panel |
| 1999 0702 | 702 | Hull-to-Deck Joints | Panel |
| 1999 0903 | 903 | Repairs to Infused Boats | Panel |

2000 (Fort Lauderdale)

| | | | |
|---|---|---|---|
| 2000 02MM | 903 | Transom Repair and Replacement | Panel |
| 2000 04MM | 802 | Production Building with Epoxy | Panel |
| 2000 04SR | 603 | Damaged Core Structures: Inspection and Repair | Panel |
| 2000 05SR | 703 | Repairs to Single-Skin Structures | Panel |
| 2000 07MM | 402 | Stringers and Bulkheads | Panel |
| 2000 08MM | 302 | Molded Liners and Modules | Panel |

2000 (IMREX)

| | | | |
|---|---|---|---|
| 2000 MX102 | 102 | Preventative Maintenance Training for Crew | Duet |
| 2000 MX401 | 401 | Managing Composite Construction for Repair & Refit | Panel |
| 2000 MX703 | 703 | Yacht and Megayacht Surveyors: Are Specialists Required? | Panel |
| 2000 MX802 | 802 | Base-lining the Modern Yacht | Panel |

2000 MX901 901 Fairing Problems: Prevention, Diagnosis, and Repair Duet

2001 (Fort Lauderdale)

| | | | |
|---|---|---|---|
| 2001 01CM | 301 | Re-engineering Production-Boat Laminates | Duet |
| 2001 04DS | 204 | Design Loads | Panel |
| 2001 05RS | 502 | Major Repairs of Cored Structures | Duet |
| 2001 06RS | 506 | Catastrophic Damage: Survey & Repair | Panel |
| 2001 4WAS | 403 | Fairing Aluminum | Duet |

2002 (Fort Lauderdale)

| | | | |
|---|---|---|---|
| 2002 DED5 | 304 | Testing and Evaluating the Damage Tolerance of Composites | Panel |
| 2002 DEPS3 | 103 | Sportfishing-Boat Layouts | Panel |
| 2002 SR2 | 406 | Structural Repairs: Assessing the Damage | Panel |
| 2002 SR3 | 606 | Repairs to Advanced Composites | Panel |
| 2002 SR4 | 206 | Managing Complex Surveys | Panel |

2002 (IBEX U Portland)

| | | | |
|---|---|---|---|
| 2002UP DE1 | 101 | Composite Structures | Duet |
| 2002UP RS2 | 602 | Surveying & Repairing Advanced Composites | Duet |

2002 (IBEX U Seattle)

| | | | |
|---|---|---|---|
| 2002US DE2 | 301 | Stringers & Bulkheads | Duet |
| 2002US RS2 | 602 | A Blisters Cookbook | Duet |

2003 (Fort Lauderdale)

| | | | |
|---|---|---|---|
| 2003 CMM02 | 404 | Practical Carbon Fiber | Panel |
| 2003 CMM03 | 204 | Vacuum Processes | Duet |
| 2003 SAR02 | 506 | Surveying the Mature Boat | Duet |
| 2003 SAR03 | 606 | Thermal Imaging for Damage Inspection | Duet |
| 2003 SAR05 | 306 | Case Histories of Major Repairs | Duet |

2003 (Miami)

| | | | |
|---|---|---|---|
| 2003Mi MA02 | 603 | Selecting and Applying Coatings for Epoxy | Duet |
| 2003Mi MI03 | 502 | Introduction to Infusion Solutions | Panel |
| 2003Mi SR03 | 104 | Forensic Composite Research: To Repair or Not? | Panel |
| 2003Mi SR04 | 204 | Osmotic Blistering: Survey and Repair | Panel |
| 2003Mi SR05 | 806 | Non-Destructive Evaluation (NDE) for Surveyors | Panel |

2004 (Miami)

2004 CMA1 303 Quality-Control Methods for Epoxy Laminating Systems Duet
2004 CMA3 603 Bonding Core Materials Panel
2004 CMA4 103 Economics of Carbon Fiber Panel
2004 SR03 406 Marine Survey: Working with Insurance Claims Departments Panel
2004 SR05 206 Managing an LPU Repair Project Duet

2004 (IBEX U Rockport)

2004U RP01 101 Fabric Selection for Closed Molding Duet
2004U RP10 502 Preventing Gelcoat Failures Duet

Hotel: 757-622-6664

**Knox Marine**

## 13TH ANNUAL YACHT CLAIMS CONFERENCE

JANUARY 12 AND 13, 2005
NORFOLK WATERSIDE SHERATON HOTEL, NORFOLK, VIRGINIA

This program is the *only* national conference for yacht claims and is designed for marine surveyors, insurance adjusters, claims handlers, attorneys, repairers, and others who investigate and adjust pleasure boat losses.

12 CEUs in 2001

Join us to meet, learn, and network with the best.

Previous conferences have been approved for 12 CEU's by NAMS and SAMS. We are also applying for CEU/CLE approval for licensed adjusters and legal advisers.

Go to www.knoxmarine.com for topics and other details. On-line registration is now available. You may also call the office – 757-622-5294.

IBEX

**The International BoatBuilders' Exhibition & Conference**

Box 78, 86 Great Cove Drive • Brooklin, ME 04616 • T: 207-359-4651 • F: 207-359-8920 • E: info@ibexshow.com

11/1/2005

BRUCE PFUND
bruce pfund/special projects LLC
7 WINDOVER TURN

WESTERLY, RI 02891 UNITED STATES

# *IBEX Certificate of Continuing Education*
# *IBEX 2005*

IBEX 2005 is awarding 0.15 CEUs for each Seminar. This certifies that BRUCE PFUND, BadgeID 100369 completed the following seminars at IBEX 2005, October 19 - 21 at the Miami Beach Convention Center.

| Seminar Description | Hours | Credits |
|---|---|---|
| 103: Cosmetics and Post-Curing Composites | 1.50 | 0.15 |
| 203: Infusion: Resin-Flow Modeling | 1.50 | 0.15 |
| 302: Livewell Technology and the Science of Keeping Fish | 1.50 | 0.15 |
| 403: Wet-Preg Fabrication | 1.50 | 0.15 |
| 503: Fastener Installation and Hardware Bonding in Compo | 1.50 | 0.15 |
| 603: Special Process Equipment and Flow Media for Infusi | 1.50 | 0.15 |
| | **9.00** | **0.90** |

