**NEW ENGLAND MARINE SURVEY, LLC.**

302 Plains Road, Haddam, CT 06438
Phone 860-554-5062 Fax 866-219-6112
billrobbins@newenglandmarinesurvey.com

November 6, 2007

Attorney Frederick Lovejoy
276 Center Road
Easton, CT 06612

RE: Vessel: EVEREADY
DOL: 04-25-05
Loss: Sinking

Dear Mr. Lovejoy,

This will serve as my expert opinion regarding the cause of the sinking of the subject vessel EVEREADY. This is based upon previous inspections and new information that was developed during a joint survey of the vessel at Warwick, RI on October 18, 2007. Photographs taken during that inspection are attached and included as a part of this report.

**BACKGROUND:** Brewer's Cove Haven Marina of Portsmouth, RI had been retained by Mr. Pfund to make removals including the center cockpit hatch, fuel from the three tanks, and removal of the tanks themselves in order to access the interior of the hull. The bottom paint was removed by a subcontractor using a volcanic ash blasting system. Once this was completed, there was access to the repairs on the bottom, starboard side shaft log and also the starboard exhaust system.

Upon removal of the three tanks, I noted that they had been installed directly on plywood sheets that were supported by the hull stringers. There was no insulating material between the tanks and the unpainted plywood surface. This is in my opinion, a poor installation; common boatbuilding practice is to insulate the bottom of fuel tanks to allow for air flow and to avoid trapping moisture.

**INVESTIGATION OF CAUSE:** Regarding the cause of sinking, you'll recall from my previous reports that I had observed water flowing from the area of the starboard shaft log. Visual review of the shaft log area did not find any anomalies. I did however find that there was water leakage coming from the starboard exhaust system. This had been hidden by the starboard tank.

The exhaust line which leads from the starboard engine along the outboard side of the hull and discharges cooling water, was found to be leaking. The leak originated at a point were the exhaust line was chaffing against the main bulkhead where it passed through a cut out opening. There was significant staining on the aft surface of the bulkhead, indicating that this leak had been occurring for some time.

I found that the cut out area of the bulkhead, was very rough and no chaffing protection was provided there. The bulkhead is approximately 1" think plywood with a skin of fiberglass cloth. The exhaust hose had been in contact with this and had chaffed through creating a hole in the bottom of the hose. The hose is approximately 6' in length, 8" wide and is of a heavy duty reinforced rubber construction. It was not supported or protected. The weight of the hose caused it to come in contact with the rough surface of the cut out bulkhead.

Please note that the horizontal level of the exhaust hose is just above the starboard chine area, which is at or below the static ( at rest) waterline of the vessel. Note that I had previously documented that the vessel was floating low in the water (refer to my previous reports) and as such, water would be lying in this exhaust line when the vessel was at its static position. As such, there was a steady stream of water passing through this hole; it would accumulate around the shaft log and eventually flow into the bilge. This is the source of the water that I had observed previously when the boat was re-launched on May 3, 2005.

Please note that after we completed review of the starboard hose, we removed the port fuel tank and found a similar, although not as severe condition of exhaust hose chaffing and leaking on the port side.

Regarding the exhaust hose installation, it is a common boat building practice to provide support for the exhaust line. In this case, however, there was no support or chaffing protection and the exhaust line was sitting directly on top of a rough plywood and fiberglass surface. Over the course of time and vibration, this area chaffed and eventually cut through the hose, which allowed water from the wet exhaust system to enter the boat and sink it.

Also please note that the American Boat and Yacht Council (elaborate more) publishes Voluntary Technical Practices and Engineering Standards. Specifically, there is one such standard entitled P-1 Installation of Exhaust Systems for Propulsions and Auxiliary Engines. The version in effect at the time of manufacturer is dated June 4, 1993.

Please note that under P-1, the system in question is known as a wet exhaust, which is defined as "a system in which water is mixed with the exhaust gases and discharged from the boat as a mixture of gases and water."

I call your attention to Section 1.5 "Requirements in General", specifically:

1.5.4 "All fittings, joints, clamps and supports of an exhaust system shall be accessible for inspection and repair."

1.5.6 "Exhaust system piping and components shall be independently supported to minimize failure from vibration, shock, expansion and contraction."

Regarding the bilge pumping capacity of the vessel, I found 2 bilge pumps which are located in the midships bilge. Both pumps appear to be Rule brand, 1500 or 2000 GPH models . The printing is only partially legible. Both pumps are attached to separate 1 1/8" discharge hoses, which leads from the bilge out to the starboard topsides, midships.

One pump is wired directly to a switch at the electrical panel. The second pump has an automatic float switch in the bilge adjacent to it. As you know the power switches for the pumps were found in the off position at the time of the sinking. Even if the pump fitted with the automatic float switch was operational, the other pump which was turned off manually would back-siphon as described below.

I examined the entire assembly and found no evidence of either an anti-siphon valve or a loop in either of the hoses. The use of a anti-siphon valve or loop higher than the discharge outlet in a bilge pumping system is a common practice in boatbuilding to prevent back-siphoning of sea water. Lacking either of these precautions, when sea water level reaches the discharge fitting, it will flow freely into the bilge and flood the vessel.

