## Rauworth, Michael

**From:** Rauworth, Michael
**Sent:** Wednesday, November 14, 2007 2:25 AM
**To:** 'LOVEJOYADM@aol.com'
**Cc:** lipman.law@cox.net; gbklaiber@hotmail.com
**Subject:** RE: M/V EVEREADY

Dear Fred:

I need you to let me know exactly what elements of Mr. Pfund's deposition you intend to introduce as evidence of culpability of my client. There is nothing in his report that I have been able to discern that is relevant to your claims against my client, but perhaps you can illuminate me. It is not proper that I be left to guess about this. Without this information, it is impossible for my client to determine whether it makes sense for me to depose him.

It makes no sense to for anyone to pursue discovery that is unnecessary. All of our arrangements about this date were made at a time when none of us knew what Mr. Pfund was going to say. Unless I learn from you what fact or facts you propose to prove ***as against Point Judith*** by use of Mr. Pfund's testimony, and do so in time to us finalize a decision about this deposition, my client is seriously prejudiced.

Many thanks for your cooperation.

R/
MJR