## Rauworth, Michael

**From:** LOVEJOYADM@aol.com
**Sent:** Wednesday, November 14, 2007 10:28 AM
**To:** Rauworth, Michael
**Cc:** lipman.law@cox.net; gbklaiber@hotmail.com
**Subject:** Re: M/V EVEREADY

Mike, His report says what it says. Either one or all off the defendants might wish to take his deposition. That is your call not mine. However, the plaintiffs do intend to have Mr. Pfund testify at the trial of this matter. As such, either you, Mr. Lipman or Mr. Klaiber should decide whether or not they are going to take Mr. Pfund"s deposition and advise forthwith. Regards, Fred Lovejoy, Lovejoy & Associates

---

See what's new at AOL.com and Make AOL Your Homepage.