**NEW ENGLAND MARINE SURVEY, LLC.**
302 Plains Road
Haddam, CT 06438
860-554-5062

April 2, 2008

Attorney Frederick Lovejoy
276 Center Road
Easton, CT 06612

RE: Vessel: EVEREADY
DOL: April 25, 2005
Loss: Sinking

Dear Mr. Lovejoy,

This will serve as a supplement to my previous expert opinion report dated November 6, 2007. It is based on new information received since that date, specifically depositions taken from Mr. Don Vivenzio and Mr. Joseph Stroker of Point Judith Marina and Mr. Kenneth Hilton of Standish Boatyard.

The first new aspect of my opinion relates to the chafed exhaust line, which was the source of water leaking into the vessel. I had noted that "it is common boat building practice to provide support for the exhaust line". In this case, however, there was no support or chafing protection and the exhaust line was sitting directly on top of a rough plywood and fiberglass surface.

There was new information regarding maintenance work that had been done on the starboard engine in the year 2000. Specifically, Point Judith Marina removed the transmission for service. In doing so, they would have been in very close proximity to this area and most likely would have disconnected the hose and/or the exhaust elbow from the engine during this repair. In my opinion a skilled marine mechanic should have recognized this defective condition and taken action to advise the owner and provide chafing protection to the hose.

Secondly, there is new information that Mr. Stroker, when he was working on the EVEREADY several days prior to the loss, discovered one of the bilge pumps was not functioning properly. I reviewed the business records from Pt. Judith Marina, including a hand written work order referred to in Stroker's deposition. There is a notation "pump rear bilge (full of water)". In my opinion, it would have been prudent and is a standard boatyard practice to investigate the source of the water and take corrective action as necessary to prevent damage to the vessel. I am also attaching a photo report showing the two bilge pumps found in the engine compartment.

 Transmitted via E Mail

**NEW ENGLAND MARINE SURVEY, LLC.**
302 Plains Road
Haddam, CT 06438
860-554-5062

Regarding the value of the EVEREADY at the time of loss, it's my opinion that the fair market value was $160,000.00. This is based on my review of the attached listings from the BUC Valuation guide. The vessel was powered by 300 hp Caterpillar diesel engines.

In compliance with Federal Rule 26, I hereby state that I have not been deposed or given testimony in any litigation in the past 4 years. I have not authored or presented any technical papers or other publications in the last 10 years. My charge for Litigation Support is $150.00 per hour and $.75 per mile.

Respectfully submitted.

William B. Robbins, Accredited Marine Surveyor
NEW ENGLAND MARINE SURVEY, LLC.



Transmitted via E Mail

# NEW ENGLAND MARINE SURVEY, LLC.
Photo Report



1. Photo taken in the engine compartment/bilge of EVEREADY, facing forward. This depicts one of two Rule 1500 bilge pumps found in the lowest part of the bilge. This pump shown is not wired to an automatic float switch. The discharge hose is depicted by the red arrow and leads forward. The other pump, not shown, is forward of this .

OWNER: Picchione
DATE: October 18, 2007
Taken by: William B. Robbins

NEW ENGLAND MARINE SURVEY, LLC.
Photo Report



2. This photo is taken in the galley area of the bilge, facing aft. This is the second Rule bilge pump and is wired to the float switch shown. The red arrow on top points to the discharge hose for the bilge pump shown in Photo 1. The lower red arrow depicts the discharge hose for this pump.

OWNER: Picchione
DATE: October 18, 2007
Taken by : William B. Robbins

NEW ENGLAND MARINE SURVEY, LLC.
Photo Report



3. This is in the engine compartment, starboard side, showing where the two bilge pump discharge hoses terminate. Note there is no loop to prevent back flow. There is no check valve found in either hose.

OWNER: Picchione
DATE: October 18, 2007
Taken by : William B. Robbins

86th Edition P. 9
WSR


..e for area

..ETAIL RETAIL
LOW HIGH
..19500 131500
..5200 93700
..24500 137000
..72300 79500
..e, Volume 2

..ice for area
..ETAIL RETAIL
LOW HIGH
60000 65900
86800 95400
.37000 172500
.87000 205500
185500 204000
182000 200000
182500 200500
213500 235000
247000 271500
215000 236000
236500 260000
190000 209000
237500 261000
69600 76400
89500 98300
164000 180000
136000 149500
184500 202500
197000 216500
199000 219000
233500 256500
267500 293500
226000 248500
240000 264000
248500 273000
180000 197500
222000 243500
61500 67500
76700 84200
142000 156000
117500 129500
162500 178500
171500 188500
175500 192500
205500 226000
235500 259000
199500 219000
210000 230500
220000 241500
166000 182500
203000 223000
56300 61800
71200 78200
130000 143000
141500 155500
160000 176000
164000 180000
161000 176500
191500 210000
216500 238000
183000 201500
193000 212500
176000 193500
191500 210500
48000 52700
51500 56600
54400 59800
52100 57300
66000 72500
166500 183000
107500 118500
99500 109500
139500 153500
147000 161500
152000 167000
149000 164000
177500 195000
186500 205000


