## Rauworth, Michael

**From:** LOVEJOYADM@aol.com
**Sent:** Thursday, March 13, 2008 1:55 PM
**To:** Rauworth, Michael
**Subject:** Re: M/V EVEREADY

Mike, I want to take the depositions of the person that worked on the bilge pump(s) on or about 4/22/05 and the person that circled and placed the asteric on the handwritten page in Vivezio Exhibit # 5. As to the demand it is $200,000.00 the same amount that has been demanded at the settlement conferences with Judge Lovegreen. Thanks, Fred Lovejoy

It's Tax Time! Get tips, forms and advice on AOL Money & Finance.