**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 06-190-S**

**NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE, II,**
**Plaintiffs,**

**VS.**

**ALBIN MARINE, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC,**
**Defendants.**

**PARTIAL STIPULATION OF DISMISSAL**

Now come the parties, NORTHERN INSURANCE COMPANY OF NEW YORK and NICHOLAS PICCHIONE, II and the STANDISH BOAT YARD, INC., in the above-entitled action, by their counsel, and hereby stipulate and agree pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that the Counts directed against the STANDISH BOAT YARD, INC. in Plaintiffs' Complaint, to wit, Count I (Products Liability), Count II (Negligence), Count III (Implied Warranty for a Particular Purpose), Count IV (Implied Warranty of Merchantability), Count V (Implied Warranty for a Particular Purpose) and Count VI (Implied Warranty of Merchandise) and all Cross-Claims by the STANDISH BOAT YARD, INC. against ALBIN MARINE, INC. and POINT JUDITH MARINA, INC. be dismissed with prejudice and

without interest, costs or attorneys fees and that no further action or actions to be brought upon the same grounds.

Dated this 9th. day May, 2008.

**ATTORNEY FOR PLAINTIFFS,**
**NORTHERN INSURANCE COMPANY**
**OF NEW YORK AND**
**NICHOLAS PICCHIONE, II**

**"/s/ Frederick A. Lovejoy"**
**Frederick A. Lovejoy**
**BBO NO. 5313**
**LOVEJOY & ASSOCIATES**
1536 Westminster Street
Providence, RI 02909
(401) 273-7747

**ATTORNEY FOR DEFENDANT**
**STANDISH BOAT YARD, INC.**

**"/s/Robert E. Collins"**
**Thomas J. Muzyka**
**Pro Hac Vice**
**Robert E. Collins**
**RI BAR NO: 2951**
**CLINTON & MUZYKA, P.C.**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165
(617) 723-9165

**CERTIFICATION**

The undersigned hereby certifies that I have electronically filed the above document on the 9TH. day of May 2008.

Notice will be electronically mailed to:

| | |
|---|---|
| Frederick A. Lovejoy, Esquire | lovejoyadm@aol.com |
| Michael J. Rauworth, Esquire | mrauworth@cetcap.com |
| Carl E. Fumarola, Esquire | cfumarola@cetcap.com |
| Gregory B. Klaiber, Esquire | gbklaiber@hotmail.com |

**“/s/ Thomas J. Muzyka”**