AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Northern Insurance Co. of New York, et al. v. Albin Manufacturing, Inc., et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA06-190S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Lovejoy | Rauworth, Fumarola |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/12, 5/13, 5/14, 5/15, 5/21/08 | Anne Clayton | Rana L. Smith |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| * | | 5/12/08 | | | W-1 Nicholas Picchione, sworn |
| 6 | | 5/12/08 | ID | Full 5/12/08 | 4/22/05 Joe's time (13.4 hrs.) and list of mechanical work performed |
| 44 | | 5/12/08 | ID | Full 5/12/08 | Check to Nicholas Picchione dated 10/12/05 in amount of $200,000.00 |
| | TTT | 5/12/08 | ID | Full 5/12/08 | 2003-2004 Winter Storage Agreement with Point Judith Marina |
| | UUU | 5/12/08 | ID | Full 5/12/08 | 2005-2006 Winter Storage Agreement with Point Judith Marina |
| | KKK | 5/12/08 | ID | Full 5/12/08 | Image of Switch panel on Albin 35, the Eveready (DC Power Center & AC Power Center) |
| | KK K1 | 5/12/08 | | Full 5/12/08 | Printed Image of Switch panel on Albin 35, the Eveready with W-1 annotations |
| | TT | 5/12/08 | ID | Full 5/12/08 | Photograph Eveready on the jetty (from the stern/port) |
| | UU | 5/12/08 | ID | Full 5/12/08 | Photograph Eveready on the jetty (from the bow/port) |
| * | | 5/12/08 | | | W-2 Kenneth Hilton, sworn |
| 57 | | 5/12/08 | | Full 5/12/08 | Photograph taken at Point Judith Marina-dryland |
| 58 | | 5/12/08 | | Full 5/12/08 | Photograph taken at Point Judith Marina-in travel lift |
| | NN N | 5/12/08 | ID | Full 5/12/08 | Photograph of DC Power Center & AC Power Center of the Eveready |
| | G | 5/12/08 | ID | Full 5/12/08 | Technical Specifications Bulletin for Albin 35 |
| | WW W | 5/12/08 | ID | Full 5/12/08 | Standish Boatyard Inc. invoice 00104 |
| | | | | | Day 2 5/13/08 |
| * | | 5/13/08 | | | W-3 Joseph Stroker, sworn |
| * | | 5/13/08 | | | W-4 Henry Smedberg, III a/k/a "Bud" |
| 1 | | 5/13/08 | ID | Full 5/13/08 | Service customer history of Eveready from 6/1/98 |
| 64a | | 5/13/08 | | Full 5/13/08 | Photograph taken at Point Judith Marina-starboard hull weeps |
| * | | 5/13/08 | | | W-5 Don Vivenzio, sworn |
| 4 | | 5/13/08 | ID | Full 5/13/08 | Commissioning Check off list |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Northern Insurance Co. of New York, et al. V. Albin Manufacturing, Inc., et al. CASE NUMBER: CA06-190S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 5 | | 5/13/08 | ID | Full 5/13/08 | Commissioning Checklist |
| 60 | | 5/13/08 | | Full 5/13/08 | Photograph taken at Point Judith Marina-starboard exhaust port |
| 64 | | 5/13/08 | | Full 5/13/08 | Photograph taken at Point Judith Marina-vessel afloat: aft quarter |
| 86 | | 5/13/08 | | Full 5/13/08 | Photograph taken at Certified Sales |
| 87 | | 5/13/08 | | Full 5/13/08 | Photograph taken at Certified Sales |
| 98 | | 5/13/08 | | Full 5/13/08 | Photograph taken at Certified Sales |
| 100 | | 5/13/08 | | Full 5/13/08 | Photograph taken at Certified Sales |
| 101 | | 5/13/08 | | Full 5/13/08 | Photograph taken at Certified Sales |
| 65 | | 5/13/08 | | Full 5/13/08 | Photograph taken at Certified Sales |
| 7 | | 5/13/08 | ID | Full 5/13/08 | Point Judith Marina--R.O. 629 |
| 8 | | 5/13/08 | | Full 5/13/08 | Invoice from Point Judith (2 pages)-R.O. 869 |
| 9 | | 5/13/08 | | Full 5/13/08 | Invoice from Point Judith -R.O. 1179 |
