**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II<br>Plaintiffs<br>v.<br>ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.<br>Defendants | CIVIL ACTION NO. 06-190-S |

**DECLARATION OF MICHAEL RAUWORTH**

Michael Rauworth makes the following declaration pursuant to 28 U.S.C §1746:

1. I am counsel for Point Judith Marina LLC in this matter. I make the following statements on personal knowledge, except where the context may reflect to the contrary.

2. Exhibit A is a true and accurate copy of Requests for Admission that Point Judith served on plaintiffs on March 29, 2007, together with Interrogatories and Requests for Production of Documents of even date. Exhibit B is the FedEx transmittal and delivery of this package.

3. Exhibit C is an email from Attorney Fred Lovejoy asking for an electronic copy of the text of the discovery requests. Exhibit D is my email back to Attorney Lovejoy providing the text of the foregoing discovery materials, including the Requests for Admission.

4. Point Judith has never received a response of any kind to the content of the Requests for Admission (Exhibit A). Eventually, Point Judith did receive a response to the Interrogatories transmitted in the same package, dated in September of 2007.

5. Exhibit E is a true and accurate copy of Point Judith's Second Requests for Admission and call for supplementation, which I served on plaintiffs' counsel on April 8, 2008, by way of the email attached as Exhibit F. Forty minutes later, plaintiffs' counsel sent the email attached as Exhibit G, asking for an electronic copy of the text. Less than an hour afterwards, I sent him the text in electronic form by way of the email attached as Exhibit H.

6. Point Judith has received no response of any kind to the substance of the Second Requests for Admission.

I declare under penalties of perjury that the foregoing is true and correct. Executed this 12th day of May, 2008 at Boston, Massachusetts.

Michael Rauworth

Michael Rauworth