US Home | Information Center | Customer Support | Site Map

FedEx Español Search Go!

Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

Track Shipments

## Detailed Results

Printable Version | Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 858113218339 | **Reference** | MJR 02006-0045 |
| **Signed for by** | Signature release on file | **Delivered to** | Residence |
| **Ship date** | Mar 29, 2007 | **Service type** | Priority Pak |
| **Delivery date** | Mar 30, 2007 10:11 AM | **Weight** | 4.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 30, 2007 | 10:11 AM | Delivered | | Left at front door. Package delivered to recipient address - release authorized |
| | 8:48 AM | On FedEx vehicle for delivery | NORWALK, CT | |
| | 7:51 AM | At local FedEx facility | NORWALK, CT | |
| | 5:22 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:12 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Mar 29, 2007** | 9:37 PM | Left origin | EAST BOSTON, MA | |
| | 9:23 PM | Picked up | EAST BOSTON, MA | |

Signature proof | E-mail results | Track more shipments

**Subscribe to tracking updates (optional)**

**Your Name:** **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

**Select format:** HTML Text Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

**Tracking a FedEx SmartPost Shipment?**
Go to shipper login

Take 15% off list rates on eligible FedEx Express® online shipments.
Learn more >>



This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2007 FedEx

FedEx Express US Airbill

FedEx Tracking Number 8581 1321 8339

0215 Sender's Copy

**From** *Please print and press hard.*

Date 03/29/2007 Sender's FedEx Account Number 1937-1663-6

Sender's Name MICHAEL J. RAUWORTH, ESQ Phone (617) 217-5500

Company CETRULO & CAPONE LLP

Address 2 SEAPORT LN FL 10

Dept./Floor/Suite/Room

City BOSTON State MA ZIP 02210-2001

**Your Internal Billing Reference** First 24 characters will appear on invoice. OPTIONAL MJR-02886-0045

**To**

Recipient's Name FREDERICK A. LOVEJOY, ESQ. Phone (203) 459-9941

Company

Recipient's Address 276 CENTER ROAD

We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

Address

To request a package be held at a specific FedEx location, print FedEx address here.

City EASTON State CT ZIP 06612-1604

0338388764

Ship and track packages at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** *Packages up to 150 lbs.*

- [ ] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [X] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. * To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation: ** To most locations.

**5 Packaging**

- [ ] FedEx Envelope*
- [X] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [X] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [X] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. 1937-1663-6 Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
| --- | --- | --- |
| 1 | | $ .00 |

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability. FedEx Use Only

**8 NEW Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [X] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Anyone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature — If no one is available at recipient's address, anyone at a neighboring address may sign for delivery. *Fee applies.*

519

Rev. Date 11/05•Part #158279•©1994–2005 FedEx•PRINTED IN U.S.A.•SRS