**Rauworth, Michael**

**From:** LOVEJOYADM@aol.com
**Sent:** Monday, April 02, 2007 12:36 PM
**To:** Rauworth, Michael
**Subject:** Re: Northern Ins (Picchione) v. Pt Judith

We have your discovery requests. Can you please e-mail the aforementioned requests, which will make responding to them easier. We use Word 6.0. I do not have Wordprefect. Thank you. Fred Lovejoy

---

See what's free at AOL.com.