## Rauworth, Michael

**From:** Rauworth, Michael
**Sent:** Tuesday, April 08, 2008 4:29 PM
**To:** 'LOVEJOYADM@aol.com'
**Cc:** rcollins@clinmuzyka.com
**Subject:** Requests For Admission

Dear Fred:

Please see attached Requests for Admission herewith served upon you.

R/
MJR

Michael J. Rauworth
Cetrulo & Capone LLP
Suite 1000 --- World Trade Center East
Two Seaport Lane
Boston, Massachusetts 02210
Tel: 617-217-5500
Fax: 617-217-5200
Dir: 617-217-5219
mrauworth@cetcap.com