**Rauworth, Michael**

**From:** LOVEJOYADM@aol.com
**Sent:** Tuesday, April 08, 2008 5:09 PM
**To:** Rauworth, Michael
**Subject:** Re: Requests For Admission

Mike, Please ask your secretary to e-mail me your requests in word 6.0 Thanks, Fred Lovejoy

---

Planning your summer road trip? Check out AOL Travel Guides.