**Rauworth, Michael**

---

**From:** Rauworth, Michael
**Sent:** Tuesday, April 08, 2008 5:55 PM
**To:** 'LOVEJOYADM@aol.com'
**Subject:** Here you go

## INDIVIDUAL REQUESTS FOR ADMISSION

1. Plaintiff Nicholas Picchione II was aboard the Vessel on Saturday, April 23, 2005.

2. No employee of Point Judith was aboard the Vessel between the time that Plaintiff Nicholas Picchione II left it on Saturday, April 23, 2005 and the time that the Vessel was discovered sunken on the morning of Monday, April 25, 2005.

3. Neither plaintiff has any evidence to the effect that — or tending to prove that — any employee of Point Judith was aboard the Vessel between the time that Plaintiff Nicholas Picchione II left it on Saturday, April 23, 2005 and the time that the Vessel was discovered sunken on the morning of Monday, April 25, 2005.

## CALL FOR SUPPLEMENTATION

In light of the foregoing requests, the Proponents hereby call upon the Recipients to supplement their answers to Interrogatory No. 6, previously served upon Recipients approximately a year ago. For the convenience of the Recipients, the text of that Interrogatory is repeated here.

**INTERROGATORY NO. 6:**

This interrogatory concerns any Requests For Admissions served (at any time, in any form) by any Proponent on any Recipient. As to each and every one of Proponent's requests for admissions to which your response is *other than* an unqualified admission, separately:

a. identify precisely what you do and do not admit;

b. state the complete factual and/or legal state of affairs that you contend is at odds with any portion of the request as to which you do not make an unqualified admission;

c. identify all evidence on which you rely to prove such contrary factual state of affairs and/or all legal authorities on which you rely to establish any contrary legal position; and

d. state the complete basis in fact and in law that you contend provides you with a basis to avoid the payment of the Proponent's cost (under Rule 37) of proving or establishing the factual or legal state of affairs set forth in the particular request for admission.

Michael J. Rauworth
Cetrulo & Capone LLP
Suite 1000 --- World Trade Center East
Two Seaport Lane
Boston, Massachusetts 02210
Tel: 617-217-5500
Fax: 617-217-5200
Dir: 617-217-5219
mrauworth@cetcap.com

-----Original Message-----
**From:** LOVEJOYADM@aol.com [mailto:LOVEJOYADM@aol.com]
**Sent:** Tuesday, April 08, 2008 5:09 PM
**To:** Rauworth, Michael
**Subject:** Re: Requests For Admission

Mike, Please ask your secretary to e-mail me your requests in word 6.0 Thanks, Fred Lovejoy

---

Planning your summer road trip? Check out AOL Travel Guides.