UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II<br>Plaintiffs<br>v.<br>ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.<br>Defendants | CIVIL ACTION NO. 06-190-S |

**DEFENDANT POINT JUDITH MARINA, LLC'S MOTION TO RE-OPEN THE PROCEEDINGS AND/OR TO OTHERWISE ACCEPT NEWLY DISCOVERED EVIDENCE**

Defendant Point Judith Marina, LLC ("Point Judith") hereby moves the Court to re-open the proceedings and/or to otherwise accept newly discovered evidence. As grounds for this motion, Point Judith states the following.

1. On May 29, 2008 — after the trial concluded (on May 22, 2008) but before judgment was entered — plaintiff's counsel forwarded to Point Judith the highest written bid that was received for the vessel at issue in this case, which is $26,000 (attached hereto as Exhibit A).

2. During the trial, the evidence revealed that the salvage value of the vessel was $25,000, which was an estimate based on what the dealer expected to receive for the vessel. *Testimony of Dennis Layfield, Tr. Vol. IV, Pages at 151, 154.*

3. Therefore, this newly discovered evidence increases the salvage value of the vessel by $1,000, thereby reducing the loss by $1,000.

WHEREFORE, Point Judith respectfully requests that the Court re-open the proceedings and/or otherwise accept into evidence the newly discovered evidence that is attached hereto as Exhibit A.

Dated: June 13, 2008

**POINT JUDITH MARINA, LLC.**
By its attorneys,
_/s/ Carl E. Fumarola_

Stephen T. Armato, R. I. Bar #6395
Michael Rauworth (pro hac vice)
Carl E. Fumarola, Esq., R.I. Bar #6980
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com
Email: mrauworth@cetcap.com
Email: cfumarola@cetcap.com

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on this 13th day of June, 2008, I have served the above documents on the following counsel of record by ECF:

Frederick A. Lovejoy, Esq.
LOVEJOY & ASSOCIATES
276 Center Road
Easton, CT 06612-1604
LOVEJOYADM@aol.com

_/s/ Carl E. Fumarola_

Stephen T. Armato, R. I. Bar #6395
Michael Rauworth *(pro hac vice)*
Carl E. Fumarola, Esq., R.I. Bar #6980
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com
Email: mrauworth@cetcap.com
Email: cfumarola@cetcap.com