**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II<br>Plaintiffs<br>v.<br>ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.<br>Defendants | CIVIL ACTION NO. 06-190-S |

**EVIDENTIARY SUBMISSION**
**OF PLAINTIFF'S DEPOSITION TESTIMONY**

Pursuant to the Court's instructions on May 22, 2008, defendant Point Judith Marina, LLC hereby submits the deposition testimony of plaintiff and cross-claim defendant Nicholas Picchione, which Point Judith proffered to be read into the record on May 22, 2008.

Point Judith submits this deposition testimony as evidence pursuant to Fed. R. Civ. P. 32(a)(3), which provides in pertinent part that "[a]n adverse party may use for any purpose [during a court proceeding] the deposition of a party . . . ."[1] "Rule 32(a)(3) allows a party's deposition to be used by an adverse party regardless of the presence or absence of the deponent at the hearing or trial and regardless of whether the deponent is available to testify or has testified there." Superior Diving Co., Inc. v. Watts, 2008 WL 533804, 1 -2 (E.D.La. February 22, 2008). See Coughlin v. Capitol Cement Co., 571 F.2d 290, 308 (5th Cir. 1978) ("the Rule permits a party to introduce

[1] Rule 32 of the Federal Rules of Civil Procedure was amended in 2007. The former Rule 32(a)(2) is now Rule 32(a)(3).

the deposition of an adversary as part of his substantive proof regardless of the adversary's availability to testify at trial"); Ramsey v. Glassie Pewett Dudley Beebe & Shanks, 856 F.2d 187, 1988 WL 86617, 1 (4th Cir. 1988) (court erred by not permitting plaintiffs to ready deposition testimony into evidence pursuant to Rule 32(a)(2) because the deposition of an adverse party may be introduced as evidence notwithstanding the party's presence at trial).

Accordingly, the following excerpts from the deposition of plaintiff Nicholas Picchione II are submitted, as if they had been read into the record in open court during the live presentation of defendant's case in chief.

Q. Okay. Did you do anything to check and see whether the bilge pumps were functional?

A. I assumed that they were functional. What I would do --
MR. LOVEJOY: You gotta turn towards her.
A. Right. And I know Fred doesn't want me to volunteer any information but, all I -- on that particular boat, there was a main switch. And then there are individual switches. So, I just always made sure that the main was on. How I checked the bilge, there's a hatch in the back of the boat, and I look up, and if there's no water down there, boom, everything's beautiful. That was it.

Q. Okay. Did you do that on Thursday?

A. I'm sure -- I do it every time I get on the boat.

Q. Okay. So, that means you would have done it Thursday and Friday and Saturday?

A. Correct.

***Deposition of Nicholas Picchione (Sept. 26, 2007), at 28-29.***

Q. Did you ever check to see the alignment of switches with regard to your bilge pumps on that weekend?

A. I'm -- can't be sure. But I'm sure I did.

Q. Okay. So, you would have left them in the position such that the bilge pumps would operate?

A. I would have left the main on. Always the main, always on.

Q. Okay. And so any other switches that might control bilge pumps, you made sure that those were in the on position?

A. There are no other switches. That I'm aware of.

***Deposition of Nicholas Picchione (Sept. 26, 2007), at 33-34.***

Dated: June 13, 2008

**POINT JUDITH MARINA, LLC.**
By its attorneys,
_/s/ Carl E. Fumarola_
Stephen T. Armato, R. I. Bar #6395
Michael Rauworth (pro hac vice)
Carl E. Fumarola, Esq., R.I. Bar #6980
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com
Email: mrauworth@cetcap.com
Email: cfumarola@cetcap.com

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on this 13th day of June, 2008, I have served the above documents on the following counsel of record by hand:

Frederick A. Lovejoy, Esq.
LOVEJOY & ASSOCIATES
276 Center Road
Easton, CT 06612-1604
LOVEJOYADM@aol.com

_/s/ Carl E. Fumarola_
Stephen T. Armato, R. I. Bar #6395
Michael Rauworth *(pro hac vice)*

02006-0045
1069463v1

Carl E. Fumarola, Esq., R.I. Bar #6980
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com
Email: mrauworth@cetcap.com
Email: cfumarola@cetcap.com