UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK<br>Plaintiff,<br><br>v.<br><br>ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC,<br>Defendants. | : | C.A. 06-190S<br><br><br>June 13, 2008 |

PLAINTIFF'S OBJECTION TO THE REQUEST OF DEFENDANT POINT JUDITH MARINA, LLC TO ADMIT DEFENDANT POINT JUDITH MARINA, LLC'S REQUEST FOR ADMISSIONS DATED MARCH 29, 2007, AND PLAINTIFF JUDITH MARINA, LLC'S SECOND REQUEST FOR ADMISSIONS AND CALL FOR SUPPLEMENTATION DATED APRIL 8, 2008 INTO EVIDENCE

Now comes plaintiff, Northern Insurance Company of New York, and for its Objection to defendant Point Judith Marina, LLC's Application states as follows:

1. That plaintiff timely responded to defendant Point Judith Marina, LLC's Request for Admissions dated March 29, 2007 (See Exhibit A to the Declaration of Michael Rauworth, dated May 12, 2008) on April 26, 2007. (See Exhibit 1 to the 28 U.S.C. Section 1746 Statement of Frederick A. Lovejoy)

2. That on April 8, 2008, well beyond the discovery cut off of January 15, 2008 set by this Court (see Docket No. 29), the defendant Point Judith Marina, LLC served the plaintiff with its April 8, 2008 Second Request for Admissions. (See Exhibit E to the May 12, 2008 Declaration of Michael Rauworth)

3. That in an abundance of caution, the plaintiffs, on May 8, 2008, served their responses to defendant Point Judith Marina, LLC's April 8, 2008 Second Request for Admissions. (See Exhibit 2 to the 28 U.S.C. Section Statement of Frederick A. Lovejoy)

4. That attached as Exhibit 3 to the U.S.C. §1746 Statement of Frederick A. Lovejoy is Docket No. 29 (highlighting added) which set January 15, 2008 as the cut off of all past discovery.

5. That any and all objections and/or responses that were due to all Requests for Admissions were timely served by plaintiffs.

6. That on May 22, 2008 counsel for defendant Point Judith Marina, LLC admitted in open Court that he had, in fact, received the May 8, 2008 Objections/Responses of plaintiff to defendant Point Judith Marina, LLC's Second Request for Admissions, but claimed that because the responses were mailed instead of handed to him on May 9, 2008, that the service was somehow invalid.

CONCLUSION

Based on the foregoing and on the 28 U.S.C. §1746 Statement of Frederick A. Lovejoy, the Request to have defendant Point Judith Marina, LLC's March 27, 2007 and April 8, 2008 requests for Admissions denied by this Court should be granted.

Dated: Providence, Rhode Island
June 13, 2008

Lovejoy & Associates
Attorneys for Plaintiff
Northern Insurance Company of New York

By: ______________________
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneObjection6-08.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on June 13, 2008, postage prepaid, to:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Albin Manufacturing, Inc.,
Albin Marine, Inc.,
Fred W.A. Peters, Monica Peters
143 River Street
Cos Cob, Connecticut 06807

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY