UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, Plaintiff, | : | |
| | : | C.A. 06-190S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC, Defendants. | : | June 17, 2008 |

PLAINTIFF NORTHERN INSURANCE COMPANY OF NEW YORK'S RESPONSE TO DEFENDANT POINT JUDITH MARINA, LLC'S MOTION TO RE-OPEN THE PROCEEDINGS AND/OR TO OTHERWISE ACCEPT NEWLY DISCOVERED EVIDENCE (DOCKET NO. 89)

Plaintiff Northern Insurance Company of New York hereby responds as follows to defendant Point Judith Marina, LLC's Motion to Re-Open the Proceedings and/or to Otherwise Accept Newly Discovered Evidence, and states as follows:

1. Plaintiff does not object to the introduction of new evidence related to the amount recently obtained for the M/V EVEREADY.

2. The amount to be obtained by plaintiff Northern Insurance Company of New York after commission and storage is, however, $21,360.00. (See Sales Summary attached hereto as Exhibit 1)

3. Certified Sales, Inc., as of this date, has not sent the proceeds check to plaintiff Northern Insurance Company of New York, but it is expected to be sent within the next week.

4. As such, this Court should use the sum of $21,360.00 and not $26,000.00 as the salvage/sale value of the M/V EVEREADY.

5. If this Court does not use the net sum of $21,360.00, then it should allow plaintiff to submit new documentary evidence to support the 10% commission, i.e., the $2,600.00, charged by Certified Sales, Inc., and its additional storage changes of $3,000.00.

Dated: Providence, Rhode Island
June 17, 2008

Lovejoy & Associates
Attorneys for Plaintiff
Northern Insurance Company of New York

By: /s/ Frederick A. Lovejoy

Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneResponse6-08.doc

# Exhibit 1

*Certified Sales, Inc.*
*One Bay Avenue*
*Warwick RI 02889*

---

# SUMMARY

**1995 35' Albin Convertible**
**AVL351022495 "EVEREADY"**
**Claim # 7502667**
***Insured: N. Picchione II***

**Date Sold:** ***6/6/2008***

**SELLER:**
***Northern Insurance Co. of New York***
***3910 Keswick Rd.***
***Baltimore, MD. 21211***

**SOLD TO:**
***Fredrick Rosiak***
***68 Allen Street***
***Rumson, NJ. 01760***

| | |
|---|---|
| **PURCHASE PRICE:** | **$26,000.00** |
| Storage | ($2,040.00) |
| Commissions | ($2,600.00) |
| **Total Payable:** | $21,360.00 |

Vessel sold by:
***Capt. Timothy M. Blanchard***
Certified Sales, Inc.
www.yachtsalvage.com
(401) 732-6300

This boat was viewed on www.Yachtsalvage.com and was on eight websites total.

| | | |
|---|---|---|
| One Bay Ave.<br>Warwick, RI [illegible]<br>Tel: (401) [illegible]<br>Fax (401) [illegible] | 2101 Club View Ct.<br>Charlestown, SC 29412<br>Tel: (843) 762-7688<br>Fax: (843) 762-7679 | 19 Uxbridge Rd.<br>Mendon, MA 01716<br>Tel: (508) 478-0200<br>Fax:(508) 473-2021 |

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on June 17, 2008, postage prepaid, to:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Albin Manufacturing, Inc.,
Albin Marine, Inc.,
Fred W.A. Peters, Monica Peters
143 River Street
Cos Cob, Connecticut 06807

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

/s/ Frederick A. Lovejoy
FREDERICK A. LOVEJOY