UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK<br>Plaintiff, | : | |
| | : | C.A. 06-190S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC,<br>Defendants. | : | June 24, 2008 |

MOTION TO STRIKE DEFENDANT POINT JUDITH MARINA, LLC'S
1) POST TRIAL MEMORANDUM, DATED JUNE 17, 2008 (DOCKET NO. 96), AND
2) RESPONSE TO PLAINTIFF'S POST-TRIAL MEMORANDUM,
DATED JUNE 23, 2008 (DOCKET NO. 99)

Now comes plaintiff, Northern Insurance Company of New York, and moves this Court for an Order striking defendant Point Judith Marina, LLC's: 1) Post Trial Memorandum, dated June 17, 2008 (Docket No. 96), and 2) Response to Plaintiff's Post-Trial Memorandum, dated June 23, 2008 (Docket No. 99).

As the Court will remember, it stated on May 22, 2008, the last day of the trial in this matter, that each of the parties was to submit its post-trial submission within two weeks of receiving the trial transcript from the court reporter. Thereafter, on June 14, 2008 (Docket No. 90), the defendant Point Judith Marina, LLC filed its Proposed Findings of Fact and Conclusions of Law, which totaled 28 pages, and plaintiff Northern Insurance Company of New York filed its Proposed Findings of Fact and Conclusions of Law, totaling 33 pages, on June 16, 2008. (Docket No. 94) The Court did not authorize and/or discuss the submission of multiple briefs by either party and/or authorize reply briefs . Moreover, no party has filed a motion with the Court for leave to file multiple post-trial submissions and/or reply briefs.

Subsequent to the post-trial filings authorized by this Court, defendant Point Judith Marina, LLC has elected without leave of the Court to file two additional post-trial briefs; i.e., its June 17, 2008 Post Trial Brief, totaling 35 pages (Docket No. 96), and its Response to Plaintiff's Post-Trial Memorandum, dated June 23, 2008, totaling 15 pages (Docket No. 99).

Unfortunately, the above unauthorized filings are like other filings made in this case by Attorney Rauworth; i.e., pat the scheduling order deadline discovery requests and Offers of Judgment.

While Attorney Rauworth was admitted to appear pro hac vice in this case (See Docket Nos. 20 and 22), we believe that he should have to comply with the discovery and briefing schedules ordered by this Court and not allowed to submit/file/serve what he might fancy.

Simply put, we cannot comprehend how Attorney Rauworth could believe, in all fairness to plaintiff Northern Insurance Company of New York, that the defendant Point Judith Marina, LLC should have the right to file three times the number of post-trial briefs than plaintiff.

Moreover, given the amounts claimed in this case, plaintiff believes that the main reason why plaintiff Northern Insurance Company of New York and defendant Point Judith Marina, LLC have not been able to settle this case is a direct result of the "take no prisoners" approach of defendant Point Judith Marina, LLC's counsel. Simply put, had defendant Point Judith Marina, LLC put its finances towards settling this case rather than having its counsel conduct a 5 day trial and write 3 post-trial briefs, this case would have most likely settled long ago.

That being said, plaintiff Northern Insurance Company of New York submits that it is/will be severely prejudiced if defendant Point Judith Marina, LLC is allowed to submit 3 post-trial briefs, two of which have not been authorized by the Court. Apparently, defendant Point Judith

Marina, LLC believes that is it keeps repeating the same arguments that they might be believed the third time around.

CONCLUSION

Based on the foregoing, this Court should grant plaintiff Northern Insurance Company of New York's Motion to Strike defendant Point Judith Marina, LLC's 1) Post Trial Memorandum (Docket No. 96) and 2) Response to Plaintiff's Post-Trial Memorandum (Docket No. 99) so as to prevent prejudice to the plaintiff.

Dated: Providence, Rhode Island
June 24, 2008

Lovejoy & Associates
Attorneys for Plaintiff
Northern Insurance Company of New York

By:/s/ Frederick A. Lovejoy

Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneStrike6-08.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on June 24, 2008, postage prepaid, to:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Albin Manufacturing, Inc.,
Albin Marine, Inc.,
Fred W.A. Peters, Monica Peters
143 River Street
Cos Cob, Connecticut 06807

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

/s/ Frederick A. Lovejoy
FREDERICK A. LOVEJOY