UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II<br>Plaintiffs<br>v.<br>ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.<br>Defendants | CIVIL ACTION NO. 06-190-S |

**MEMORANDUM IN REPLY TO OBJECTION**
**REGARDING ADMISSIONS UNDER RULE 36**

Plaintiffs have opposed the Court's receiving into evidence the admissions by the plaintiffs, resulting from their failure to respond to Pt. Judith's Requests For Admission, served March 29, 2007, a failure that was set forth in the Declaration of Michael Rauworth, dated May 12, 2008.

Plaintiffs' have filed multiple submissions, asserting that they responded to Pt. Judith's Requests For Admission in late April of 2007.[1]

[1] a. Docket No. 92 (6/16/08): Plaintiff's Objection to the Request of Defendant Point Judith Marina, LLC to Admit Defendant Point Judith Marina, LLC's Request for Admissions Dated March 29, 2007, and Plaintiff Judith Marina, LLC's [sic] Second Request for Admissions and Call for Supplementation Dated April 8, 2008 Into Evidence;

b. Docket No. 93 (6/16/08) 28 U.S.C. § 1746 Statement of Frederick A. Lovejoy;

c. Docket No. 97 (6/19/08) Plaintiff's Amended Objection to the Request of Defendant Point Judith Marina, LLC to Admit Defendant Point Judith Marina, LLC's Request for Admissions Dated March 29, 2007, and Plaintiff Judith Marina, LLC's [sic] Second Request for Admissions and Call for Supplementation Dated April 8, 2008 Into Evidence; and

d. Docket No. 98 (6/19/08) Amended 28 U.S.C. § 1746 Statement of Frederick A. Lovejoy.

The Court should reject this claim. The simple fact is that no response was served — none of the other parties received any response from the plaintiffs. This is amply shown in the sworn declarations of the counsel for the other two parties who were active in the case at the time, and who are listed on plaintiffs' certificate of service. Declaration of Gregory Klaiber, Esq. (Exhibit A); Declaration of Stephen I. Lipman, Esq. (Exhibit B); and Declaration of Robert Collins, Esq. (Exhibit C).

The Court simply ought not to credit the plaintiffs' assertion that service was made, particularly when none of the three addressees received the document that the plaintiffs claim to have sent out.

Plaintiffs have sought to suggest that Pt. Judith actually received responses to the March 29, 2007 Requests For Admission. They do so by noting that Pt. Judith did not contact the plaintiffs, inquiring where responses were. Pt. Judith readily admits having followed up on plaintiffs' failure to answer *interrogatories*. But a failure to respond to *interrogatories* has no "default effect," as does a failure to respond to requests to admit. If a party fails to respond under Rule 36, there is simply no need for a "follow-up" call, or even for a discovery conference, because the failure to respond stands on its own two feet. This is utterly unlike a failure to respond to interrogatories. Thus there is no comparison, and nothing unusual in Pt. Judith having not brought the matter up in a "follow-up" call addressing outstanding interrogatories.

WHEREFORE, Point Judith Marina, LLC requests that the Court disregard Plaintiff's objections, and accept the propositions advanced on the basis of the March 29, 2007 Requests For Admission as conclusively admitted.

Dated: June 25, 2008

**POINT JUDITH MARINA, LLC.**
By its attorneys,
/s/ Carl E. Fumarola
Stephen T. Armato, R. I. Bar #6395
Michael Rauworth (pro hac vice)
Carl E. Fumarola, Esq., R.I. Bar #6980
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com
Email: mrauworth@cetcap.com
Email: cfumarola@cetcap.com

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on this 25th day of June, 2008, I have served the above document on the following counsel of record via ECF filing:

Frederick A. Lovejoy, Esq.
LOVEJOY & ASSOCIATES
276 Center Road
Easton, CT 06612-1604
LOVEJOYADM@aol.com

/s/ Carl E. Fumarola
Stephen T. Armato, R. I. Bar #6395
Michael Rauworth *(pro hac vice)*
Carl E. Fumarola, Esq., R.I. Bar #6980
**CETRULO & CAPONE LLP**
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (401) 274-7850
Fax: (401) 274-9670
Email: sarmato@cetcap.com
Email: mrauworth@cetcap.com
Email: cfumarola@cetcap.com



02006-0045
1076548v1