UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II<br>Plaintiffs<br>v.<br>ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.<br>Defendants | CIVIL ACTION NO. 06-190-S |

**DECLARATION OF GREGORY KLAIBER, ESQ.**

Gregory Klaiber, Esq. gives the following declaration pursuant to 28 U.S.C §1746:

1. I am a member in good standing of the Bar of the State of Rhode Island and of this Court.

2. During March, April, and May of 2007, I was representing Albin Marine, Inc. in the captioned litigation, although I have since been granted leave to withdraw.

3. I understand plaintiffs' counsel has asserted that he served responses on or about April 26, 2007 to Pt. Judith's Requests to Admit dated March 29, 2007.

4. I have examined my files related to this litigation. I did not receive any response from plaintiffs' counsel to Pt. Judith's Requests to Admit dated March 29, 2007.

I declare under penalties of perjury that the foregoing is true and correct. Executed this 17th day of June, 2008.

Gregory Klaiber, Esq.