**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II
Plaintiffs
v.
ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.
Defendants

CIVIL ACTION No. 06-190-S

**DECLARATION OF STEPHEN I. LIPMAN, ESQ.**

Stephen I. Lipman, Esq. gives the following declaration pursuant to 28 U.S.C §1746:

1. I am a member in good standing of the Bar of the State of Rhode Island and of this Court.
2. During March, April, and May of 2007, I was representing Standish Boatyard, Inc., in the captioned litigation, although successor counsel has since appeared, and I have since been granted leave to withdraw.
3. I understand plaintiffs' counsel has asserted that he served responses on or about April 26, 2007 to Pt. Judith's Requests to Admit dated March 29, 2007.
4. I have no memory of receiving any response from plaintiffs' counsel to Pt. Judith's Requests to Admit dated March 29, 2007. I would confirm this from my files on this case, except that I transferred them to successor counsel, Clinton & Muzyka, during the spring of 2008.

5. If I had received any response from plaintiffs' counsel to Pt. Judith's Requests to Admit dated March 29, 2007, that response would appear in the litigation files now in the hands of Clinton & Muzyka.

I declare under penalties of perjury that the foregoing is true and correct.
Executed this 17th day of June, 2008.

Stephen I. Lipman, Esq.