UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK AND NICHOLAS PICCHIONE II<br>Plaintiffs<br>v.<br>ALBIN MARINE, INC.; STANDISH BOAT YARD, INC. and POINT JUDITH MARINA, LLC.<br>Defendants | CIVIL ACTION NO. 06-190-S |

# DECLARATION OF ROBERT COLLINS, ESQ.

Robert Collins, Esq. gives the following declaration pursuant to 28 U.S.C §1746:

1. I am a member in good standing of the Bar of the State of Rhode Island and of this Court.

2. During the spring of this year, my firm, Clinton & Muzyka, became counsel for Standish Boat Yard, Inc. in this litigation, and so acted until some time in May, 2008, when a settlement took place. We served as successor counsel to Stephen I. Lipman.

3. We received Attorney Lipman's files relating to his representation of Standish, and I have consulted them.

4. I understand plaintiffs' counsel has asserted that he served responses on or about April 26, 2007 to Pt. Judith's Requests to Admit dated March 29, 2007.

5. I have examined the pertinent files related to this litigation including the papers filed, generated, and exchanged among counsel. They do not contain any response from plaintiffs' counsel to Pt. Judith's Requests to Admit dated March 29, 2007.

I declare under penalties of perjury that the foregoing is true and correct. Executed this 17th day of June, 2008.

Robert Collins, Esq.