UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF NEW YORK and NICHOLAS PICCHIONE, II,
Plaintiffs,

v. C.A. No. 06-190-S

ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., and POINT JUDITH MARINA, LLC,
Defendants.

ORDER

WILLIAM E. SMITH, United States District Judge.

Before this Court is the Motion to Re-Open the Proceedings and/or to Otherwise Accept Newly Discovered Evidence, filed by Defendant Point Judith Marina, LLC. Defendant attaches to its Motion, Exhibit A, a two-page document containing bid information relating to the sale of the vessel at issue in this case. As Plaintiff does not object to the introduction of this newly discovered evidence, Defendant's Motion is granted; however, at this time, this Court makes no finding into the salvage value of the vessel in question.

It is so ordered.

WESmith
William E. Smith
United States District Judge
Date: 6/26/08