UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK and NICHOLAS PICCHIONE, II, | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 06-190-S |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., and POINT JUDITH MARINA, LLC, | : | |
| Defendants. | : | |

ORDER

WILLIAM E. SMITH, United States District Judge

The motion of Plaintiff Northern Insurance to strike Defendant Point Judith Marina, LLC's June 17, 2008 Post-Trial Memorandum and June 23, 2008 Response to Plaintiff's Post-Trial Memorandum is denied, however, Plaintiff is given leave to file, posthaste, one brief in response to the abovementioned memoranda, with a caution that it should not re-brief on any issues previously raised in its initial post-trial brief. It is so ordered.

WESm

William E. Smith
United States District Judge
Date: 7/7/08