UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

NORTHERN INSURANCE COMPANY OF NEW YORK and NICHOLAS PICCHIONE, II,

Plaintiffs,

v. C.A. No. 06-190-S

ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., and POINT JUDITH MARINA, LLC,

Defendants.

ORDER

WILLIAM E. SMITH, United States District Judge.

Before this Court is Defendant Point Judith Marina, LLC's request to have deemed admitted the content of its first Requests for Admissions ("First Requests"), dated March 29, 2007, and Second Requests for Admissions ("Second Requests"), dated April 8, 2008, for the failure of Plaintiff Northern Insurance to timely respond.

Northern Insurance strenuously maintains in a sworn statement of counsel with supporting exhibits that it responded to Point Judith's First Requests in a timely fashion. As to the Second Requests, proffered nearly one-year later and after the close of discovery, Northern again maintains that it responded in a timely fashion and further asserts that it did so only out of caution as discovery had already closed.

Pursuant to Fed. R. Civ. P. Rule 36, Point Judith had no obligation to compel responses from Northern Insurance. However,

by failing to provide Northern Insurance with even a courtesy inquiry (as it did regarding Northern's untimely interrogatory responses) and by raising this issue one year after-the-fact on the eve of trial, Point Judith is effectively playing a game of "gotcha," an ambush tactic that this Court will not condone. Northern Insurance, in its sworn statements of counsel and supporting exhibits, provides ample evidence that it did, in fact, file a response to Point Judith's First Requests and leaves no reason for this Court to believe otherwise. Accordingly, Point Judith's request to deem admitted its March 29, 2007 Requests for Admissions is denied.

As to the Second Requests, this Court likewise has no reason to doubt the veracity of the sworn statement by counsel for Northern Insurance that timely service of its responses occurred on May 8, 2008. Moreover, as Point Judith served its requests nearly four months after the close of discovery without seeking leave from the Court, its request to deem admitted the April 8, 2008 Second Requests for Admissions is denied.

It is so ordered.

WESmith

William E. Smith
United States District Judge
Date: 7/7/08