UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK<br>Plaintiff, | : | |
| | : | C.A. 06-190S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC.<br>Defendants. | : | |
| | : | July 30, 2008 |

STIPULATION

It is hereby stipulated and agreed by the attorneys for the indicated parties that the document attached hereto as Exhibit 1 i.e. new evidence, may be entered as a full plaintiff's exhibit in the above-captioned action.

Dated: Providence, Rhode Island
July 30, 2008

Lovejoy & Associates
Attorneys for Plaintiff
Northern Insurance Company of New York

By:/s/ Frederick A. Lovejoy

Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

Dated: Providence, Rhode Island
July 30, 2008

Attorneys for Defendant

By: /s/ Michael J. Rauworth
Michael J. Rauworth, Esq. (pro hac vice)
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

SO ORDERED:

______________________________
U.S.D.J.

PicchioneStipulation7-08.doc

# Exhibit 1

05-382

JUL-8-2008 11:13A FROM:CERTIFIEDSALES 5084732021 TO:914017370200 P.2

4069

**CERTIFIED SALES, INC.**
OPERATING RI
19 UXBRIDGE ROAD
MENDON, MA 01756-1007
(508) 478-0200

THE MILFORD NATIONAL BANK
AND TRUST COMPANY
MILFORD, MASSACHUSETTS 01757
53-332-113

7/8/2008

PAY TO THE ORDER OF Zurich $ **21,360.00

Twenty-One Thousand Three Hundred Sixty and 00/100********** DOLLARS

Zurich
PO BOX 2730
Grand Rapids, MI 49501

MEMO 1995 34' Albin - Claim # 7502667

⑈004069⑈ ⑆011303327⑆ 1357984012⑈

**CERTIFIED SALES, INC.** OPERATING RI 4069

| | | | |
|---|---|---|---|
| Zurich | | 7/8/2008 | |
| | 1995 34 Albin | | 23,400.00 |
| | Storage | | -2,040.00 |

Milford National 4012 1995 34' Albin - Claim # 7502667 21,360.00

**CERTIFIED SALES, INC.** OPERATING RI 4069

| | | | |
|---|---|---|---|
| Zurich | | 7/8/2008 | |
| | 1995 34 Albin | | 23,400.00 |
| | Storage | | -2,040.00 |

PAYMENT RECORD

Milford National 4012 1995 34' Albin - Claim # 7502667 21,360.00

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on July 30, 2008, postage prepaid, to:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Albin Manufacturing, Inc.,
Albin Marine, Inc.,
Fred W.A. Peters, Monica Peters
143 River Street
Cos Cob, Connecticut 06807

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

/s/ Frederick A. Lovejoy
FREDERICK A. LOVEJOY