UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, Plaintiff, | : | CA-06-190-S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | August 15, 2008 |

<u>MOTION FOR DEFAULT JUDGMENT</u>

Plaintiff Northern Insurance Company of New York, by its attorneys Lovejoy and Associates, moves this Court for a final judgment by default against defendant Albin Manufacturing, Inc., and as grounds for the same shows:

1. The defendant Albin Manufacturing, Inc. has failed to respond to discovery, produce witnesses for deposition, cooperate with its counsel resulting in the said counsel withdrawing, and failed to defend as required by Rules 12, 37 and 55 of the Federal Rules of Civil Procedure.

2. The plaintiff Northern Insurance Company of New York is entitled to a default pursuant to Rules 12, 37 and 55 of the Federal Rules of Civil Procedure, and plaintiffs are entitled to a Default Judgment as provided for in the accompanying Affidavit for Judgment by Default.

WHEREFORE, plaintiff prays this Court to enter a Default Judgment against the defendant Albin Manufacturing, Inc. in the total amount demonstrated in Trial Exhibits 35, 36, 37, 44, 104, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124,

& 126 including costs, interest, attorneys fees and such other relief the Court may deem just and proper.

Dated: Providence, Rhode Island
August 15, 2008

Lovejoy & Associates
Attorneys for Plaintiff
Northern Insurance Company of New York

By: /s/ Frederick A. Lovejoy

Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneDefaultJudgment8-08.doc

# CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was electronically served and/or mailed on August 15, 2008, postage prepaid, to:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Albin Manufacturing, Inc.,
Albin Marine, Inc.,
Fred W.A. Peters, Monica Peters
143 River Street
Cos Cob, Connecticut 06807

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

/s/ Frederick A. Lovejoy
FREDERICK A. LOVEJOY