UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, Plaintiff, | : | CA-06-190-S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | August 15, 2008 |

28 U.S.C. SECTION 1746 STATEMENT OF FREDERICK A. LOVEJOY
IN SUPPORT OF MOTION FOR FINAL JUDGMENT BY DEFAULT

1. That I am eighteen (18) years of age or greater and understand the obligation of an oath.

2. I am a member of the bar of this Court and am associated with the firm Lovejoy and Associates. attorneys for the plaintiff Northern Insurance Company of New York in the above entitled action, and I am familiar with all the facts and circumstances in this action.

3. I make this affidavit in support of plaintiff's application for the entry of a default judgment against defendant Albin Manufacturing, Inc.

4. This is an action arising out of breach of warranty, breach of contract, breach of workmanlike performance, tort, and failure to warn.

5. Jurisdiction of the subject matter of this action is based on 28 U.S.C. § 1333 and/or 28 U.S.C. § 1332.

6. This action was commenced by the filing of a Complaint on April 24. 2006 (Docket No. 1). Defendant Albin Manufacturing. Inc. was served pursuant to statute. The

defendant Albin Manufacturing, Inc. answered the Complaint on October 30, 2006 (Docket No. 16).

7. That on January 30, 2008 (Docket No. 30), the plaintiff Northern Insurance Company of New York filed a Motion for Default Judgment or Alternatively to Compel against Albin Manufacturing, Inc. concerning: 1) its failure to produce witnesses pursuant to notice, and 2) respond to various requests for production of documents and interrogatories.

8. On January 23, 2008, Attorney Gregory Klaiber, defendant Albin Manufacturing, Inc.'s counsel, filed a Motion to Withdraw as defendant Albin Manufacturing, Inc.'s counsel (Docket No. 34).

9. That on February 21, 2008, U.S. Magistrate Judge Robert W. Lovegreen held a hearing on the said motions.

10. That U.S. Magistrate Judge Robert W. Lovegreen converted plaintiff Northern Insurance Company of New York's Motion for Default against defendant Albin Manufacturing, Inc. to a Motion to Compel, and directed defendant Albin Manufacturing, Inc. to respond to all of plaintiff Northern Insurance Company of New York's discovery requests by March 6, 2008. (See 2/21/08 Minute Entry)

11. That defendant Albin Manufacturing, Inc. failed to comply with U.S. Magistrate Robert W. Lovegreen's February 21, 2008 Order by March 6, 2008 or at any time thereafter.

12. That, thereafter, defendant Albin Manufacturing, Inc. failed to comply with the additional orders of this Court and failed to appear and defend at the trial of this matter.

13. This action seeks a default judgment for the amounts indicate in Trial Exhibits 35, 36, 37, 44, 104, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123,

124 & 126, including costs, interest, attorneys fees and other further relief as the Court may deem just and proper.

14. That the undersigned's fee agreement with the plaintiff Northern Insurance Company of New York is a one-third contingency fee of any and all amounts recovered, plus disbursements incurred.

15. That the party against whom the default judgment is sought is not an infant and/or incompetent person.

WHEREFORE, plaintiff requests the entry of Final Default and the entry of the annexed Judgment against defendant Albin Manufacturing, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Providence, Rhode Island
August 15, 2008

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York and
Nicholas Picchione, II

By:____________________________

Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneAffidavitDefault8-08.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was electronically served and/or mailed on August 15, 2008, postage prepaid, to:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Albin Manufacturing, Inc.,
Albin Marine, Inc.,
Fred W.A. Peters, Monica Peters
143 River Street
Cos Cob, Connecticut 06807

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY