UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, Plaintiff, | CA-06-190-S |
| v. | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | September 4, 2008 |

NOTICE OF APPEAL

Notice is hereby given that plaintiff Northern Insurance Company of New York hereby appeals to the United States Court of Appeals for the First Circuit from the Decision and Order entered in this action on August 8, 2008.

Dated: Providence, Rhode Island
September 4, 2008

Lovejoy & Associates
Attorneys for Plaintiff
Northern Insurance Company of New York

By: [signature]
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneAppeal9-08.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was electronically served and/or mailed on September 4, 2008, postage prepaid, to:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Albin Manufacturing, Inc.,
Albin Marine, Inc.,
Fred W.A. Peters, Monica Peters
143 River Street
Cos Cob, Connecticut 06807

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

FREDERICK A. LOVEJOY