David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

September 5, 2008

Richard Donovan, Clerk
United States Court of Appeals
Suite 2235
1 Courthouse Way
Boston, MA 02210

RE: CA06-190S Northern Insurance Co v. Albin Manufacturing, et al

Dear Mr.Donovan:

Enclosed herewith you will find the RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY/s/Paula Farrell Pletcher
DEPUTY CLERK

ENC: Case Record
Notice of Appeal
Certified Copy of Docket

One Exchange Terrace • Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247