UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Northern Insurance Co.

Vs CA06-190S

Albin Manufacturing, Inc., and
Point Judith Marina, LLC

JUDGMENT IN A CIVIL CASE

This action was tried by District Judge William E. Smith without a jury and the following decision was reached.

It is ordered that:

Judgment shall enter in favor of the Defendant Pt. Judith Marina as to all claims and against the Plaintiff Northern Insurance. The Defendant Pt. Judith Marina's Cross-Claim is ordered dismissed. The parties shall bear their own costs and attorneys' fees.

Date: September 5, 2008

/s/ Paula Farrell Pletcher
Deputy Clerk