UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, Plaintiff, | : | CA-06-190-S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | September 10 2008 |

AMENDED MOTION FOR DEFAULT JUDGMENT

Plaintiff Northern Insurance Company of New York, by its attorneys Lovejoy and Associates, moves this Court for a final judgment by default against defendant Albin Manufacturing, Inc., and as grounds for the same shows:

1. The defendant Albin Manufacturing, Inc. has failed to respond to discovery, produce witnesses for deposition, cooperate with its counsel resulting in the said counsel withdrawing, and failed to defend as required by Rules 12, 37 and 55 of the Federal Rules of Civil Procedure.

2. The plaintiff Northern Insurance Company of New York is entitled to a default pursuant to Rules 12, 37 and 55 of the Federal Rules of Civil Procedure, and plaintiffs are entitled to a Default Judgment as provided for in the accompanying 28 U.S.C Section 1746 Statements in Support of Plaintiff's Motion for Judgment by Default of Carmen ruble and Frederick A. Lovejoy, Plaintiff's Statement of Claim Re: Motion for Default Judgment and its Memorandum of Law.

WHEREFORE, plaintiff prays this Court enter a Default Judgment against the defendant Albin Manufacturing, Inc. in the total amount demonstrated in its Statement of Claim Re: Motion

for Default Judgment plus costs and attorneys fees all of which total $397,582.64, plus interest at the rate of 12% per annum from April 25, 2005 to and including the date that this Court enters judgment and for such other relief the Court may deem just and proper.

Dated: Providence, Rhode Island
September ~~8~~ 10, 2008

Lovejoy & Associates
Attorneys for Plaintiff
Northern Insurance Company of New York

By: /s/ Frederick A. Lovejoy
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneAmendedDefaultJudgment9-08.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was electronically served and/or mailed on September ~~8~~ 10, 2008 to:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

and mailed by First Class Mail and Certified Mail, Return Receipt Requested, postage prepaid, to:

Albin Manufacturing, Inc.,
c/o Fred W.A. Peters, Monica Peters
143 River Street
Cos Cob, Connecticut 06807

/s/ Frederick A. Lovejoy
FREDERICK A. LOVEJOY