UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, Plaintiff, | : | CA-06-190-S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | September 8, 2008 |

AMENDED MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT

Plaintiff Northern Insurance Company of New York respectfully submits this Memorandum in support of its Motion for a Default Judgment.

PRELIMINARY STATEMENT

This matter involves a claim against defendant Albin Manufacturing, Inc. as a result of the sinking of the M/V EVEREADY on or about April 25, 2005. Although having answered the Complaint, defendant Albin Manufacturing, Inc. has elected not to comply with the orders of this Court, produce witnesses for deposition, or to defend, resulting in the withdrawal of its counsel, and has failed to appear at the trial of this matter, et cetera.

STATEMENT OF FACTS

On April 24, 2006, the plaintiff Northern Insurance Company of New York filed this action. Thereafter, on December 23, 2006, defendant Albin Manufacturing, Inc., appeared and filed an answer with the Clerk.

Thereafter, defendant Albin Manufacturing, Inc. has failed to answer any discovery as ordered by this Court, has failed to produce witnesses as agreed by its counsel and/or as ordered

by this court, has failed to cooperate with its counsel, has failed to defend this matter, and has failed to appear for the trial of this matter.

That defendant Albin Manufacturing, Inc. refused and/or neglected to comply with this Court's order to appear and be deposed.

That on January 23, 2008, defendant's counsel, Gregory Klaiben, filed a Motion to Withdraw as attorneys for defendant Albin Manufacturing, Inc. (Docket No. 34)

On February 21, 2008, this Court issued an order permitting defendant Albin Manufacturing, Inc.'s counsel, Gregory Klaiben, to withdraw for failure of defendant Albin Manufacturing, Inc. to provide instruction to its counsel, comply with this Court's Orders and/or defend this matter.

PLAINTIFF NORTHERN INSURANCE COMPANY OF NEW YORK IS ENTITLED TO THE AMOUNT OF ITS LOSSES PLUS INTEREST, COSTS, ATTORNEY'S FEES AND OTHER APPROPRIATE RELIEF

Plaintiff Northern Insurance Company of New York is entitled, as a matter of law, to recover the amounts demonstrated in Plaintiff's Statement of Claim Re: Motion for Default Judgment, plus interest at the rate of 12% per annum pursuant to R.I. Laws Section 9-21-10 from April 25, 2005, attorney's fees and other relief the Court deems just and proper from defendant Albin Manufacturing, Inc. The plaintiff, Northern Insurance Company of New York, is entitled to the order sought, pursuant to Rule 55 of the Federal Rules of Civil Procedure, which states in pertinent part:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit, the clerk shall enter the party's default.

Entry of a default judgment is justified since defendant Albin Manufacturing, Inc. has failed to take any action in this litigation since appearing. See <u>Inman v. American Home</u>

Furniture Placement, 120 F.3d. 117 (1997). Defendant Albin Manufacturing, Inc.'s conduct and neglect is inexcusable and is evidence of a willful default. Based on defendant Albin Manufacturing, Inc.'s lack of response, disregard of time requirements, non-payment of its counsel, failure to comply with this Court's order, and failure to take part in the trial of this matter, it is clearly within the Court's discretion to grant a default judgment in favor of the plaintiff Northern Insurance Company of New York.

Finally, costs are appropriate under 28 U.S.C. Section 1920.

CONCLUSION

For the foregoing reasons, this Court should grant plaintiff Northern Insurance Company of New York's Motion for a Default Judgment against defendant Albin Manufacturing, Inc., and award it a judgment in the sum of $397,582.64, plus interest pursuant to R.I. Laws 9-21-10 from April 25, 2005 to and including the date this Court enters judgment against defendant Albin Manufacturing, Inc.

Dated: Providence, Rhode Island
September 8, 2008

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York

By: /s/ Frederick A. Lovejoy
Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneAmendedMemoDefault9-08.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was electronically served and/or mailed on September ~~8~~ 10, 2008 to:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

and mailed by First Class Mail and Certified Mail, Return Receipt Requested, postage prepaid, to:

Albin Manufacturing, Inc.,
c/o Fred W.A. Peters, Monica Peters
143 River Street
Cos Cob, Connecticut 06807

/s/ Frederick A. Lovejoy
FREDERICK A. LOVEJOY