Carl Cramer

Carl Cramer, Show Director

The International BoatBuilders' Exhibition & Conference
Box 78, 1 Great Cove Road • Brooklin, ME 04616 • T: 207-359-4651 • F: 207-359-8920 • E: info@ibexshow.com

December 22, 2004

Bruce Pfund
7 Windover Turn
Westerly, RI 02891-4070

## Certificate of Continuing Education

## IBEX 2004

This certifies that Bruce Pfund was a speaker for the following seminars at IBEX October 25-27, 2004.

| Session # | Session Title | Credits | Hours | |
|---|---|---|---|---|
| 103 | Economics of Carbon Fiber | 0.15 | 1.5 | Speaker |
| 206 | Managing an LPU Repair Project | 0.15 | 1.5 | Speaker |
| 303 | Quality-Contraol Methods for Epoxy Laminating Systems | 0.15 | 1.5 | Speaker |
| 406 | Marine Survey: Working with Insurance Claims Departments | 0.15 | 1.5 | Speaker |
| 603 | Bonding Core Materials | 0.15 | 1.5 | Speaker |
| | | | | |
| Total | CEU Credits/Hours | .75 | 7.50 | |

Carl Cramer, Show Director

The International BoatBuilders' Exhibition & Conference
Box 78, 1 Great Cove Road • Brooklin, ME 04616 • T: 207-359-4651 • F: 207-359-8920 • E: info@ibexshow.com

May 26,2004

Bruce Pfund
7Windover Turn
Westerly, RI 02891-4070

## Certificate of Continuing Education

## IBEXU 2004

This certifies that Bruce Pfund was a speaker for the following seminars at IBEXU Rockport 2004, February 25 – February 26.

| # | Session Title | Credits | Hours |
|---|---|---|---|
| | | | |
| 101 | Fabric Selection for Closed Molding | 0.15 | 1.5 |
| 502 | Preventing Gelcoat Failures | 0.15 | 1.5 |
| | | | |
| | | | |
| | | | |
| Total | CEU Credits/Hours | .30 | 3.00 |
| | | | |

Carl Cramer, Show Director

IBX The International BoatBuilders' Exhibition & Conference
Box 78, 1 Great Cove Road • Brooklin, ME 04616 • T: 207-359-4651 • F: 207-359-8920 • E: info@ibexshow.com

December 22, 2004

Bruce Pfund
7Windover Turn
Westerly, RI 02891-4070

**Certificate of Continuing Education**

**IBEX 2004**

This certifies that Bruce Pfund was a speaker for the following seminars at IBEX October 25-27, 2004.

| Session # | Session Title | Credits | Hours | |
|---|---|---|---|---|
| 103 | Economics of Carbon Fiber | 0.15 | 1.5 | Speaker |
| 206 | Managing an LPU Repair Project | 0.15 | 1.5 | Speaker |
| 303 | Quality-Contraol Methods for Epoxy Laminating Systems | 0.15 | 1.5 | Speaker |
| 406 | Marine Survey: Working with Insurance Claims Departments | 0.15 | 1.5 | Speaker |
| 603 | Bonding Core Materials | 0.15 | 1.5 | Speaker |
| | | | | |
| Total | CEU Credits/Hours | .75 | 7.50 | |

Carl Cramer, Show Director

IBX The International BoatBuilders' Exhibition & Conference
Box 78, 1 Great Cove Road • Brooklin, ME 04616 • T: 207-359-4651 • F: 207-359-8920 • E: info@ibexshow.com

May 26,2004

Bruce Pfund
7 Windover Turn
Westerly, RI 02891-4070

**Certificate of Continuing Education**

**IBEXU 2004**

This certifies that Bruce Pfund was a speaker for the following seminars at IBEXU Rockport 2004, February 25 – February 26.

| # | Session Title | Credits | Hours |
|---|---|---|---|
| | | | |
| 101 | Fabric Selection for Closed Molding | 0.15 | 1.5 |
| 502 | Preventing Gelcoat Failures | 0.15 | 1.5 |
| | | | |
| | | | |
| | | | |
| Total | CEU Credits/Hours | .30 | 3.00 |
| | | | |

Carl Cramer, Show Director

IBEX The INTERNATIONAL BOATBUILDERS' EXHIBITION & CONFERENCE

Sponsored and produced by *Professional BoatBuilder* magazine

BRUCE PFUND
BRUCE PFUND/SPECIAL PROJECTS LLC
7 Windover Turn
WESTERLY, RI 02891

**IBEX Certificate of Continuing Education**

**IBEX U Portland 2002**

IBEX U Portland 2002 is awarding 0.15 CEU's for each Seminar.

This certifies that BRUCE PFUND completed the following seminars at IBEX U Portland 2002, October 3-October 4.

| | | |
|---|---|---|
| 101 | Design & Engineering: Composite Structures | 0.15 |
| 302 | Repair & Survey: Improving Gelcoat Quality | 0.15 |
| 401 | Methods & Materials: Infusion! | 0.15 |
| 602 | Repair & Survey: Advanced Composites | 0.15 |
| | | |
| | | |
| Total | CEU Credits | 0.60 |

Carl Cramer, Show Director

MAIN OFFICE
IBEX; c/o *Professional BoatBuilder* magazine
P.O. Box 78, Naskeag Road, Brooklin, ME 04616-0078
Tel. 207-359-4651 • fax 207-359-8920

EXHIBIT SALES
IBEX; 1177 High Ridge Road
Stamford, CT 06905
Tel. 203-321-2124 • fax 203-321-1210

Phone : 401-322-7474 ( #11 To fax)
**BRUCE PFUND/SPECIAL PROJECTS, LLC**
#7 Windover Turn
Westerly, R.I. 02891-4070 USA
bpspecialprojects.com

**2007 RATES AND TERMS**

**CONSULTING / INSPECTION:**
$180 per hour / $260/hour for NDI & SMART HAMMER projects
Includes: On-site inspections, photography, sample and report preparation, telephone conferences, shop level inspection.