Another common practice to avoid back-siphoning is to position the bilge pump ( and any other) discharge fittings as far as practical above the waterline. In the case of EVEREADY, the fittings in question are only several inches above the static waterline. They are readily covered by sea water with just minor movement of the vessel, in any direction.

I call your attention to an Industry Standard based on a publication by the American Boat & Yacht Council, specifically H-22, Electric Bilge Pump Systems. In researching this, I found that the 1986 version of H-22 was in effect at the time that EVEREADY was constructed. This version is known as ABYC H-22-86, DC Electric Bilge Pumps Operating Under 50 Volts. A copy is attached. I am a member of the ABYC and subscribe to their publications and use them in my work.

Please note section H-22.7 entitled Location and Installation. Sub section f states " The discharge location shall be above the waterline created by maximum conditions of the boat's loading, heal, trim and motion astern. Exception: The discharge may be located below the waterline if the discharge line is provided with a vented loop to prevent siphoning into the boat. A check valve shall not be used for this purpose."

Note that there is approximately only 5" of freeboard between the static waterline and the bilge pump discharges. This may be adequate while the vessel is at rest in calm water, however it does not consider the maximum conditions described above. Additionally, if there is a constant ingress of water into the vessel, it will raise the static waterline by virtue of the added weight. At some point, water will back flow into the vessel through whatever means available. In the case of EVEREADY, it was the bilge pump discharges then the cockpit scuppers.

**SUMMARY OF INVESTIGATION**: In my opinion, both the exhaust system installation and the bilge pump installation aboard EVEREADY were not in compliance with current industry standards and common boatbuilding practice. Failure/leakage of the exhaust system allowed a significant amount of water to enter the hull. Inadequate installation of the pumping system failed to de-water the vessel and it sank.

As you know, representatives from the other parties involved were also present at the time of the joint survey. Upon launching the boat, we opened up other through hull fittings that were suspect and found no evidence of leakage, other than a minor drip at the port shaft log. This was to be expected as it had been dried out for several years. There was no leakage found at the port side air conditioner intake hose.

In compliance with Federal Rule 26, I hereby state that I have not been deposed or given testimony in any litigation in the past 4 years. I have not authored or presented any technical papers or other publications in the last 10 years. My charge for Litigation Support is $150.00 per hour and $.75 per mile.

Respectfully Submitted,

William B. Robbins, Accredited Marine Surveyor
NEW ENGLAND MARINE SURVEY, LLC.

NEW ENGLAND MARINE SURVEY, LLC.
Photo Report



Photo 1. Vessel EVEREADY being stripped of bottom paint. Paint is red, original resin is green.



Photo 2. View of bottom, starboard side after paint was stripped.

OWNER: Picchione
CLAIM #:

DATE: 10/15 and 10/18, 2007
Taken by : William B. Robbins

NEW ENGLAND MARINE SURVEY, LLC.
Photo Report



Photo 3. Same area of keel repair, port side bottom.



Photo 4. After removal of fuel tans and plywood shelf, starboard shaft log area is exposed. Note staining to right of shaft. . This is leakage from exhaust hose. Note following photo.

OWNER: Picchione
CLAIM #:

DATE: 10/15 and 10/18, 2007
Taken by : William B. Robbins

NEW ENGLAND MARINE SURVEY, LLC.
Photo Report



Photo 5. View of starboard exhaust hose and aft side of bulkhead. Note staining from leakage. Note how hose sits directly on plywood bulkhead at cut out. Shaft log shown in previous photo is just below the lower left corner of this photo.



Photo 6. Closer view of hose and cut out area. Note hose is being supported on right side, off photo. Breach in hose is found at area shown by arrow.

OWNER: Picchione
CLAIM #:

DATE: 10/15 and 10/18, 2007
Taken by : William B. Robbins

NEW ENGLAND MARINE SURVEY, LLC.
Photo Report



Photo 7. This is the port side exhaust hose. Note it also is sitting directly on the bulkhead cut out and it is also leaking from a breach in the hose.



Photo 8. Closer view of port exhaust hose leakage.

OWNER: Picchione
CLAIM #:

DATE: 10/15 and 10/18, 2007
Taken by : William B. Robbins

NEW ENGLAND MARINE SURVEY, LLC.
Photo Report



Photo 9. EVERREADY afloat at Warwick, RI. Note exhaust discharge (taped over) at starboard aft quarter is at static waterline. Note at this time, fuel and fuel tanks have been removed from the vessel, resulting in a lighter weight than at time of sinking. Also note the position of the bilge pump discharges, also taped over for safety.

OWNER: Picchione
CLAIM #:

DATE: 10/15 and 10/18, 2007
Taken by: William B. Robbins

NEW ENGLAND MARINE SURVEY, LLC.
Photo Report



Photo 10. Overall view of port side air conditioner cooling water intake valve and strainer. Note valve is closed. Photo taken when vessel was afloat.



Photo 11. Closer view of the above. Note valve is in the open position and this was taken when the vessel was afloat. No evidence of leakage.

OWNER: Picchione
CLAIM #:

DATE: 10/15 and 10/18, 2007
Taken by : William B. Robbins

NEW ENGLAND MARINE SURVEY, LLC.
Photo Report



Photo 12. Closer view of hose in above photo. Note diagonal separations are surface only and correspond with reinforcing wire integral to hose. This is due to age and normal wear and tear. They are not cuts and the hose is functional with no leakage. End.