ALBIN MARINE INC -CONTINUED See inside cover to adjust price for area

| LOA FT | LOA IN | NAME AND/ OR MODEL | TOP/ RIG | BOAT TYPE | HULL MTL | HULL TP | TP | ENGINE # HP | ENGINE MFG | BEAM FT | BEAM IN | WGT LBS | DRAFT FT | DRAFT IN | RETAIL LOW | RETAIL HIGH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1995 BOATS | | | | | | | | | | | | | | |
| 32 | 4 | ALBIN 32 SPORTFISH | FB | SF | FBG | DV | IB | 300D | PEN | 12 | 3 | 13600 | 3 | 10 | 90200 | 99200 |
| 32 | 4 | ALBIN 32 SPORTFISH | FB | SF | FBG | DV | IB | 350D | CAT | 12 | 3 | 13600 | 3 | 10 | 94000 | 103500 |
| 32 | 4 | ALBIN 32 SPORTFISH | FB | SF | FBG | DV | IB | T300D | PEN | 12 | 3 | 16400 | 3 | 10 | 119500 | 131500 |
| 32 | 4 | ALBIN 32 SPORTFISH | FB | SF | FBG | SV | IB | 300D | CAT | 12 | 3 | 13600 | 3 | 10 | 91700 | 100500 |
| | | IB 315D CUM 89700 98600, IB T300D PEN 120500 132500, IB T315D CUM | | | | | | | | | | | | | 117500 | 129000 |
| 34 | | ALBIN 34 FM CRUISER | FB | CR | FBG | SV | IB | T300D | PEN | 11 | 6 | 13800 | 3 | | 134000 | 147000 |
| 35 | 2 | ALBIN 35 SEDAN | FB | SDN | FBG | SV | IB | 300D | PEN | 12 | 4 | 17500 | 3 | | 126500 | 139000 |
| | | IB 315D CUM 125000 137500, IB 420D CAT 136500 150000, IB T340 VLVO | | | | | | | | | | | | | 118000 | 129500 |
| | | IB T300D CAT 148500 163500, IB T300D PEN 146500 161000, IB T315D CUM | | | | | | | | | | | | | 145000 | 133000 |
| 48 | 9 | ALBIN 49 COCKPIT | FB | TRWL | FBG | DS | IB | T300D | CAT | 14 | 6 | 35600 | 4 | 1 | 320000 | 351500 |
| 48 | 9 | ALBIN 49 COCKPIT | FB | TRWL | FBG | DS | IB | T315D | CUM | 14 | 6 | 35600 | 4 | 1 | 317500 | 349000 |
| 48 | 9 | ALBIN 49 COCKPIT | FB | TRWL | FBG | DS | IB | T350D | CAT | 14 | 6 | 35600 | 4 | 1 | 328500 | 361000 |
| | | 1994 BOATS | | | | | | | | | | | | | | |
| 24 | | ALBIN 24 GET-AWAY | OP | SF | FBG | SV | IB | 250 | MRCR | 8 | 6 | 5250 | 2 | 10 | 23100 | 25600 |
| 25 | 8 | GET-AWAY | OP | SF | FBG | DV | IB | 170D | YAN | 8 | 6 | 5500 | 2 | 10 | 31400 | 34800 |
| 26 | 9 | ALBIN 27 FAMILY | HT | CBNCR | FBG | DS | IB | 180D | MRCR | 9 | 8 | 6750 | 2 | 6 | 38000 | 42200 |
| 26 | 9 | ALBIN 27 SPORT | HT | EXP | FBG | SV | IB | 180D | MRCR | 9 | 8 | 7050 | 2 | 6 | 40000 | 44500 |
| 27 | 5 | GETAWAY 275 | HT | CR | FBG | SV | IO | 250 | VLVO | 8 | 6 | 5400 | 2 | 10 | 28600 | 31800 |