| 10 | | 5/13/08 | | Full 5/13/08 | Invoice from Point Judith -R.O. 1184 |
| 11 | | 5/13/08 | | Full 5/13/08 | Invoice from Point Judith -R.O. 2057 |
| 12 | | 5/13/08 | | Full 5/13/08 | Gary/Bud time sheet |
| | | | | | Attorney Lovejoy informs the court there is no Exhibit #13 |
| 14 | | 5/13/08 | | Full 5/13/08 | Point Judith Document "Travis" |
| 15 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 869 |
| 16 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 870 |
| 17 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 1179 |
| 18 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 1184 |
| 19 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 2057 |
| 20 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 2805 |
| 21 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 7252 |
| 22 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 6320 |
| 23 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 5658 |
| 24 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 4287 |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Northern Insurance Co. of New York, et al. V. Albin Manufacturing, Inc., et al. CASE NUMBER: CA06-190S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 25 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 4051 |
| 26 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 9474 |
| 27 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 9334 |
| 28 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-R.O. 9186 |
| 29 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist-8001 |
| 30 | | 5/13/08 | | Full 5/13/08 | Point Judith Invoice--970.79 |
| 31 | | 5/13/08 | | Full 5/13/08 | Point Judith Invoice--1595.57 |
| 32 | | 5/13/08 | | Full 5/13/08 | Point Judith Invoice--2356.50 |
| 33 | | 5/13/08 | | Full 5/13/08 | Checklist/Test results and timesheet |
| 34 | | 5/13/08 | | Full 5/13/08 | Point Judith Job time checklist--R.O. 3020 |
| 35 | | 5/13/08 | | Full 5/13/08 | Belle Vue Yachting Invoice #3804 |
| 36 | | 5/13/08 | | Full 5/13/08 | Belle Vue Yachting Invoice #3750 |
| 37 | | 5/13/08 | | Full 5/13/08 | Point Judith Invoice #09510 |
| 104 | | 5/13/08 | ID | Full 5/13/08 | Point Judith Invoice-R.O. 9375 |
| 118 | | 5/13/08 | ID | Full 5/13/08 | Invoice #9327 from Point Judith Marina |
| 119 | | 5/13/08 | ID | Full 5/13/08 | Invoice #9331 from Point Judith Marina |
| 120 | | 5/13/08 | ID | Full 5/13/08 | Account Balance as of 8/31/2005 |
| 3 | | 5/13/08 | ID | Full 5/13/08 | Point Judith Repair list-R.O. __51 |
| 63 | | 5/13/08 | ID | Full 5/14/08 | Photograph taken at Point Judith Marina-bilge pump discharge lines |
| 59 | | 5/13/08 | ID | Full 5/13/08 | Photograph taken at Point Judith Marina-starboard aft with scum line |
| 62 | | 5/13/08 | ID | Full 5/13/08 | Photograph taken at Point Judith Marina-thru hull fitting |
| 61 | | 5/13/08 | ID | Full 5/13/08 | Photograph taken at Point Judith Marina-bilge pump discharge thru-hull fitting |
| 2 | | 5/13/08 | ID | | 1500/2000 Pumps Installation instructions |
| | JJJ | 5/13/08 | ID | Full 5/15/08 | Exhaust Hose Connection to Exhaust |
| | EEE | 5/13/08 | ID | Full 5/13/08 | Bilge and Exhaust Hose |
| | EEE1 | 5/13/08 | | Full 5/13/08 | Print of Exhibit EEE with W-5 annotations |
| | N | 5/13/08 | ID | Full 5/13/08 | R.O. #7252 |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Northern Insurance Co. of New York, et al. V. Albin Manufacturing, Inc., et al.