**LITIGATION** / EXPERT WITNESS WORK &INTERNATIONAL PROJECTS:
Call for rates/terms details
$275 per hour plus expenses as a designated expert
$225/hour for legal work, non-expert designation
Minimum billing increment 10 minutes
Retainer/deposit required for legal projects

**EXPENSES**: Billed at cost:
- Third party testing conducted/billed through BP/SP, LLC (Deposit required)
- Wire transfer & Letter of Credit fees, currency exchange commissions
- Postage, shipping, packaging, customs broker fees
- International telcon & fax fees, overseas cellular roam fees
- Research/standards/classification society fees
- Internet storage service fees for large file transfers
- Document copying/printing/digitizing
- Photography/digitizing/printing/storage and backup
- Electronic storage media
- Any travel/lodging/meal expenses
- Country Entry-Exit fees / Visas / Work Permits

Weekend layover day rate: $300
Telephone call logs / billings sent as available.
Special Projects automobile: $0.50 per mile, plus tolls & parking.

**TRAVEL EXPENSES & TERMS**
Door to door travel times below 5 hours billed @ $70 per hour.
Over 5 hours and air travel time billed @ $700 per day for up to 12 hours travel time.
Over 12 hours travel time charged at $1,000, over 24 hours at $1,600
BP/SP, LLC reserves the right to cancel/change air travel plans at times when government authorities announce relevant states of heightened national security or threat status.

**PAYMENT TERMS**
Billings sent every 10 business days for active accounts.
Bills past due over 30 days will be charged 1.5% interest per month, compounded monthly.

Phone : 401-322-7474 ( #11 To fax)
**BRUCE PFUND/SPECIAL PROJECTS, LLC**
#7 Windover Turn
Westerly, R.I. 02891-4070 USA
bpspecialprojects.com

**2007 RATES AND TERMS**

**CONSULTING / INSPECTION:**
$180 per hour / $260/hour for NDI & SMART HAMMER projects
Includes: On-site inspections, photography, sample and report preparation, telephone conferences, shop level inspection.

**LITIGATION** / EXPERT WITNESS WORK &INTERNATIONAL PROJECTS:
Call for rates/terms details
$275 per hour plus expenses as a designated expert
$225/hour for legal work, non-expert designation
Minimum billing increment 10 minutes
Retainer/deposit required for legal projects

**EXPENSES**: Billed at cost:
- Third party testing conducted/billed through BP/SP, LLC (Deposit required)
- Wire transfer & Letter of Credit fees, currency exchange commissions
- Postage, shipping, packaging, customs broker fees
- International telcon & fax fees, overseas cellular roam fees
- Research/standards/classification society fees
- Internet storage service fees for large file transfers
- Document copying/printing/digitizing
- Photography/digitizing/printing/storage and backup
- Electronic storage media
- Any travel/lodging/meal expenses
- Country Entry-Exit fees / Visas / Work Permits

Weekend layover day rate: $300
Telephone call logs / billings sent as available.
Special Projects automobile: $0.50 per mile, plus tolls & parking.

**TRAVEL EXPENSES & TERMS**
Door to door travel times below 5 hours billed @ $70 per hour.
Over 5 hours and air travel time billed @ $700 per day for up to 12 hours travel time.
Over 12 hours travel time charged at $1,000, over 24 hours at $1,600
BP/SP, LLC reserves the right to cancel/change air travel plans at times when government authorities announce relevant states of heightened national security or threat status.

**PAYMENT TERMS**
Billings sent every 10 business days for active accounts.
Bills past due over 30 days will be charged 1.5% interest per month, compounded monthly.

BP/SP

**BRUCE PFUND/SPECIAL PROJECTS, LLC**
7 Windover Turn
Westerly, RI 02891 - 4070
USA 401-322-7474
bpspecialprojects.com

November 2, 2007

# BP BIBLIOGRAPHY FROM 1997 TO 2007

*Professional Boatbuilder*:
See attached index.
(Note that fall 1997 *PBB* publications begin with Volume 47.)

*Boating:*
2/98 to 12/00
Contributing Editor
Monthly column & photographs of approximately 800 words on boat design, construction, & repair topics, BP titled:

- 8 Things Not Found in a General Survey
- Avoiding Trailer damage
- Dark Ship Experiences
- Preventing Chafe
- Gelcoat Repairs
- What is Hand Layup?
- Hatches and Gutters
- How to Look at Boats
- Bad Boat Tie-ups
- Selecting Bedding and Caulking Compounds
- Never on Sunday
- Putty Selection
- Shrinkwrap
- Spares
- Steering System Failures
- Trim Tabs
- Waterlines
- Boating Bloopers
- Pointy End First

*SportFishing:*
1999
Do Boats Raise Fish?
2007 Letter to the Editor

*Power Cruising:*
2007
Contributing Editor
"Surveying New Boats"
2-parts: "Avoiding Boat Show Burnout"

•PROFESSIONAL• BOATBUILDER

- Contact Us
- Subscribe
- ProBoat Forum
- IBEX
- WoodenBoat

- Home
- Back Issue Index
- Subscribe
- Digital Issues
- Buy Back Issues
- Advertise
- Links to Advertisers
- Press Releases

# *Professional BoatBuilder* Magazine Online Index

**Search past issues** and find out what *Professional BoatBuilder* has published on subjects like boatbuilding, design, boat repair, and tools.