# P-1 INSTALLATION OF EXHAUST SYSTEMS FOR PROPULSION AND AUXILIARY ENGINES

*Based on ABYC's assessment of the state of existing technology and the problems associated with achieving the requirements of this standard, ABYC recommends compliance with this standard by August 1, 1994.*

## 1.1 PURPOSE

These voluntary technical practices and engineering standards are guides for the design, installation and selection of materials of exhaust systems for marine engines.

***NOTE: Some jurisdictions require noise abatement compliance. Exhaust system design should comply with the noise level limits.***

## 1.2 SCOPE

These voluntary technical practices and engineering standards apply to the exhaust systems of all boats equipped with inboard or stern drive engines or permanently installed auxiliary engines, from the exhaust outlet of the engine, or the turbocharger if used, through the terminus where the exhaust gases are discharged.

***EXCEPTION: Stern drive installations which exhaust through the drive system.***

## 1.3 REFERENCES

1.3.1 SAE - Society of Automotive Engineers, 400 Commonwealth Drive, Warrendale, PA 15096. (412)776-4841.

## 1.4 DEFINITIONS

*Accessible* - Capable of being reached for inspection, removal or maintenance without removal of permanent boat structure.

*Dry Exhaust* - A system in which exhaust gases are kept separate from the cooling medium and are discharged from the boat as gases.

*Exhaust Riser* - A section in the exhaust system which uses an elevation to prevent water from flowing back into the engine. (See Figures 2 and 3).

*Exhaust System* - A means by which exhaust gases discharged from the engine are conducted to an outboard terminus and released.

*Flexible Section* - A non-rigid section of an exhaust system installed to minimize the transmission of engine vibration and motion to an exhaust pipe and its supports, and to the hull terminus.

*Readily Accessible* - Capable of being reached quickly and safely for effective use under emergency conditions without the use of tools.

*Silencer* - An exhaust component designed for the purpose of noise attenuation.

*Waterlift Exhaust* - A wet exhaust system incorporating an accumulating chamber in which the cooling water collects before being expelled by exhaust gas pressure via a riser.

*Wet Exhaust* - A system in which water is mixed with the exhaust gases and discharged from the boat as a mixture of gases and water.

## 1.5 REQUIREMENTS - IN GENERAL

1.5.1 The exhaust system shall be gas-tight to the hull interior.

1.5.2 The exhaust system shall be designed so that the back pressure does not exceed that specified by the engine manufacturer.

1.5.3 If included in an exhaust system the installation of an exhaust silencer shall comply with all applicable sections of this standard.

1.5.4 All fittings, joints, clamps and supports of an exhaust system shall be accessible for inspection and repair.

1.5.5 A separate exhaust system shall be provided for each engine installation.

1.5.6 Exhaust system piping and components shall be independently supported to minimize failure from vibration, shock, expansion and contraction.

1.5.7 All supports, hangers, brackets or other fittings in contact with uncooled exhaust carriers shall be non-combustible and constructed so that the temperatures transmitted to the supporting materials will not cause combustion.

1.5.8 Protective guards, jacketing or covers shall be provided wherever persons or gear might come in contact with the exhaust system where the temperature exceeds 200°F (93°C). Engine maintenance or engine repair may make the temporary removal of this protection necessary.

© 1993 American Boat & Yacht Council, Inc.

1.5.9 The exhaust system shall be designed and installed to prevent cooling water, rain water or raw water from entering the engine through the exhaust system under all normal operating conditions. The exhaust system design shall consider the drop height of the manifold above the waterline and a provision for downward slope for the exhaust system.

1.5.10 No additional discharges other than cooling water may share the exhaust gas passage.

1.5.11 Exhaust systems shall be designed so that reverse operation cannot force water into the exhaust manifold of a non-operating auxiliary engine such as a generator.

1.5.12 Provision shall be made for draining all exhaust system components that can trap or retain exhaust cooling water, rain water, raw water or condensation, if the component can be damaged by freezing of the water or chemical action accelerated by the presence of the water when the system is out of service.

1.5.13 Exhaust System Integrity Test - Boats with an accommodation space(s) and gasoline engine(s) for propulsion, electrical generation or auxiliary equipment shall be tested from the exhaust terminus to the connection at the engine. The system shall evidence no leakage under testing checked at a minimum of five minutes after the application of a test pressure of 4 psi.

1.6 *MATERIALS*

1.6.1 Materials shall be selected from those listed in Table I.

1.6.2 Materials used in a marine engine exhaust system shall be resistant to saltwater corrosion, shall be galvanically compatible (see Table II: the closer in the table the more compatible, the further apart the less compatible) and shall be resistant to exhaust products.

***NOTE: Diesel exhaust contains high sulfur content which produces sulfuric acid and will corrode certain copper alloys.***

1.6.3 *Pipe Size* - Threaded pipe and fittings for the engine exhaust(s) should be at least schedule 80 pipe or equivalent.