| 27 | 5 | GETAWAY 275 | HT | CR | FBG | SV | IO | 216D | VLVO | 8 | 6 | 5400 | 2 | 10 | 33600 | 37400 |
| 28 | 4 | ALBIN 28TE | HT | CR | FBG | SV | IB | 250 | MRCR | 9 | 9 | 7000 | 3 | 2 | 35800 | 39800 |
| 28 | 4 | ALBIN 28TE | HT | CR | FBG | SV | IB | 210D-280D | | 9 | 9 | 7500 | 3 | 2 | 47400 | 56300 |
| 32 | 4 | ALBIN 32 SPORTFISH | FB | SF | FBG | DV | IB | 300D-350D | | 12 | 3 | 13500 | 3 | 10 | 85100 | 96900 |
| 32 | 4 | ALBIN 32 SPORTFISH | FB | SF | FBG | DV | IB | T300D | CAT | 12 | 3 | 16500 | 3 | 10 | 114000 | 125000 |
| 32 | 4 | ALBIN 32 SPORTFISH | FB | SF | FBG | SV | IB | 300D | CUM | 12 | 3 | 13500 | 3 | 10 | 83400 | 91600 |
| 32 | 4 | ALBIN 32 SPORTFISH | FB | SF | FBG | SV | IB | T210D-T300D | | 12 | 3 | 15500 | 3 | 10 | 102000 | 120500 |
| 34 | | ALBIN 34 CHARTER | FB | CR | FBG | SV | IB | T157D | ISUZ | 11 | 6 | 13775 | 3 | | 110000 | 120500 |
| 35 | 9 | ALBIN 36 | FB | TRWL | FBG | SV | IB | 210D | CUM | 13 | 2 | 18500 | 3 | 6 | 117000 | 128500 |
| 35 | 8 | PALM-BEACH 37 SUNDK | FB | CR | FBG | DV | IB | T210D | CUM | 12 | 9 | 17000 | 3 | | 168000 | 185000 |
| 39 | 5 | ALBIN 40 STANDARD | FB | TRWL | FBG | DS | IB | 210D | CUM | 13 | 2 | 24500 | 3 | 6 | 178500 | 196000 |
| 39 | 5 | ALBIN 40 STANDARD | FB | TRWL | FBG | DS | IB | T210D | CUM | 13 | 2 | 24500 | 3 | 6 | 192500 | 212000 |
| 39 | 5 | ALBIN 40 SUNDECK | FB | TRWL | FBG | SV | IB | T210D | CUM | 13 | 2 | 23500 | 3 | 6 | 187000 | 205500 |
| 40 | | CUSTOM MY 40 | FB | MY | FBG | SV | IB | T375D | CAT | 14 | 4 | 26000 | 2 | 6 | 227500 | 250000 |
| 42 | 6 | ALBIN 43 STANDARD | FB | TRWL | FBG | DS | IB | 210D | CUM | 14 | 6 | 32000 | 4 | 1 | 233500 | 257000 |
| 42 | 6 | ALBIN 43 STANDARD | FB | TRWL | FBG | DS | IB | T210D | CUM | 14 | 6 | 33000 | 4 | 1 | 255000 | 280500 |
| 42 | 6 | ALBIN 43 SUNDECK | FB | TRWL | FBG | DS | IB | T210D | CUM | 14 | 6 | 34500 | 4 | 1 | 263000 | 289000 |
| 44 | | CUSTOM MY 44 | FB | MY | FBG | SV | IB | T375D | CAT | 14 | 4 | 30000 | 2 | 6 | 257500 | 283000 |
| 47 | 9 | NORTH-SEA CUTTER 48 | FB | MY | FBG | DV | IB | T307D | VLVO | 14 | | 30000 | 4 | | 281000 | 309000 |
| 47 | 9 | NORTH-SEA CUTTER 48 | FB | MY | FBG | DV | IB | T375D | CAT | 14 | | 30000 | 4 | | 300000 | 329500 |
| 48 | 9 | ALBIN 49 COCKPIT | FB | TRWL | FBG | DS | IB | T250D | CUM | 14 | 6 | 35500 | 4 | 1 | 290500 | 319500 |