CASE NUMBER: CA06-190S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | O | 5/13/08 | ID | Full 5/13/08 | R.O. #7313 |
| | X | 5/13/08 | | Full 5/13/08 | Service Invoice #8092 |
| | A | 5/13/08 | ID | Full 5/13/08 | 2005 Signed Summer Dockage/Rack Storage Contract |
| 91 | | 5/13/08 | | Full 5/13/08 | Photograph taken at Certified Sales |
| | | | | | Day 3 5/14/08 |
| * | | 5/14/08 | | | W-6 William Robbins, sworn |
| 134 | | 5/14/08 | ID | Full 5/14/08 | Resume of William Robbins |
| 135 | | 5/14/08 | ID | Full 5/14/08 | Albin 35 Convertible Specifications sheet |
| 89 | | 5/14/08 | ID | Full 5/14/08 | Photograph taken at Certified Sales |
| 133 | | 5/14/08 | ID | Full 5/21/08 | ABYC Bilge/Thru Hull Installations |
| 84 | | 5/14/08 | ID | Full 5/14/08 | Photograph taken at Certified Sales |
| 85 | | 5/14/08 | ID | Full 5/14/08 | Photograph taken at Certified Sales |
| 103 | | 5/14/08 | ID | Full 5/14/08 | Photograph taken at Certified Sales |
| 74 | | 5/14/08 | ID | Full 5/14/08 | Photograph taken at Certified Sales |
| 70 | | 5/14/08 | ID | Full 5/14/08 | Photograph taken at Certified Sales |
| 75 | | 5/14/08 | ID | Full 5/14/08 | Photograph taken at Certified Sales |
| 82 | | 5/14/08 | ID | Full 5/14/08 | Photograph taken at Certified Sales |
| 69 | | 5/1408 | ID | Full 5/14/08 | Photograph taken at Certified Sales |
| 132 | | 5/14/08 | ID | Full 5/14/08 | ABYC Installation of Exhaust Systems |
| 60a | | 5/14/08 | ID | Full 5/14/08 | Print of Exhibit 60 with W-6 annotations |
| 129 | | 5/14/08 | ID | Full 5/14/08 | Vessel Bilge Pump |
| 108 | | 5/14/08 | ID | Full 5/14/08 | Invoice from Brewer Cove to Pfund--$6891.95 |
| 109 | | 5/14/08 | ID | Full 5/14/08 | Invoice #420 from New England Marine Surveyors |
| 110 | | 5/14/08 | ID | Full 5/14/08 | Invoice #9628 from Point Judith |
| 111 | | 5/14/08 | ID | Full 5/14/08 | Invoice #6677 from Cert. Sales |
| 112 | | 5/14/08 | ID | Full 5/14/08 | Invoice #27082 from Cert. Sales |
| 114 | | 5/14/08 | | Full 5/14/08 | Invoice #27166 from Cert. Sales |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Northern Insurance Co. of New York, et al. V. Albin Manufacturing, Inc., et al. CASE NUMBER: CA06-190S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 115 | | 5/14/08 | | Full 5/14/08 | Invoice #27231 from Cert. Sales |
| 116 | | 5/14/08 | | Full 5/14/08 | Invoice #27191 from Cert. Sales |
| 121 | | 5/14/08 | | Full 5/14/08 | Invoice #6578 from Cert. Sales |
| 122 | | 5/14/08 | | Full 5/14/08 | Invoice #6576 from Cert. Sales |
| 123 | | 5/14/08 | | Full 5/14/08 | Invoice #6577 from Cert. Sales |
| 113 | | 5/14/08 | | Full 5/14/08 | Invoice #420(05) from New England Marine Survey |
| 117 | | 5/14/08 | | Full 5/14/08 | Invoice #9375 from Point Judith Marina |
| 124 | | 5/14/08 | | Full 5/14/08 | Invoice #420 from New England Marine Surveyors |
| 126 | | 5/14/08 | | Full 5/14/08 | Invoice #420 from Bruce Pfund Specialist |
| 131 | | 5/14/08 | ID | Full 5/14/08 | Core Sample (Pfund Exhibit J) |
| 60b | | 5/14/08 | | Full 5/14/08 | Print of Exhibit 60 with W-6 annotations |
| | RR | 5/14/08 | ID | | Police Incident Report |
| | XXX | 5/14/08 | ID | | Letter dated 5/13/05 |
| | | | | | Day 4 5/15/08 |
| | | 5/15/08 | | | W-6 William Robbins, continued |
| | RRR | 5/15/08 | ID | Full 5/15/08 | Aft Bilge |
| | XX | 5/15/08 | ID | Full 5/15/08 | Eveready from the stern (in the water) |
| | ZZ | 5/15/08 | ID | Full 5/15/08 | Eveready's starboard gunwale |
| | YY | 5/15/08 | ID | Full 5/15/08 | Eveready's stern/starboard gunwale |
| | * | 5/15/08 | | | W-7 David Clarke, sworn |
| | YYY | 5/15/08 | | Full 5/15/08 | Diagram drawn by W-6 |
| 136 | | 5/15/08 | | Full 5/15/08 | Diagram drawn by W-7 |
| | * | 5/15/08 | | | W-8 Barry Lee Ennis, sworn |
| | * | 5/15/08 | | | W-9 Dennis Layfield, sworn |
| 137 | | 5/15/08 | ID | | Email dated 4/26/08 to Rauworth from Layfield |
| | | | | | Day 5 5/21/08 |
| | | 5/21/08 | | | W-9 Dennis Layfield, continued |