Pfund, Bruce SEARCH in Author help

Per Page: 25 | 50 | 100

<< [ 1 ] 2 >>

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 1 | 6 | Technology | Pfund, Bruce | Catalyst Ratios | A critical part of the fiberglass equation. |
| 1 | 64 | Feature | Pfund, Bruce | A Word of Caution | More on vacuum-bagging. |
| 2 | 6 | Technology | Pfund, Bruce | Catalyst Ratios, Part 2 | Improper catalyst ratios can raise havoc in your tooling. |

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 2 | 70 | Feature | Pfund, Bruce | Ultrasonic Leak Detector Helps in Troubleshooting and QC | Panorama Inc.'s marine leak detector. |
| 3 | 43 | Feature | Pfund, Bruce | Spar Technology: Big Changes in the Wind | Race-rule changes may give composites a boost. |
| 3 | 54 | Technology | Pfund, Bruce | Chopper Guns | Once-maligned tools are getting a new lease on life. |
| 4 | 22 | Feature | Pfund, Bruce | Testing Composites | What the labs and product data sheets can and can't tell boatbuilders. |
| 6 | 5 | Letters Etc. | Pfund, Bruce | | letter response on wet strength of composites. |
| 6 | 10 | Feature | Pfund, Bruce | Vinyl Ester Resins | The price may seem high, but the benefits are many. |
| 7 | 5 | Letters Etc. | Pfund, Bruce | | Letter response on fabric impregnators. |
| 7 | 50 | Feature | Pfund, Bruce | Controlling Print-Through | Specialized materials can help, but proper methods remain critical. |
| 7 | 64 | Tools of the Trade | Pfund, Bruce | Styrene Sniffers Can Confirm Compliance with OSHA Regulations | The Matheson-Kitigawa Toxic Gas Sampler. |
| 8 | 28 | Feature | Pfund, Bruce | Changing Face of Polyester Resins | New regulations are affecting the ISO, ORTHO, and DCPD formulations. |
| 9 | 38 | Feature | Pfund, Bruce | Core Installation sidebars | Styrene can attack PVC cores; surface preparation is critical; priming, sealing, and hot-coating cores. |
| 9 | 53 | Practical Solutions | Pfund, Bruce | Vacuum-Drying Blistered Hulls: Two Reports | Vegetables, yes; boats, maybe. |
| 10 | 8 | Feature | Pfund, Bruce | Coping with VOCs | Volatile organic compounds are fast becoming every boatbuilder's regulatory nightmare. |
| 10 | 64 | Parting Shot | Pfund, Bruce | Boatbuilder as Cook | Following instructions is critical. |
| 11 | 42 | Feature | Pfund, Bruce | Gelcoat | Controlling variables is the key to successful application of this tempermental material. |
| 12 | 27 | Feature | Pfund, Bruce | Mold Releases | Preventing stuck parts. |

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 13 | 11 | Feature | Pfund, Bruce | Mold Releases, Part 2 | Info on environmentally benign products and internal formulations. |
| 13 | 67 | Technology | Pfund, Bruce | Secondary Bonding | How to prepare laminate for successful bonding. |
| 13 | 70 | Tools of the Trade | Pfund, Bruce | Cook's Armorcote IMC Promises Improved Cosmetics | Cook's in-mold coating gives conventional gelcoat competition. |
| 14 | 45 | Feature | Pfund, Bruce | Post-Curing | Post-curing epoxy can improve cosmetics and laminate toughness. |
| 15 | 13 | Technoloby | Pfund, Bruce | Preventing the Pox | Ways to minimize the risk of building a boat that will blister. |
| 15 | 60 | Feature | Pfund, Bruce | Blister Phenomenon | Understanding the cause is the key to controlling osmotic blistering. |
| 16 | 42 | Feature | Pfund, Bruce | Blister Repair, Part 1 | Correctly preparing the hull is the key to success. |
| 16 | 50 | Feature | Pfund, Bruce | Moisture-Meter Shootout | A proposal to test meters--a call for test suggestions. |
| 17 | 11 | Feature | Pfund, Bruce | Blister Repair, Part 2 | The tricky process of relaminating, refairing, and recoating. |
| 17 | 64 | Parting Shot | Pfund, Bruce | Of Woodworkers and Fiberglass | Kudos to wooden-boat builders who try out composites. |
| 18 | 8 | Feature | Pfund, Bruce | Light-Curing Resins | Formulations that won't kick until exposed to UV rays have benefits. |
| 19 | 44 | Feature | Pfund, Bruce | Secondary Bonding, Part One | Laying up over a cured laminate is a tricky process. |
| 20 | 32 | Feature | Pfund, Bruce | Secondary Bonding, Part 2 | Using vinyl esters and styrene-suppressed polyesters requires special attention to surface prep. |
| 22 | 8 | Feature | Pfund, Bruce | Working with Honeycomb Cores | Cutting, joining, and laminating sheets of honeycomb core are tasks that require special tools and techniques. |
| 22 | 20 | Feature | Pfund, Bruce | Honeycomb Cores | These materials can produce very strong, lightweight panels, but choosing the right type for the job is critical. |
| 23 | 42 | Feature | Pfund, Bruce | Moisture Meters | A comparison of four meters currently on the market. |
| 24 | 18 | Feature | Pfund, Bruce | Pre-preg Reinforcements | Widely considered exotic and too expensive, these materials offer advantages that merit a hard look. |

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 25 | 18 | Feature | Pfund, Bruce | Repairing Major Damage | Two case studies prove that the critical step in the process is an accurate evaluation of what's wrong. |
| 25 | 62 | Parting Shot | Pfund, Bruce | Boats and Bombers | Talented people are being let go by the aerospace and defense industries. Should boatbuilders hire them? |
| 28 | 14 | Practical Solutions | Pfund, Bruce | Dragging Tools for Hoses and Cables | Simple tools for routing cables and hoses. |
| 28 | 18 | Feature | Pfund, Bruce | Reinforcing with Carbon and Kevlar | Used selectively, these fibers can boost a boat's market appeal and its performance at reasonable cost. |
| 28 | 60 | Tools of the Trade | Pfund, Bruce | Innovative Machine Makes Syntactic Foam from Polyester Resin | Venus-Gusmer's MBF-01, which uses gas instead of chemicals, produces foam mechanically from laminating-grade resins. |
| 28 | 60 | Tools of the Trade | Pfund, Bruce | New Hydraulic System Is a Drop-in Replacement for Mechanical Controls | Marine Systems' Hydrohelm is a direct replacement for push/pull cables in a variety of pleasure boat applications. |
| 29 | 8 | Feature | Pfund, Bruce | Analyzing FRP | Summary of Bruce's IBEX '94 seminar on same. |
| 29 | 38 | Feature | Pfund, Bruce | Woven vs. Stitched Fabrics | Knitteds have better strength, but traditional mat and woven roving remain ideal for most single-skin boats. |
| 30 | 26 | Feature | Pfund, Bruce | Survey Reports | It's essential to fully document how you inspect a boat, what you found, and what you never looked for. |
| 30 | 57 | Practical Solutions | Pfund, Bruce | Another Way to Skin the Cat(alyst) | A good electronic scale is the key to the author's catalyzation-by-weight technique. |
| 30 | 72 | Parting Shot | Pfund, Bruce | Perils of Wet Inspection | The practice of forgoing a haulout is becoming more common and being approvied by increasing numbers of insurance companies. |
| 31 | 34 | Feature | Pfund, Bruce | Contour-Cut Cores | Filling the slots between the blocks with resin or foam will prevent some unpleasant surprises. |
| 32 | 44 | Feature | Pfund, Bruce | Encapsulated Plywood Problems and Solutions | Unsealed edges can cause serious problems in plywood-cored fiberglass structures. |