1.7 *WET EXHAUST SYSTEMS (See Figures 1, 2 and 3)*

1.7.1 To minimize the backflow of gases from a gasoline engine(s) into the cockpit or boat interior, the exhaust terminus(i) shall be located in the proximity of the intersection of the hull side and transom:,

1.7.1.1 on the side of the boat, or

1.7.1.2 in the bottom of the boat, or

1.7.1.3 in the transom positioned as far outboard of the centerline as practicable.

1.7.2 An indicator shall be provided that is effective at all helm positions to indicate loss of exhaust system cooling water supply. This indicator shall be independent of the engine block temperature indicator(s).

1.7.3 A wet exhaust system shall have a continuous source of cooling water. The cooling water may be:

a. engine cooling water,
b. raw water from a heat exchanger,
c. raw water, or
d. a combination of these.

1.7.4 The introduction of additional cooling water shall not cause the system to exceed the engine manufacturer's back-pressure recommendations.

1.7.5 Hose used in wet exhaust systems shall comply with the performance requirements of SAE J2006 or UL 1129. All other exhaust system components shall meet the performance requirements of UL 1129.

1.7.6 The wet exhaust system shall be capable of conducting the gases and cooling water at all normal engine operating conditions without exceeding the temperature limitations of all exhaust system materials and the engine manufacturer's back-pressure limitations.

1.7.7 Water for cooling a non-water-jacketed exhaust shall be injected in a manner that minimizes the possibility of cooling water entering the engine through the exhaust manifold.

1.7.8 The section of the exhaust system extending from the engine manifold to the point of water injection shall be constructed the same as a dry exhaust system.

*EXCEPTION: If the section is water jacketed.*

1.7.9 If a water diverting or by-pass system is used it shall be regulated by:

1.7.9.1 controlling the size or height of the plumbing, or

1.7.9.2 utilizing a valve to control the flow of by-passed water. Once the proper flow has been determined the valve shall be secured and labeled indicating that it is a cooling water valve and that its setting shall not be changed.

1.7.10 *Flexible Exhaust Hose Connections*

© 1993 American Boat & Yacht Council, Inc.

1.7.10.1 Every exhaust hose connection shall be secured with at least two clamps at each end to produce a secure, liquid and vapor tight joint.

1.7.10.2 Clamps used for this purpose shall be entirely of stainless steel metal. The bands shall be a minimum of 1/2 inch (12 mm) in width.

1.7.10.3 Clamps depending solely on spring tension shall not be used.

1.8 *WATERLIFT EXHAUST SYSTEMS (see Figure 5)*

1.8.1 The waterlift system may be used on boats if the engine (either main propulsion engine or auxiliary engine such as a generator) is very close to or below the heeled waterline. In this case the exhaust line must lead upward to a high point which minimizes the possibility of the inflow of raw water under the vessel's operating conditions, whether the engine is running or not.

*NOTE: The engine's cooling raw water is discharged into the exhaust system to achieve cooling which permits the use of non-metallic hose leading downward to a waterlift chamber which must be at the low point of the system. The waterlift chamber may be of metal, plastic, fiberglass or synthetic rubber. The chamber is primarily to catch the water present in the exhaust system. From the chamber the cooling water is pushed up to and over the high point of the system by the exhaust gas pressure. The process makes the chamber an effective silencer.*

1.8.2 *Waterlift Chamber* - The total volumetric capacity of the accumulating waterlift chamber shall be sufficient to prevent engine cooling water from backing up into the cylinders through the exhaust valves during normal cranking, starting and stopping cycles and while the engine remains stopped.

1.8.2.1 The chamber inlet shall receive the exhaust hose connection from the engine. The inlet shall be higher than the normal operating water level in a chamber.

1.8.2.2 The discharge or outlet connection from the chamber shall pick up from, or very close to, the low point of the chamber so that most of the accumulated water will be evacuated by the pressure of the exhaust gas.

1.8.2.3 The chamber shall be fitted with an accessible drain at the low point of the chamber.

1.8.2.4 Minimum burst pressure for reinforced thermoset plastic (fiberglass) mufflers. Fiberglass waterlift mufflers shall be designed and manufactured to withstand the following test:

1.8.2.4.1 The muffler shall be sealed and immersed in water,

1.8.2.4.2 the internal pressure shall be increased at the rate of three pounds per square inch per second to a maximum pressure of (690 KpA) 100 pounds,

1.8.2.4.3 the muffler shall maintain that 100 pound pressure for three minutes.

*EXCEPTION: Mufflers that exceed 1000 cubic inch internal volume designed for diesel installations only.*

1.8.3 The waterlift system shall be designed to prevent siphoning through the raw water pump when the engine is stopped. If this is accomplished through the use of a siphon break device it shall be installed at the top of a loop which shall rise high enough to assure that the high point where the siphon break device is installed will always be above the water level surrounding the boat. Depending on the design of the boat, the condition of its loading and the sea conditions encountered, this loop may be 30 to 45 cm (12 to 18 inches) above the waterline at repose. The loop shall be between the water pump outlet and the point of injection of cooling water into the exhaust system.