....For earlier years, see the BUC Used Boat Price Guide, Volume 2

## ALCAR BOAT COMPANY

WELLFLEET MA 02667 COAST GUARD MFG ID- ATJ See inside cover to adjust price for area

C B BOATWORKS
WELLFLETT MA 02667

| LOA FT | LOA IN | NAME AND/ OR MODEL | TOP/ RIG | BOAT TYPE | HULL MTL | HULL TP | TP | ENGINE # HP | ENGINE MFG | BEAM FT | BEAM IN | WGT LBS | DRAFT FT | DRAFT IN | RETAIL LOW | RETAIL HIGH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2003 BOATS | | | | | | | | | | | | | | |
| 8 | | SEA SLED | | DGY | FBG | TR | OB | | | 4 | 3 | 100 | | 4 | 1550 | 1850 |
| 9 | | MINI SKIFF | | DGY | FBG | FL | OB | | | 4 | 9 | 125 | | 4 | 1850 | 2200 |
| 16 | | FISHERMAN | | CTRCN | FBG | SV | OB | | | 6 | 3 | 900 | | 8 | 12700 | 14400 |
| 17 | | FISHERMAN | | CTRCN | FBG | SV | OB | | | 7 | 6 | 1400 | | 10 | 19700 | 21900 |
| 18 | | LAUNCH | | LNCH | FBG | DS | OB | | | 6 | 6 | 1500 | 1 | 4 | ** | ** |
| 19 | | FISHERMAN | | CTRCN | FBG | SV | OB | | | 7 | 6 | 1600 | | 10 | 22400 | 24900 |
| 21 | | FISHERMAN | | CTRCN | FBG | SV | OB | | | 8 | | 2200 | 1 | | ** | ** |

....For earlier years, see the BUC Used Boat Price Guide, Volume 2

## ALDEN OCEAN SHELLS INC

ALDEN OCEAN SHELL
ELIOT ME 03903 See inside cover to adjust price for area

FORMERLY MARTIN MARINE CO INC

| LOA FT | LOA IN | NAME AND/ OR MODEL | TOP/ RIG | BOAT TYPE | HULL MTL | HULL TP | TP | ENGINE # HP | ENGINE MFG | BEAM FT | BEAM IN | WGT LBS | DRAFT FT | DRAFT IN | RETAIL LOW | RETAIL HIGH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1998 BOATS | | | | | | | | | | | | | | |
| 19 | | ALDEN APPLEDORE | OP | SHELL | FBG | FL | | | | 3 | 3 | 145 | | | ** | ** |
| | | 1996 BOATS | | | | | | | | | | | | | | |
| 25 | | ALDEN 26 | OP | SHELL | C/S | RB | | | | | 11 | 33 | | | ** | ** |
| | | 1994 BOATS | | | | | | | | | | | | | | |
| 16 | | ALDEN APPLEDORE | OP | SHELL | FBG | FL | | | | 2 | 10 | 37 | | | ** | ** |
| 16 | | ALDEN OCEAN SHELL SG | OP | SHELL | FBG | FL | | | | 2 | | 40 | | | ** | ** |
| 18 | | ALDEN OCEAN SHELL DB | OP | SHELL | FBG | FL | | | | 2 | 5 | 58 | | | ** | ** |
| 20 | 6 | ALDEN MARTIN | OP | SHELL | FBG | FL | | | | 1 | 7 | 50 | | | ** | ** |
| 22 | | ALDEN STAR | OP | SHELL | FBG | FL | | | | 1 | 6 | 45 | | | ** | ** |