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 33 | 46 | Feature | Pfund, Bruce | Hot Boatbuilding | Construction FRP craft in hot weather calls for special strategies on the shop floor. |
| 34 | 5 | Letters Etc. | Pfund, Bruce | | Letter on black discoloration of foam core. |
| 34 | 42 | Feature | Pfund, Bruce | Rethinking Composites Testing | Different test procedures generate conflicting materials data--a problem for builders and designers alike. |
| 34 | 52 | Feature | Pfund, Bruce | An Important Book on Surveying | The latest edition of Surveying Small Craft is highly recommended--and not just for surveyors. |
| 34 | 52 | Worthwhile Reading | Pfund, Bruce | An Important Book on Surveying | Surveying Small Craft, by Ian Nicolson. |
| 35 | 43 | Feature | Pfund, Bruce | Problem-Solving with Light, Heat, and Sound | Surveyors and mechanics can use non-destructive inspection methods to diagnose boats and machinery. |
| 36 | 4 | Letters Etc. | Pfund, Bruce | | letter response on PeelPly/secondary bonding. |
| 36 | 24 | Feature | Pfund, Bruce | Fiber in the Hole! | Holes in composite hulls call for conservative repair, strategic X-patch. |
| 36 | 78 | Tools of the Trade | Pfund, Bruce | A User-Friendly Honeycomb That's Building a Following | A polypropylene honeycomb core: Nida-core. |
| 37 | 48 | Feature | Pfund, Bruce | Flotation Foam | Dealing with water saturation and other common problems. |
| 38 | 20 | Feature | Pfund, Bruce | Down to the Nuts and Bolts | Fastening a ballast keel to the stub of a modern sailboat is a procedure that calls for careful consideration. |
| 39 | 19 | Feature | Pfund, Bruce | Taping and Tabbing | This reprise of an important IBEX panel focuses on critical FRP construction procedures that are often overlooked. |
| 41 | 50 | Feature | Pfund, Bruce | Tips for Spraying PVA | Improperly applied PVA can spoil the cosmetics of the first parts pulled from the green tooling. |
| 42 | 5 | Letters Etc. | Pfund, Bruce | | Letter response on engineered putties. |
| 42 | 5 | Letters Etc. | Pfund, Bruce | | Letter response on secondary bondline preparation/adhesives. |

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 42 | 46 | Feature | Pfund, Bruce | Working with a Foundry | Custom castings are best made by small foundries who can help take you from initial drawings to finished product. |
| 42 | 62 | Feature | Pfund, Bruce | The Fine Points of Changing Over | Shop practices and process equipment are only two of several items on this checklist for switching resin systems. |
| 43 | 24 | Feature | Pfund, Bruce | Tips for Cost-Effective Vacuum-Bagging | The best way to avoid bagging problems is to *anticipate them.* |
| 44 | 26 | Feature | Pfund, Bruce | Bilge Pump Rigging Problems | A plea for product development that eliminates some awkward features. |
| 45 | 29 | Practical Solutions | Pfund, Bruce | An Internally Mounted Transducer | Installing a transducer inside the hull eliminates drag and facilitates maintenance. |
| 45 | 68 | Feature | Pfund, Bruce | Boatbuilding with Flat Composite Panels | Notes on flat-panel fabrication. |
| 46 | 45 | Feature | Pfund, Bruce | Smart Composites Technology | Skins and structures capable of sensing changed loads and conditions. And responding accordingly. |
| JUNE-JULY 1997<br>47 | 66 | Tools of the Trade | Pfund, Bruce | Understanding the Basic Engineering of Composite Boats | Understanding the basic engineering of composite boats, and evaluating a high-end bottom paint. |
| 47 | 66 | Tools of the Trade | Pfund, Bruce | Micron CSC Extra | Interlux's improved ablative paint endures two seasons of high-speed offshore fishing. |
| 48 | 56 | Feature | Pfund, Bruce | A Machine Shop for the Boatshop | Setting up a metal lathe and milling machinery in your boat plant or yard can save you time and money. |
| 48 | 104 | Parting Shot | Pfund, Bruce | Aging of the Builders of the Fleet, The | The fleet of FRP boats is aging, along with its builders. Be kind to your body. |
| 49 | 24 | Feature | Pfund, Bruce | Tips for Cutting Clean Holes in Composites | Some specialized tools--and the right techniques--simplify the job of getting clean cutouts and laminate samples. |
| 50 | 46 | Feature | Pfund, Bruce | Test Lab vs. Shop Floor | Resin in the real world may not behave the way your manufacturer's product data sheet says it will. |
| 51 | 108 | Feature | Pfund, Bruce | Osmotic Blister Update | A new look at a chronic problem, and an old theory explored. |