*NOTES: 1. In auxiliary power in sailboats, it is best to locate the siphon break on the boat's centerline. If it cannot be on the centerline, additional height is required to keep the break above the waterline at the maximum expected heel and pitch.*

*2. Some siphon break devices that are available require periodic maintenance to maintain their intended effectiveness. One problem encountered is the formation of salts or the products of corrosion which prevent the device from operating.*

1.8.4 *High Point in the System* - In boats characterized by extremes of roll and pitch the exhaust must lead as directly as practicable from the waterlift chamber to a high point in the piping, as near to the boat's centerline and as high as practicable to minimize the possibility of raw water flooding the exhaust during heavy weather when the engine is not running.

1.8.5 *Dry Exhaust Systems (see Figure 4)*

1.8.5.1 Vertical dry exhaust systems shall be designed and installed to arrest sparks.

1.8.5.2 If insulating material is used on a dry exhaust system to achieve the requirements of section P-1.5.8, the insulation shall be capable of withstanding the temperatures involved, without failure to perform as intended, and shall prevent the exposed surfaces from exceeding the temperature stated in P-1.5.8.

1.8.5.3 Metallic connections shall be flanged, threaded or welded.

1.8.5.4 Flexible exhaust sections, where used, shall be of seamless, stainless steel.

© 1993 American Boat & Yacht Council, Inc.

**TABLE I - MATERIALS IN ALPHABETICAL ORDER**

| | *GASOLINE ENGINES* | | *DIESEL ENGINES* | |
|---|---|---|---|---|
| *Components* | *Wet Exhaust* | *Dry Exhaust (11)* | *Wet Exhaust* | *Dry Exhaust* |
| *Exhaust Pipe* | Brass Pipe (6) | Aluminized Steel (11) | Copper -Nickel (4) | Aluminized Steel (11) (12) |
| | Copper-Nickel (4) | Carbon Steel (9) | Fiberglass (10) | Carbon Steel (9) |
| | Copper Tubing (7) | Nickel-Iron-Chrome (1) | Galvanized Steel | Nickel-Iron-Chrome (1) |
| | Enameled Steel | Nickel-Iron-Chrome (2) | Galvanized Wrought Iron (12) | Nickel-Iron-Chrome (2) |
| | Fiberglass (10) | Stainless Steel (8) | Nickel-Copper (3) | Stainless Steel (8) |
| | Galvanized Wrought Iron (12) | | Nickel-Iron-Chrome (1) | |
| | Nickel-Copper (3) | | Nickel-Iron-Chrome (2) | |
| | Nickel-Iron-Chrome (1) | | Stainless Steel (8) | |
| | Nickel-Iron-Chrome (2) | | Synth. Rubber Hose*(5) | |
| | Stainless Steel (8) | | | |
| | Synth. Rubber Hose*(5) | | | |
| | | | | |
| *Silencer Or (Wet Exhaust) Waterlift Chamber* | Cast Iron | Aluminized Steel (11) | Cast Iron | Aluminized Steel (11) |
| | Copper | Carbon Steel (9) | Enameled Steel | Carbon Steel (9) |
| | Enameled Steel | Nickel-Iron-Chrome (1) | Fiberglass (10) | Nickel-Iron-Chrome (1) |
| | Fiberglass (10) | Nickel-Iron-Chrome (2) | Nickel-Copper (3) | Nickel-Iron-Chrome (2) |
| | Nickel-Copper (3) | Stainless Steel (8) | Nickel-Iron-Chrome (1) | Stainless Steel (8) |
| | Nickel-Iron-Chrome (1) | | Nickel-Iron-Chrome (2) | |
| | Nickel-Iron-Chrome (2) | | Reinforced Plastic (10) | |
| | Reinforced Plastic (10) | | Stainless Steel (8) | |
| | Stainless Steel (8) | | Synth. Rubber*(5) | |
| | Synth. Rubber*(5) | | | |
| | | | | |
| *Engine Flexible Section* | Copper (7) | Carbon Steel (9) | Copper-Nickel (4) | Carbon Steel (9) |
| | Copper-Nickel (4) | Nickel-Iron-Chrome (1) | Nickel-Copper (3) | Nickel-Iron-Chrome (1) |
| | Nickel-Copper (3) | Nickel-Iron-Chrome (2) | Nickel-Iron-Chrome (1) | Nickel-Iron-Chrome (2) |
| | Nickel-Iron-Copper (1) | Stainless Steel (8) | Nickel-Iron-Chrome (2) | Stainless Steel (8) |
| | Nickel-Iron-Chrome (2) | | Stainless Steel (8) | |
| | Stainless Steel (8) | | | |
| | Synth. Rubber Hose*(5) | | | |
| | | | | |
| *Pipe Connection* | Synth. Rubber*(5) | Flanged, screwed or welded (12) | Synth. Rubber*(5) | Flanged, screwed or welded (12) |
| | Flanged, screwed or welded (12) | | Flanged, screwed or welded (12) | |

*This classification is for rubber-like flexible materials.