....For earlier years, see the BUC Used Boat Price Guide, Volume 2

## ALDEN YACHTS

PORTSMOUTH RI 02871 See inside cover to adjust price for area

FORMERLY JOHN G ALDEN

| LOA FT | LOA IN | NAME AND/ OR MODEL | TOP/ RIG | BOAT TYPE | HULL MTL | HULL TP | TP | ENGINE # HP | ENGINE MFG | BEAM FT | BEAM IN | WGT LBS | DRAFT FT | DRAFT IN | RETAIL LOW | RETAIL HIGH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2003 BOATS | | | | | | | | | | | | | | |
| 40 | 5 | AY40 EXPRESS | | EXP | F/S | DV | IB | T350D | CAT | 14 | 6 | 24000 | 3 | 8 | 852000 | 936000 |
| 40 | 5 | AY40 FB EXPRESS | FB | EXP | F/S | DV | IB | T350D | CAT | 14 | 6 | 27000 | 3 | 8 | 940000 | 1.020M |
| 40 | 5 | AY40 HARDTOP EXPRESS | HT | EXP | F/S | DV | IB | T350D | CAT | 14 | 6 | 26000 | 3 | 8 | 902000 | 991000 |
| 40 | 5 | AY40 SALOON EXPRESS | | EXP | F/S | DV | IB | T350D | CAT | 14 | 6 | 28000 | 3 | 8 | 960500 | 1.045M |
| 42 | | 43 AFT COCKPIT | SLP | SCFAC | F/S | KL | IB | 68D | YAN | 12 | 6 | 23000 | 5 | 9 | 519000 | 580500 |
| 44 | 3 | AY44 EXPRESS | | EXP | F/S | DV | IB | T350D | CAT | 14 | 6 | 26000 | 3 | 8 | 1.005M | 1.090M |
| 44 | 3 | AY44 FB EXPRESS | FB | EXP | F/S | DV | IB | T350D | CAT | 14 | 6 | 31000 | 3 | 8 | 1.025M | 1.130M |
| 44 | 3 | AY44 HARDTOP EXPRESS | HT | EXP | F/S | DV | IB | T350D | CAT | 14 | 6 | 28000 | 3 | 8 | 1.045M | 1.135M |
| 44 | 3 | AY44 SALOON EXPRESS | | EXP | F/S | DV | IB | T350D | CAT | 14 | 6 | 30000 | 3 | 8 | 1.075M | 1.170M |
| 44 | 10 | 45 AFT COCKPIT | SLP | SCFAC | F/S | KL | IB | 68D | YAN | 12 | 3 | 24000 | 5 | 9 | 692500 | 761000 |
| 46 | 6 | AY46 EXPRESS | | EXP | F/S | DV | IB | T350D | CAT | 14 | 6 | 29000 | 3 | 8 | 1.120M | 1.215M |
| 46 | 6 | AY46 FB EXPRESS | FB | EXP | F/S | DV | IB | T350D | CAT | 14 | 6 | 33000 | 3 | 8 | 1.190M | 1.295M |
| 46 | 6 | AY46 HARDTOP EXPRESS | HT | EXP | F/S | DV | IB | T350D | CAT | 14 | 6 | 30000 | 3 | 8 | 1.155M | 1.255M |
| 46 | 6 | AY46 SALOON EXPRESS | | EXP | F/S | DV | IB | T350D | CAT | 14 | 6 | 32000 | 3 | 8 | 1.175M | 1.275M |
| 47 | 8 | 46 AFT COCKPIT | SLP | SCFAC | F/S | KC | IB | 80D | YAN | 13 | 6 | 34000 | 5 | 4 | 845000 | 928500 |
| 47 | 8 | 46 AFT COCKPIT | SLP | SCFAC | F/S | KL | IB | 80D | YAN | 13 | 6 | 34000 | 5 | 4 | 845000 | 929500 |
| 48 | | 48 AFT COCKPIT | SLP | SCFAC | F/S | KC | IB | 80D | YAN | 13 | 6 | 34000 | 5 | 4 | 892500 | 981000 |
| 49 | | 48 AFT COCKPIT | SLP | SCFAC | F/S | KL | IB | 80D | YAN | 13 | 6 | 34000 | 5 | 4 | 892500 | 981000 |
| 50 | 4 | 50 AFT COCKPIT | SLP | SCFAC | F/S | KC | IB | 80D | YAN | 14 | 6 | 35000 | 5 | 4 | 1.065M | 1.160M |
| 50 | 4 | 50 AFT COCKPIT | SLP | SCFAC | F/S | KL | IB | 80D | YAN | 14 | 6 | 35000 | 5 | 4 | 1.065M | 1.160M |
| 50 | 4 | 50 CENTER COCKPIT | SLP | SCFCC | F/S | KC | IB | 80D | YAN | 14 | 6 | 35000 | 5 | 4 | 1.065M | 1.160M |
| 50 | 4 | 50 CENTER COCKPIT | SLP | SCFCC | F/S | KL | IB | 80D | YAN | 14 | 6 | 35000 | 5 | 4 | 1.065M | 1.160M |
| 50 | 6 | AY50 EXPRESS | | EXP | F/S | DV | IB | T600D | CAT | 15 | 8 | 42000 | 3 | 10 | 1.570M | 1.705M |
| 50 | 6 | AY50 FB EXPRESS | FB | EXP | F/S | DV | IB | T600D | CAT | 15 | 8 | 49000 | 3 | 10 | 1.630M | 1.770M |
| 50 | 6 | AY50 HARDTOP EXPRESS | HT | EXP | F/S | DV | IB | T600D | CAT | 15 | 8 | 44000 | 3 | 10 | 1.595M | 1.735M |
| 50 | 6 | AY50 MOTOR YACHT | FB | MYDKH | F/S | DV | IB | T600D | CAT | 15 | 8 | 44000 | 3 | 10 | 1.735M | 1.885M |
| 50 | 6 | AY50 PILOTHOUSE MY | FB | MYPH | F/S | DV | IB | T600D | CAT | 15 | 8 | 48000 | 3 | 10 | 1.740M | 1.890M |
| 50 | 6 | AY50 SALOON EXPRESS | | EXP | F/S | DV | IB | T600D | CAT | 15 | 8 | 48000 | 3 | 10 | 1.630M | 1.770M |
| 52 | 7 | 52 AFT COCKPIT | SLP | SCFAC | F/S | KC | IB | 100D | YAN | 14 | 6 | 35000 | 5 | 6 | 1.110M | 1.205M |
| 52 | 7 | 52 AFT COCKPIT | SLP | SCFAC | F/S | KL | IB | 100D | YAN | 14 | 6 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