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 52 | 67 | Feature | Pfund, Bruce | Repairing DCPD Laminates | You'll want to review your secondary-bonding techniques before tackling a DCPD repair job. |
| 53 | 40 | Feature | Pfund, Bruce | Building Big in Advanced Composites | With military stealth technology as the driver, Sweden's Karlskrona Shipyard has arrived at cost-effective, large-scale, cored carbon-fiber construction. |
| 53 | 96 | Parting Shot | Pfund, Bruce | Beware the Money Men | Beware the money men who are running (or is it RUINING?) more than a few good boatbuilding companies these days, now that business is good again. |
| 54 | 43 | Feature | Pfund, Bruce | New Construction in New Zealand | The whole country seems caught up in boats and boatbuilding. Aggressively innovative boatbuilding--among the best in the world. |
| 55 | 5 | Letters Etc. | Pfund, Bruce | | Letter response on contour-cut vs. sheet foam/cored bottoms. |
| 55 | 58 | Feature | Pfund, Bruce | New Construction in New Zealand, Part 2 | Yards and shops here handle big projects with apparent ease, advanced materials and construction techniques, and a conspicuous absence of permanent tooling. |
| 55 | 112 | Parting Shot | Pfund, Bruce | Back to the Future | The Whitbread boats devised a sail-change maneuver calling for advanced materials, traditional thinking, and, uh, guts. |
| 56 | 61 | Feature | Pfund, Bruce | Designing and Building with Kevlar | Although this material is no longer just for raceboats, many shops still do not understand how to work with it. |
| 57 | 88 | Feature | Pfund, Bruce | Aircraft and Aerospace Technology in the Boatshop | Boatbuilding often benefits from a trickle-down effect in terms of methods and materials that originate in the aerospace and aircraft industries. |
| 58 | 79 | Feature | Pfund, Bruce | Building Strakes, Steps, and Chines | Hard edges, high loads, and core and laminate transitions make these areas a challenge to design and lay up. |

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 59 | 30 | Feature | Pfund, Bruce | Fiber-to-Resin Ratios | Small changes inthis critical factor can lead to big changes in laminate performance. |
| 59 | 104 | Parting Shot | Pfund, Bruce | Core Failure | The real reasons often have nothing to do with vendors' test data. |
| 60 | 104 | Feature | Pfund, Bruce | Hull-to-Deck Joints | More than just keeping a lid on, a good connection between hull and deck contributes significantly to overall strength and stiffness. |
| 61 | 34 | Feature | Pfund, Bruce | Working with Carbon Fiber | The material is becoming less exotic and more affordable. But its behavior is still not well understood by many boatbuilders. |
| 62 | 62 | Feature | Pfund, Bruce | Absolutely Right | Potential customers unwilling to pay for the excellence embodied in a Merritt custom sportfisherman are advised to go elsewhere. |
| 63 | 5 | Letters Etc. | Pfund, Bruce | | Letter response on carbon fiber laminates. |
| 63 | 106 | Feature | Pfund, Bruce | NQEA Engineers and Shipbuilders | This Australian yard does just about everything--from maintaining and repairing yachts, to building high-speed ferries, to fabricating industrial equipment. |
| 63 | 162 | Tools of the Trade | Pfund, Bruce | DuFLEX | From Down Under, a new system for edge-joining pre-made composite flat panels creates large, fair, curved surfaces. |
| 64 | 22 | Feature | Pfund, Bruce | Why Some Dark Boats Blister | Three perspectives on unexpected FRP failures due to high temperatures generated by solar gain on exterior surfaces. |
| 64 | 112 | Feature | Pfund, Bruce | Boatyard Repair Strategies | To run a profitable repair business, you've got to pick the right jobs and the right boat owners. |
| 65 | 5 | Letters Etc. | Pfund, Bruce | | Letter response on gelcoat repairs. |
| 65 | 84 | Feature | Pfund, Bruce | Building Big in Composites | We visit a Scandinavia shipyard--Norway's Umoe Mandal--where a military project offers many lessons to builders of large FRP yachts. |

<u>**Go here to view digital versions**</u> from June/July 2005 (#95) to the current issue.

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 52 | 67 | Feature | Pfund, Bruce | Repairing DCPD Laminates | You'll want to review your secondary-bonding techniques before tackling a DCPD repair job. |
| 53 | 40 | Feature | Pfund, Bruce | Building Big in Advanced Composites | With military stealth technology as the driver, Sweden's Karlskrona Shipyard has arrived at cost-effective, large-scale, cored carbon-fiber construction. |
| 53 | 96 | Parting Shot | Pfund, Bruce | Beware the Money Men | Beware the money men who are running (or is it RUINING?) more than a few good boatbuilding companies these days, now that business is good again. |
| 54 | 43 | Feature | Pfund, Bruce | New Construction in New Zealand | The whole country seems caught up in boats and boatbuilding. Aggressively innovative boatbuilding--among the best in the world. |
| 55 | 5 | Letters Etc. | Pfund, Bruce | | Letter response on contour-cut vs. sheet foam/cored bottoms. |
| 55 | 58 | Feature | Pfund, Bruce | New Construction in New Zealand, Part 2 | Yards and shops here handle big projects with apparent ease, advanced materials and construction techniques, and a conspicuous absence of permanent tooling. |
| 55 | 112 | Parting Shot | Pfund, Bruce | Back to the Future | The Whitbread boats devised a sail-change maneuver calling for advanced materials, traditional thinking, and, uh, guts. |
| 56 | 61 | Feature | Pfund, Bruce | Designing and Building with Kevlar | Although this material is no longer just for raceboats, many shops still do not understand how to work with it. |
| 57 | 88 | Feature | Pfund, Bruce | Aircraft and Aerospace Technology in the Boatshop | Boatbuilding often benefits from a trickle-down effect in terms of methods and materials that originate in the aerospace and aircraft industries. |
| 58 | 79 | Feature | Pfund, Bruce | Building Strakes, Steps, and Chines | Hard edges, high loads, and core and laminate transitions make these areas a challenge to design and lay up. |