(1) 40. Ni., 21. Cr., 31. Fe., 3. Mo., 1.75 Cu., 0.60 Mn., 0.40 Si., 0.05 C.
(2) 29. Ni., 20. Cr., 44. Fe., 2. Mo. (min.), 3. Cu. (min.) 0.75 Mn., 1. Si., 0.07 C.
(3) 70. Ni., 30. C.
(4) 70. Cu., 30. Ni., 0.75 Fe. or 90. Cu., 10. Ni., 1.5 Fe.
(5) See ABYC P-1.7.10 "Flexible Hose Connections"
(6) 85. C., 15. Zn.
(7) Minimum recommended: Type M copper.
(8) Type 316 L (low carbon)
(9) For temperatures below 482°C (900°F).
(10) Shall meet the test criteria 94V-0 when tested in accordance with 8.20 mm of UL 94 "Tests for Flammability of Plastic Materials for Parts in Devices and Appliances".
(11) For temperature below 677°C (1250°F)
(12) Threaded pipe and fittings should be at least schedule 80 pipe or equivalent. See P-1.6.3.

© 1993 American Boat & Yacht Council, Inc.

**TABLE II - GALVANIC SERIES OF METALS IN RAW WATER**
(Raw water flowing at 8 to 13 ft./sec., temperature range 50°F (10°C) to 80°F (26.7°C) - except as noted)

*NOTE: Metals and alloys are listed in the order of their potential in flowing raw water as determined in tests conducted by a nationally recognized corrosion research laboratory.*

| Metals and Alloys | Corrosion-Potential Range in Volts (Half-Cell Reference Electrode) Silver-Silver Chloride |
|---|---|
| (Anodic or Least Noble-Active) | |
| | |
| Magnesium and Magnesium Alloys | -1.60 to -1.63 |
| Zinc | -0.98 to -1.03 |
| Galvanized Steel or Galvanized Wrought Iron | NA |
| Aluminum Alloys | -0.76 to -1.00 |
| Cadmium | -0.70 to -0.73 |
| Mild Steel | -0.60 to -0.71 |
| Wrought Iron | -0.60 to -0.71 |
| Cast Iron | -0.60 to -0.71 |
| 13% Chromium Stainless Steel, Type 410 (active in still water) | -0.46 to -0.58 |
| 18-8 Stainless Steel, Type 304 (active in still water) | -0.46 to -0.58 |
| Ni-Resist | -0.46 to -0.58 |
| 18.8,3% Mo Stainless Steel, Type 316 (active in still water) | -0.43 to -0.54 |
| 78% Ni - 14.5% Cr - 6% Fe (Inconel) (active in still water) | -0.35 to -0.46 |
| Aluminum Bronze (92% Cu - 8% Al) | -0.31 to -0.42 |
| Naval Brass (60% Cu - 39% Zn) | -0.30 to -0.40 |
| Yellow Brass (56% Cu - 35% Zn) | -0.30 to -0.40 |
| Red Brass (85% Cu - 15% Zn) | -0.30 to -0.40 |
| Muntz Metal (60% Cu - 40% Zn) | -0.30 to -0.40 |
| Tin | -0.31 to -0.33 |
| Copper | -0.30 to -0.57 |
| 50-50 Lead - Tin Solder | -0.28 to -0.37 |
| Admiralty Brass (71% Cu 28% Zn 1% Sn) | -0.28 to -0.36 |
| Aluminum Brass (76% Cu 22% Zn 2% Al) | -0.28 to -0.36 |
| Manganese Bronze (58.5% Cu 39% Zn 1% Sn 1% Fe 0.3 MN) | -0.27 to -0.34 |
| Silicone Bronze (96% Cu Max, 0.80 Fe, 1.50 Zn, 2.00 Si, 0.75 MN, 1.60 Sn) | -0.26 to -0.29 |
| Bronze-Composition G (88% Cu - 2% Zn - 10% Zn) | -0.24 to -0.31 |
| Bronze-Comp. M (88% Cu - 3% Zn - 6.5% Sn - 1.5% Pb) | -0.24 to -0.31 |
| 13% Chromium Stainless Steel, Type 401 (passive) | -0.26 to -0.35 |
| 90% Cu - 10% Ni | -0.21 to -0.28 |
| 75% Cu - 20% Ni - 5% Zn | -0.19 to -0.25 |
| Lead | -0.19 to -0.25 |
| 70% Cu - 30% Ni | -0.18 to -0.23 |
| 78% Ni - 13.5% Cr - 6% Fe (Inconel) (passive) | -0.14 to -0.17 |
| Nickel 200 | -0.10 to -0.20 |
| 18-8 Stainless Steel, Type 304 (passive) | -0.05 to -0.10 |
| 70% Ni - 30% Cu Monel 400, K-500 | -0.04 to -0.14 |
| 18-8, 3% Mo Stainless Steel, Type 316 (passive) | -0.00 to -0.10 |
| Titanium | -0.05 to -0.06 |
| Hastelloy C | -0.03 to -0.08 |
| Platinum | +0.19 to +0.25 |
| Graphite | +0.20 to +0.30 |
| (Cathodic or Most Noble - Passive) | |

© 1993 American Boat & Yacht Council, Inc

P-1(9)
6/4/93

**FIGURE 1 - TYPICAL WET EXHAUST SYSTEM**

(ADEQUATE ENGINE HEIGHT ABOVE WATER LINE)




**FIGURE 2 - TYPICAL RISER SYSTEM**
(ENGINE LOCATED LOW IN REFERENCE TO WATERLINE)




© 1993 American Boat & Yacht Council, Inc.

**FIGURE 3 - TYPICAL EXHAUST RISER**




**FIGURE 4 - TYPICAL DRY EXHAUST SYSTEM**




© 1993 American Boat & Yacht Council, Inc.