VOLUME I

BUC

86th EDITION

# 1994-2003 MODELS

Statistically Authenticated
Current Market Prices for ...
OUTBOARDS • INBOARDS • SAILBOATS
OUTDRIVES • POWERBOATS
HOUSEBOATS • CUSTOM BOATS
OUTBOARD MOTORS • TRAILERS
with Area, Condition and Equipment Scales
and a Complete Cross Referenced Index

BUC® RESEARCH
INFORMATION YOU CAN TRUST® • SINCE 1961

## AREA ADJUSTMENT SCALE

THIS SCALE IS FOR BOATS IN 'BUC CONDITION

Add or subtract percentages shown for each area, boat type, and length range.

| AREA ↓ / Boat Type → | Sailboats | | | Powerboats and Outboard Boats | | | Houseboats and Others |
|---|---|---|---|---|---|---|---|
| LOA → | under 19 ft. | 19 ft. to 30 ft. | 30 ft. & over | under 19 ft. | 19 ft. to 30 ft. | 30 ft. & over | all lengths |
| North Atlantic | --- Prices As Published (PAP) --- | | | | | | |
| South Atlantic & Florida | -5 | PAP | -5 | +5 | PAP | PAP | +10 |
| Gulf of Mexico exclusive of Florida Coast | +5 | PAP | PAP | PAP | PAP | -5 | PAP |
| Great Lakes & Midwest | +10 | +10 | +5 | PAP | +5 | +5 | +15 |
| Northern Pacific Coast* | PAP | +5 | PAP | +15 | +10 | +10 | +15 |
| Southern Pacific Coast** | +5 | PAP | PAP | +5 | +15 | +10 | +15 |

NOTE: Canada use the nearest US area for your location and convert to Canadian dollars.

* Northern Pacific Coast refers to Eureka, Calif. And north to the Canadian border.
** Southern Pacific Coast refers to the area south of Eureka, Calif. To the Mexican border.

## CONDITION AND EQUIPMENT SCALE

| Condition Number | Often Called: | Description | Percent to be Added or Subtracted |
|---|---|---|---|
| 1 | Excellent (Bristol) | Maintained in mint or bristol fashion — usually better than factory new — and loaded with extras — a rarity. | Plus 15%-25% |
| 2 | Above BUC Condition | Has had above average care and equipped with extra electrical and electronic gear | Plus 10%-15% |
| 3 | BUC Condition | Ready for sale requiring no additional work and normally equipped for her size. | No Adjustment Necessary |
| 4 | Fair | Requires usual maintenance to prepare for sale. | Minus 10%-20% |
| 5 | Poor | Substantial yard work required and devoid of extras | Minus 25%-50% |

BUC

# INTRODUCTION

## DEPRECIATION OF BOATS

There are all kinds of depreciation techniques. One used most often by accountants and bookkeepers is the straight line method. It is a tidy way to devalue capital equipment over its expected useful life. Unfortunately the values attained with this method do not represent market values.

Although the straight line depreciation technique may have several points that intersect the actual market curve, it does not provide a realistic common ground and it generally tends to separate buyer and seller rather than invite them to compromise. The only way to accurately determine and project the depreciation curve of a consumer commodity such as a used boat is to study the supply and demand by going to the market place to see what buyers are actually paying for boats in the light of all the economic factors of the moment.

Determining current depreciation or appreciation by market demand is not an easy task because it requires analysis of actual used boat sales. This BUC does exclusively through the Used Boat Sales Reports received from correspondent dealers, brokers and surveyors. Unbiased statistical studies are made of the information for each of seven areas of the United States and Canada. These statistical studies, tempered by an expert staff with a great deal of knowledge of the marine market are made with the use of high speed computers. The various plotted curves are usually unique to a manufacturer. In some cases, patterns vary across major model lines of the same manufacturer.

Some hold their price after the first year and over a period of years before they show noticeable depreciation. Others drop rapidly in value right from the beginning. Some boats steady themselves out after an initial drop and others depreciate in a series of steps dropping suddenly then holding their price for a while and dropping again, etc. Many are not aware that some boats actually appreciate in value.

Depreciation of boats also depends on current economic conditions both general and those specifically influencing luxury industries so that depreciation patterns and rates will undoubtedly fluctuate almost monthly. You may wish to take advantage of BUC's Personalized Boat Evaluation Service by calling our office. There is a slight charge but you will have the latest pricing information.