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 59 | 30 | Feature | Pfund, Bruce | Fiber-to-Resin Ratios | Small changes inthis critical factor can lead to big changes in laminate performance. |
| 59 | 104 | Parting Shot | Pfund, Bruce | Core Failure | The real reasons often have nothing to do with vendors' test data. |
| 60 | 104 | Feature | Pfund, Bruce | Hull-to-Deck Joints | More than just keeping a lid on, a good connection between hull and deck contributes significantly to overall strength and stiffness. |
| 61 | 34 | Feature | Pfund, Bruce | Working with Carbon Fiber | The material is becoming less exotic and more affordable. But its behavior is still not well understood by many boatbuilders. |
| 62 | 62 | Feature | Pfund, Bruce | Absolutely Right | Potential customers unwilling to pay for the excellence embodied in a Merritt custom sportfisherman are advised to go elsewhere. |
| 63 | 5 | Letters Etc. | Pfund, Bruce | | Letter response on carbon fiber laminates. |
| 63 | 106 | Feature | Pfund, Bruce | NQEA Engineers and Shipbuilders | This Australian yard does just about everything--from maintaining and repairing yachts, to building high-speed ferries, to fabricating industrial equipment. |
| 63 | 162 | Tools of the Trade | Pfund, Bruce | DuFLEX | From Down Under, a new system for edge-joining pre-made composite flat panels creates large, fair, curved surfaces. |
| 64 | 22 | Feature | Pfund, Bruce | Why Some Dark Boats Blister | Three perspectives on unexpected FRP failures due to high temperatures generated by solar gain on exterior surfaces. |
| 64 | 112 | Feature | Pfund, Bruce | Boatyard Repair Strategies | To run a profitable repair business, you've got to pick the right jobs and the right boat owners. |
| 65 | 5 | Letters Etc. | Pfund, Bruce | | Letter response on gelcoat repairs. |
| 65 | 84 | Feature | Pfund, Bruce | Building Big in Composites | We visit a Scandinavia shipyard--Norway's Umoe Mandal--where a military project offers many lessons to builders of large FRP yachts. |

**Go here to view digital versions** from June/July 2005 (#95) to the current issue.

Per
Page: 25 | 50 | 100

<< [1] 2 >>

Professional BoatBuilder, 41 WoodenBoat Lane, P.O. Box 78, Brooklin, Maine, 04616 USA

Tel: 207-359-4651, Fax: 207-359-8920

© Copyright 2007 Professional BoatBuilder, All Rights Reserved

PROFESSIONAL BOATBUILDER



# *Professional BoatBuilder* Magazine Online Index

**Search past issues** and find out what *Professional BoatBuilder* has published on subjects like boatbuilding, design, boat repair, and tools.

Pfund, Bruce SEARCH in Author help

Per Page: 25 | 50 | 100

<< 1 [2] >>

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 66 | 78 | Feature | Pfund, Bruce | Repairing Single-Skin Laminates | Surface prep, scarf ratio, repair-ply order, and matching the original laminate schedule and layup method--all contribute to a successful repair. |
| 67 | 5 | Letters Etc. | Pfund, Bruce | | Letter response on flexi-resin/Crestomer 1152PA. |

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 67 | 49 | Feature | Pfund, Bruce | Avoiding Fairing Problems | Warranty work on failed fairing jobs can be a disaster for any builder or yard. |
| 68 | 5 | Letters Etc. | Pfund, Bruce | | Letter response on repairing single-skin laminates/European Mandate Warranty. |
| 68 | 64 | Feature | Pfund, Bruce | Stringers and Bulkheads | They form the basic skeleton of composite boats of almost any size, whether single-skin or cored. Here's a comprehensive look at these critical structural elements. |
| 69 | 5 | Letters Etc. | Pfund, Bruce | | letter response on repairing single-skin laminates/soft patch. |
| 70 | 92 | Feature | Pfund, Bruce | Problems in Cored Construction | A cored hull is strong, stiff, and durable--provided it's properly built. |
| 71 | 38 | Feature | Pfund, Bruce | Re-engineering Production-Boat Laminates | It's possible to optimize the molding process by simply modifying the specs. |
| 73 | 54 | Feature | Pfund, Bruce | Goetz: The Shop | Welcome to what is arguably the most advanced boatshop in America. |
| 75 | 78 | Feature | Pfund, Bruce | Fast Ferry | The design and construction of an advanced-composite high-speed passenger ferry. |
| 76 | 80 | Feature | Pfund, Bruce | Lightweight Interior Joinery | A cabinetmaker skilled in conventional joinery learns how to work with kraft-paper honeycomb-cored, veneer-faced panels. |
| 77 | 52 | Feature | Pfund, Bruce | Brush-Painting a Megayacht | The Feadship yard De Vries Scheepsbouw applies LPU topcoasts by brush, with extraordinary results. Here's how and why it's done. |
| 78 | 56 | Feature | Pfund, Bruce | Sportfishing Boat Layouts | We examine layouts for small, medium, and large sportfishing boats and critique examples that can never succeed. |
| 79 | 8 | Letters Etc. | Pfund, Bruce | | letter response on sportfishing-boat layouts. |
| 79 | 36 | Feature | Pfund, Bruce | Marketing Sportfishing Boats | Who buys these boats? What fish do they target? And how can builders capture market share in this highly competitive area? |
| 79 | 114 | Tools of the Trade | Pfund, Bruce | Infusion Just Got More Interesting | Thanks to SPRINT--a new user-friendly composite-construction |