**FIGURE 5 - TYPICAL WATERLIFT EXHAUST SYSTEM**




* * * * *

*ABYC Technical Board Rules provide that:*

*All technical reports, including recommended technical practices and engineering standards, are advisory only; their use is entirely voluntary.*

*Prospective users of the American Boat and Yacht Council recommended technical practices and engineering standards are responsible for protecting themselves against liability for infringement of patents.*

*The American Boat and Yacht Council assumes no responsibility whatsoever for the use of, or failure to use, technical practices and engineering standards promulgated by it.*

© 1993 American Boat & Yacht Council, Inc.

# DC ELECTRIC BILGE PUMPS OPERATING UNDER 50 VOLTS

## PROJECT H–22

ABYC H-22-86

*Based on ABYC's assessment of the state of existing technology and the problems associated with achieving the requirements of this standard, ABYC recommends compliance with this standard by August 1, 1987.*

H-22.1 *PURPOSE*

These practices and standards are recommended as guides for the design, construction, installation, operation and control of DC electric bilge pumps operating under 50 volts.

H-22.2 *SCOPE*

These standards and recommended practices apply to all boats equipped with DC electric bilge pumps operating under 50 volts intended for control of spray, rainwater and normal accumulation of water due to seepage and spillage. This standard does not cover pumps intended for damage control.

H-22.3 *DEFINITIONS*

a. *Ignition Protection* - The design and construction of a device such that under design operating conditions:

- it will not ignite a flammable hydrocarbon mixture surrounding the device when an ignition source causes an internal explosion, or
- it is incapable of releasing sufficient electrical or thermal energy to ignite a hydrocarbon mixture, or
- the source of ignition is hermetically sealed.

A flammable hydrocarbon mixture is a mixture of gasoline and air or propane and air between the lower explosive limit (LEL) and upper explosive limit (UEL).

*NOTES:* 1) *It is not the intention to require such devices to be "explosion-proof" as that term is defined in the National Electrical Code of the NFPA pertaining to shore systems, or 46 CFR 110.15-65(e), of CG 259, "Subchapter J - Electrical Engineering". It is intended that the protection provided be generally equivalent to that of wiring permitted by this standard wherein a definite short or break would be necessary to produce an open spark.*

2) *Devices that are "explosion-proof" are considered to be ignition protected when installed with the appropriate fittings to maintain their "explosion-proof" integrity.*

3) *It is not the intention to require such devices to be "intrinsically safe" per Article 500 of the National Electrical Code of NFPA or 46 CFR 111.80-5(a)(3) of CG 259, "Subchapter J - Electrical Engineering".*

4) *Devices that are "intrinsically safe" are considered to be ignition protected.*

©1986 American Boat and Yacht Council, Inc.

b. *Submersible Pump* - A pump designed to be operated when covered with water.

c. *Non-Submersible Pump* - A pump designed to be operated with the pump above water.

d. *Nominal Voltages* - Are those commonly used such as 6, 12, 24 and 32 volts D.C.

e. *Design Voltage* - Shall be 113.3 percent of nominal voltage.

H-22.4 *REQUIREMENTS - IN GENERAL*

a. *Bilge Pump Rating* - Bilge pumps shall be rated in gallons per hour versus heads at zero and three feet at design voltage. Positive or semi-positive displacement pumps shall also be rated at the maximum suction in feet at design voltage. Capacity and head may additionally be stated in SI units.

b. *Overcurrent Protection* - Bilge pump circuits shall be individually protected for overcurrent from both running overload and locked rotor conditions. The overcurrent protection to protect the pump shall be sized as close as practicable to the electrical rating, at design voltage, of the pump. Conductor sizes shall be selected in accordance with the voltage drop table in ABYC E-9, "Direct Current Electrical Systems on Boats".

*NOTE: It may be necessary to test as installed in order to assure compliance with the locked rotor requirement. Voltage drop due to wire size and delay characteristics of the overcurrent protection device may have to be adjusted to protect the motor.*

c. *Installation Instructions* - Complete installation and operating instructions shall be provided including at least the following information:

(1) An electrical diagram identifying each conductor, the proper circuit location of the control switch and the bonding connection if applicable (see ABYC E-1, "Bonding of Direct Current Systems");

(2) Recommended overcurrent protection (see ABYC H-22.4.b);

(3) The bilge pump rating in accordance with ABYC H-22.4.a;

(4) The recommended method of securing the unit;

(5) Any other data necessary for the use, installation or connection of the pump including recommended screening, location of discharge fittings and method of securing piping connections.

d. *Marking* - Each pump shall be marked as follows by nameplate or other means:

(1) Manufacturer's name or identification;

(2) The model number or identification and/or serial number;

(3) The electrical rating in volts and amps or volts and watts;

© 1986 American Boat and Yacht Council, Inc.

2/5

(H-22.4.d)

(4) The direction of flow on self-priming pumps.

H-22.5 *MATERIALS*

a. All materials shall be corrosion resistant or protected to resist corrosion and shall be galvanically compatible.

b. Structural integrity shall include the ability of materials to withstand maximum operating stresses, normal handling, servicing and shipping conditions.

c. The material weights, joints and methods of fabrication and mounting of components shall maintain their intended relationship during normal marine service.

d. All materials used in the construction of the pump or its accessory parts shall be capable of withstanding an ambient temperature range of -40°C to +60°C (-40°F to +140°F).