Analysis of the pleasure boat market is a science in addition to being a business. Twenty-five years of studying almost 7 billion dollars in transactions involving used boats has taught us that many common opinions have no basis in fact. For instance, standard relationships do not exist between the current retail price of a used boat and the manufacturer's suggested list price in the year of manufacture. And boats are not airplanes or automobiles. Their patterns of depreciation are substantially different.

We would like to emphasize that prices shown are current retail prices (this is also commonly referred to as the actual cash value, fair market value, just market value). Elsewhere in this book the process for calculating the trade-in value from the current retail price will be discussed.



## DEPRECIATION OF MOTORS

Essentially two national depreciation ra motors: a rate for popular outboard motors and a rate for outboard motors less popul smaller quantities.

## DATA RECORDING AND COMPILA

A network of cooperating dealers, br located throughout the United States and mail Used Boat Sales Reports to BUC every of the form follows:




For the purpose of price analysis, sale into seven different areas:

1) North Atlantic Coast
2) South Atlantic and Florida
3) Gulf of Mexico exclusive of Florida (
4) Great Lakes and Midwest
5) Northern Pacific Coast — Eureka, C
6) Southern Pacific Coast — South of
7) Canada, Great Lakes Area only

All aspects of each transaction shown Report are stored on magnetic discs whe and randomly accessible for analysis via a

# )DUCTION

## ₃OATS

epreciation techniques. One used most ookkeepers is the straight line method. ₃ capital equipment over its expected e values attained with this method do i.

ine depreciation technique may have :t the actual market curve, it does not on ground and it generally tends to ather than invite them to compromise. determine and project the depreciation odity such as a used boat is to study going to the market place to see what or boats in the light of all the economic

epreciation or appreciation by market ‹ because it requires analysis of actual does exclusively through the Used Boat m correspondent dealers, brokers and cal studies are made of the information the United States and Canada. These by an expert staff with a great deal of narket are made with the use of high ous plotted curves are usually unique to ses, patterns vary across major model rer.

ifter the first year and over a period of noticeable depreciation. Others drop ı the beginning. Some boats steady itial crop and others depreciate in a uddenly then holding their price for a etc. Many are not aware that some value.

also depends on current economic d those specifically influencing luxury on patterns and rates will undoubtedly You may wish to take advantage of valuation Service by calling our office. out you will have the latest pricing

boat market is a science in addition to ive years of studying almost 7 billion lving used boats has taught us that ave no basis in fact. For instance, t exist between the current retail price nufacturer's suggested list price in the oats are not airplanes or automobiles. ı are substantially different.

nasize that prices shown are current monly referred to as the actual cash market value). Elsewhere in this book e trade-in value from the current retail



## DEPRECIATION OF MOTORS

Essentially two national depreciation rates exist for outboard motors: a rate for popular outboard motors produced in volume; and a rate for outboard motors less popular or manufactured in smaller quantities.

## DATA RECORDING AND COMPILATION

A network of cooperating dealers, brokers, and surveyors located throughout the United States and Canada complete and mail Used Boat Sales Reports to BUC every six months. A sampler of the form follows:



For the purpose of price analysis, sales reports are separated into seven different areas:

1) North Atlantic Coast
2) South Atlantic and Florida
3) Gulf of Mexico exclusive of Florida Coast
4) Great Lakes and Midwest
5) Northern Pacific Coast — Eureka, CA to border
6) Southern Pacific Coast — South of Eureka, CA to border
7) Canada, Great Lakes Area only

All aspects of each transaction shown on the Used Boat Sales Report are stored on magnetic discs where they are immediately and randomly accessible for analysis via a computer terminal.

Obviously prices of reported boats reflect myriad variations due to its location, condition and the amount of optional equipment and accessories found on the boat. Consequently each Reported Sale is adjusted by special computer programs so that the price reflects a boat in BUC CONDITION with average equipment located in the North Atlantic Area.

The thousands of reported prices are then passed through various other programs to plot curves by model and year and manufacturer (a typical positively skewed curve is shown below). Adjusted Retail Prices are then curve fit with historical data on the same company to smooth out the rate before adjusting the Retail Prices published in the previous edition. The sophistication and accuracy of this system is unequaled.