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| | | | | | process developed by SP Systems. |
| 80 | 40 | Feature | Pfund, Bruce | Damage Tolerance | When it comes to marine composites, the preferred failure modes are those that keep the water out. |
| 81 | 6 | Letters Etc. | Pfund, Bruce | | letter response on using PVC foams in elevated-cure applications/SPRINT/pre-preg. |
| 81 | 22 | Tools of the Trade | Pfund, Bruce | Reusable Disposable | We look at what makes Redtree's Fooler a reusable disposable brush. |
| 81 | 110 | Feature | Pfund, Bruce | Yard Crawl | A walk-through, with camera, of the shops and sheds at New England Boatyard. |
| 82 | 24 | Feature | Pfund, Bruce | Repairs to Advanced Composites | Any working definition of advanced composites must consider a part's engineering as well as its construction materials. |
| 83 | 22 | Feature | Pfund, Bruce | Testing Resins for Blister Resistance | A report on the significance of a long-term study that examined basic laminates made with polyester and vinyl ester resins--following years of immersion. |
| 83 | 34 | Feature | Pfund, Bruce | Setting Up a Reliable Vacuum System | You need to vacuum-bag to build with advanced composites. Here's a series of systems, ranging from simple to shop-wide complex, that'll do the job. |
| 84 | 52 | Feature | Pfund, Bruce | Nautor's Swan | This Finnish manufacturer of high-end racer/cruisers combines traditional joinerwork with an unconventional approach to composites. |
| 85 | 46 | Feature | Pfund, Bruce | Baltic Yachts | A profile and shop tour of an innovative builder of advanced-composite luxury sailing yachts. |
| 86 | 62 | Feature | Pfund, Bruce | Flange Design and Fastener Installation | Most flanged marine fittings--and many hull-to-deck joints--could be much improved with wider flanges. |
| 87 | 62 | Feature | Pfund, Bruce | Forensic Composite Testing | When an inspection project on a damaged boat demands forensic testing, whom do you call, and what do you ask for? |
| 88 | 26 | Feature | Pfund, Bruce | Gearing Up for Infusion | Converting to infusion means new hardware, new process materials, and a new way of looking at composite |

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| | | | | | construction. |
| 89 | 78 | Feature | Pfund, Bruce | Electronic Temperature-Sensing in the Boatshop | Thermocouples and related gear are key to temperature control for any composite project. Here's how to set up a basic system. |
| 90 | 84 | Feature | Pfund, Bruce | Reinforcements for Closed Molding | New materials are now available that can improve productivity and part quality in the various closed-mold processes. |
| 91 | 82 | Feature | Pfund, Bruce | Fairing a Megayacht | A detailed look at the way De Vries Scheepsbouw, a Feadship yard, mixes, applies, and sands fairing putties to achieve very fair surfaces on its hulls and superstructures. |
| 92 | 76 | Practical Solutions | Pfund, Bruce | Return to UNEXPECTED | We revisit a sportfisherman that we profiled a few years ago, to see how its paper-honeycomb-cored interior has performed in service. |
| 94 | 48 | Feature | Pfund, Bruce | Core Installation | We look at substrate and core-surface prep, kerf-filling, core type, bonding methods, and other considerations in making a tight core-to-skin bondline. |
| 95 | 16 | Feature | Pfund, Bruce | Epoxy Boatbuilding | We look at critical steps in the construction sequence: pumping, metering and mixing, application, process control, and lab testing. |
| 96 | 36 | Feature | Pfund, Bruce | Rhebergen Composiet Constructies | We visit a Dutch shop where the specialty is infusion. And the parts? Size large. |
| 97 | 130 | Feature | Pfund, Bruce | Penetrations and Closeouts | We look at methods and materials for preventing water intrusion into new cored-panel construction and retrofits. |
| 99 | 4 | Letters Etc. | Pfund, Bruce | | letter response on improper penetrations in high-quality cored panels and water intrusion problems. |
| 100 | 80 | Feature | Pfund, Bruce | Testing the Bondline | Shop- and field-grade tensile testers take the guesswork out of evaluating the quality of critically important interlaminate bonds. |
| 101 | 38 | Feature | Pfund, Bruce | Shootout | We troll for details seen on custom boats at two recent sportfishing tournaments--details that may soon appear on production models. |

| ISSUE | PAGE | TYPE | AUTHOR | TITLE | DECK |
|---|---|---|---|---|---|
| 102 | 46 | Feature | Pfund, Bruce | Reading the Meter | We present a short course in when, where, and how to apply and operate moisture meters correctly. And when to call the lab. |
| 102 | 46 | Feature | Pfund, Bruce | Reading the Meter | We present a short course in when, where, and how to apply and operate moisture meters correctly. And when to call the lab. |
| 103 | 2 | Feature | Pfund, Bruce | Coming Soon to a Boatbuilder Near You | We look at three merging technologies--laser welding, laser templating, and water-soluble ceramic molding--with application potential in metal and composite boatbuilding. |
| 103 | 44 | Feature | Pfund, Bruce | Coming Soon to a Boatbuilder Near You | We look at three emerging technologies--laser welding, laser templating, and water-soluble ceramic molding--with application potential in metal and composite boatbuilding. |
| 105 | 26 | Feature | Pfund, Bruce | Hawsepipes in Composite Construction | These load-bearing components--essential to mooring, docking, towing--merit extra attention during construction and outfitting. |
| 105 | 26 | Feature | Pfund, Bruce | Hawsepipes in Composite Construction | These load-bearing components essential to mooring, docking, towing, merit extra attention during construction and outfitting. |
| 106 | 80 | Feature | Pfund, Bruce | High-Performance Cradles | Boat stands may be everywhere, but they don't preclude well-designed and -built cradles for certain applications. |
| 107 | 70 | Feature | Pfund, Bruce | Which Ply First? | We revisit, with a little help from our friends, the persistent question of ply sequencing along with a few other essentials of successful laminate repair. |
| 108 | 4 | Letters, Etc. | PFUND, BRUCE | Which Ply First? | letter response to scarf ratio laminate repair |
| 108 | 100 | Feature | PFUND, BRUCE | Repairing Infused Laminates | As the number of boats built by resin infusion grows, so too does the inevitability of repairs to them. Warning: Those repairs are not traditional |
| 109 | 170 | Feature | PFUND, BRUCE | Log In | New low-cost electronic data loggers enable builders and yards to remotely and continuously monitor composite parts or shop conditions. Or both. |

**Go here to view digital versions** from June/July 2005 (#95) to the current issue.

Per Page: 25 | 50 | 100

<< 1 [ 2 ] >>

PROFESSIONAL BOATBUILDER MAGAZINE

Professional BoatBuilder, 41 WoodenBoat Lane, P.O. Box 78, Brooklin, Maine, 04616 USA

Tel: 207-359-4651, Fax: 207-359-8920

© Copyright 2007 Professional BoatBuilder, All Rights Reserved