*NOTE: The -40°C (-40°F) temperature requirement is not intended to require operation below freezing but is included to determine that the device will withstand dry storage temperatures in northern areas.*

e. Materials shall be suitable for the marine environment and shall not be adversely affected by gasoline, diesel fuel, cleaners identified as bilge cleaners, lube oil, kerosene and salt water.

H-22.6 *DESIGN AND CONSTRUCTION*

a. The design and construction shall be such that the pump will withstand the pressures, temperatures and stresses likely to be encountered in normal marine service.

b. The pump shall be designed and constructed in accordance with the following provisions:

(1) *Finish* - All exposed parts of the assembly shall be so designed and finished that roughness and sharp edges which are reasonably likely to cause injury to persons installing, operating or servicing the unit will be eliminated or protected.

(2) *Mounting* - Means shall be provided for securing the pump assembly to the boat to resist pump movement during normal marine service.

(3) *Piping Connections* - Piping connections, whether designed for rigid piping, tubing or hose, shall be sufficiently strong to prevent failure by stresses likely to be imposed on such connections. Hose connections shall be sufficiently long to provide support and permit the use of clamps.

(4) *Ignition Sources* - All potential sources of ignition located in machinery spaces and in fuel tank spaces shall be ignition-protected.

(5) *Motors* - Motors of submersible pumps must be sealed or protected to perform in an environment of bilge water, spray and condensation.

© 1986 American Boat and Yacht Council, Inc.

3/5

(H-22.6.b)

(6) *Electrical Connections* - Submersible pumps shall have watertight electrical connections. The use of a length of watertight electrical cable sealed at the pump connection is recommended so that all electrical connections can be made above the normal bilge water level. The electrical connections and conductors shall be installed in accordance with ABYC E-9, "Direct Current Electrical Systems on Boats" and identified in accordance with ABYC E-3, "Wiring Identification on Boats".

(7) *Electrical Bonding Ground* - Metallic parts of the pump, exposed to contact with bilge water, which may become a source of stray current leakage, shall have provision for the connection of a bonding conductor.

*EXCEPTION: A pump designed with a double insulated electrical system, that requires a break in two distinct insulation systems before electrical leakage can reach exposed metallic parts, does not require a bonding connection.*

(8) *Circuit Conductor* - All current-carrying conductors shall be insulated, not less than 16 AWG, and none shall be connected to any metallic parts of the pump in contact with the water.

*EXCEPTION: 18 AWG conductors may be used if run together in a sheath.*

H-22.7 *LOCATION AND INSTALLATION*

a. Bilge pumps shall be mounted in an accessible location to permit servicing and cleaning of the intake and/or screening.

b. The bilge pump inlet shall be located so that excess bilge water can be removed at normal boat trims. Multiple pumps or manifolding may be used.

c. Pump intakes shall be protected to prevent ingestion of debris that are likely to cause pump failure.

d. Intake tubing, if used, shall not collapse under maximum pump suction.

e. Pump discharge systems shall be as nonrestrictive as practicable.

*NOTE: Pump discharge capacity as installed may be reduced by such factors as:*

*-length of discharge piping,*
*-number and radius of bends,*
*-roughness of the interior surfaces of piping and fittings, and*
*-reduction in cross-sectional area of discharge system components such as check valves and thru-hulls.*

f. The discharge location shall be above the waterline created by maximum conditions of the boat's loading, heel, trim and motion astern.

*EXCEPTION: The discharge may be located below the waterline if the discharge line is provided with a vented loop to prevent siphoning into the boat. A check valve shall not be used for this purpose.*

© 1986 American Boat and Yacht Council, Inc.

4/5

(H-22.7)

g. A check valve may be used, if necessary, to prevent an automatic bilge pump from cycling on-and-off due to back flow from the discharge line.

h. Hose connections shall be secured with a non-corrosive type of clamp.

i. Motors of non-submersible bilge pumps shall be located above the maximum anticipated bilge water level.

j. Automatically controlled pumps shall be installed with an overriding manual switch which is readily accessible. (See ABYC E-9, "Direct Current Electrical Systems on Boats").

k. Manually controlled pumps shall be installed with a switch which is readily accessible. (See ABYC E-9, "Direct Current Electrical Systems on Boats").

H-22.8 *OPERATION*

a. Pumps shall be capable of operating at their design voltage and maximum amperage for a continuous 24 hour period without failure or creating a hazardous situation. Submersible pumps shall be able to meet this requirement fully submerged.

b. Pumps shall be capable of operating dry at their design voltage for at least 7 1/2 hours without creating a fire hazard or means integral with the pump shall be provided to automatically shut the pump off to prevent a fire hazard.

c. If low voltage operation results in amperage high enough to create a fire hazard, means integral with the pump shall be provided to automatically shut the pump off.

d. No external temperature shall exceed 150°C (302°F) when operating at 120% of nominal voltage in an ambient temperature of 60°C (140°F) for seven hours.

***********

© 1986 American Boat and Yacht Council, Inc.