## CURRENT RETAIL HIGH AND RETAIL LOW

The price published by BUC under the column indicated Retail High is that price at which the maximum number of sales will take place. It is the projected value which will occur with highest frequency, derived from our statistical studies of sales of that particular boat model. The Retail Low has been calculated as a percentile whereby 70% to 80% of all boat sales will be located between it and the Retail High. **Note, however, that approximately 5% of the reported sales will still occur over the Retail High and 10% to 20% will fall below the Retail Low.**

Despite the precision of proven techniques, BUC's published current market prices can show a variance even for two boats exactly alike in design, condition and amount of equipment. Unique circumstances influence the buyer and seller in every transaction. So use your Used Boat Price Guide as a guide tempered by a better understanding of the market. The following are some causes of price variance:

- Minor optional equipment, included in the boat but difficult to separate from the price.
- Buying intensity of the customer.
- High competitive conditions in a particularly small area.
- Sales made by firms with different overhead requirements.
- Weather conditions affecting the opportunity of using the boat.
- Terms of payment offered or asked by the buyer and/or his source of credit.
- Distressed sales.
- Shortage of a desirable boat in a particular area.
- Condition of hull, engine and equipment not properly described.



As you can see the causes for price va
As a matter of fact, it is not unusual to hav
sales from 30 to 60%. We could, of cours
price reported and the lowest price but the
be so great as to have no practical val
statistically determined Retail Lows and Hi
are between 8 to 16% with most being 10
range on which your business can profitably

Knowing the retail price ranges of used
statistically determined by market data
decision making. You know that almost th
will fall in this range. The wider the range
and conversely firmer prices exist when th
popular well-known boats tend to have pric
in a tighter range.

Some boats will not have a published F
occasionally when the number of quality of
insufficient. Although we feel confident in es
by generally recognized statistical techniqu
of determining its Retail Low within the 8 to
every used boat is sold and reported every

**So remember: asterisks (**) in the Ret
sign that the reports were too few or
should utilize the Retail High figure
than normal.**

With all these subtleties to consider w
about the affect of prices reported by those
studies for purposes of supporting their
assured that false reports are very easy to
price is found to be fictitious the entire Use
that correspondent is deemed useless an
removed from the file. We, of course, reg
the efforts of the person reporting could ha
to all, but most of all to himself. Ironica
mathematical influence of his local bu
calculation of new depreciation or appreci
Adjustment Scale.

reported boats reflect myriad variations
on and the amount of optional equipment
the boat. Consequently each Reported
ial computer programs so that the price
CONDITION with average equipment
ic Area.
ported prices are then passed through
to plot curves by model and year and
ositively skewed curve is shown below).
then curve fit with historical data on the
out the rate before adjusting the Retail
previous edition. The sophistication and
unequaled.




Price in Dollars

## IIGH AND RETAIL LOW

y BUC under the column indicated Retail
the maximum number of sales will take
value which will occur with highest
our statistical studies of sales of that
e Retail Low has been calculated as a
o 80% of all boat sales will be located
Retail High. **Note, however, that
reported sales will still occur over the
)% will fall below the Retail Low.**
of proven techniques, BUC's published
show a variance even for two boats
dition and amount of equipment. Unique
e buyer and seller in every transaction.
rice Guide as a guide tempered by a
market. The following are some causes

, included in the boat but difficult to

stomer.

s in a particularly small area.
different overhead requirements.
ng the opportunity of using the boat.
or asked by the buyer and/or his

at in a particular area.
nd equipment not properly described.



As you can see the causes for price variances are numerous. As a matter of fact, it is not unusual to have a range in reported sales from 30 to 60%. We could, of course, publish the highest price reported and the lowest price but the range in dollars would be so great as to have no practical value to our users. The statistically determined Retail Lows and Highs published by BUC are between 8 to 16% with most being 10%. This is a meaningful range on which your business can profitably function.

Knowing the retail price ranges of used boats that have been statistically determined by market data will help you in your decision making. You know that almost three-quarters of all sales will fall in this range. The wider the range the less firm the price, and conversely firmer prices exist when the range is small. Very popular well-known boats tend to have prices that are established in a tighter range.

Some boats will not have a published Retail Low. This is done occasionally when the number of quality of the reports received is insufficient. Although we feel confident in establishing a Retail High by generally recognized statistical techniques, we are not capable of determining its Retail Low within the 8 to 16% range. After all not every used boat is sold and reported every year.

**So remember: asterisks (**) in the Retail Low columns are a sign that the reports were too few or unusable and that you should utilize the Retail High figure with greater latitude than normal.**

With all these subtleties to consider we are sometimes asked about the affect of prices reported by those wishing to influence our studies for purposes of supporting their own profit or pride. Be assured that false reports are very easy to detect. When a reported price is found to be fictitious the entire Used Boat Sales Report for that correspondent is deemed useless and each reported price is removed from the file. We, of course, regret the damage because the efforts of the person reporting could have been valid and useful to all, but most of all to himself. Ironically, he has excluded the mathematical influence of his local business condition in the calculation of new depreciation or appreciation trends and the Area Adjustment Scale.

BUC RESEARCH