UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, Plaintiff, | : | CA-06-190-S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | September 8, 2008 |

28 U.S.C. SECTION 1746 STATEMENT OF FREDERICK A. LOVEJOY
IN SUPPORT OF MOTION FOR FINAL JUDGMENT BY DEFAULT

1. That I am eighteen (18) years of age or greater and understand the obligation of an oath.

2. I am a member of the bar of this Court and am associated with the firm Lovejoy and Associates, attorneys for the plaintiff Northern Insurance Company of New York in the above entitled action, and I am familiar with all the facts and circumstances in this action.

3. I make this affidavit in support of plaintiff's application for the entry of a default judgment against defendant Albin Manufacturing, Inc.

4. This is an action arising out of breach of warranty, breach of contract, breach of workmanlike performance, tort, and failure to warn.

5. Jurisdiction of the subject matter of this action is based on 28 U.S.C. § 1333 and/or 28 U.S.C. § 1332.

6. This action was commenced by the filing of a Complaint on April 24, 2006 (Docket No. 1). Defendant Albin Manufacturing, Inc. was served pursuant to statute. The

defendant Albin Manufacturing, Inc. answered the Complaint on October 30, 2006 (Docket No. 16).

7. That on January 30, 2008 (Docket No. 30), the plaintiff Northern Insurance Company of New York filed a Motion for Default Judgment or Alternatively to Compel against Albin Manufacturing, Inc. concerning: 1) its failure to produce witnesses pursuant to notice, and 2) response to various requests for production of documents and interrogatories.

8. On January 23, 2008, Attorney Gregory Klaiber, defendant Albin Manufacturing, Inc.'s counsel, filed a Motion to Withdraw as defendant Albin Manufacturing, Inc.'s counsel (Docket No. 34).

9. That on February 21, 2008, U.S. Magistrate Judge Robert W. Lovegreen held a hearing on the said motions.

10. That U.S. Magistrate Judge Robert W. Lovegreen converted plaintiff Northern Insurance Company of New York's Motion for Default against defendant Albin Manufacturing, Inc. to a Motion to Compel, and directed defendant Albin Manufacturing, Inc. to respond to all of plaintiff Northern Insurance Company of New York's discovery requests by March 6, 2008. (See 2/21/08 Minute Entry)

11. That defendant Albin Manufacturing, Inc. failed to comply with U.S. Magistrate Robert W. Lovegreen's February 21, 2008 Order by March 6, 208, or at any time thereafter.

12. That, thereafter, defendant Albin Manufacturing, Inc. failed to comply with the additional orders of this Court and failed to appear and defend at the trial of this matter.

13. This action seeks a default judgment for the amounts indicated in Plaintiff's Statement of Claim Re: Motion of Default Judgment costs, interest, attorneys fees, and such and other further relief as the Court may deem just and proper.

14. That defendant Albin Manufacturing, Inc. is a Connecticut corporation and, as such, is not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

15. That I have mailed a photocopy of the Notice of Motion, 28 U.S.C. 1746 Statement of Carmen Ruble and Frederick A. Lovejoy, Memorandum of Law, Plaintiff's Statement of Clam Re: Motion for Default Judgment, and supporting and amended documents to the last known address of defendant Albin Manufacturing, Inc., c/o its registered agent(s), by regular U.S. mail, postage prepaid, and by certified mail, return receipt requested to Albin Manufacturing, Inc. c/o Fred W.A. Peters/Monica Peters, 143 River Street, Cos Cob, Connecticut 06807.

16. That a copy of the return receipt is attached hereto.

17. That the sum total of damages insured and/or incurred by plaintiff Northern Insurance Company of New York is $297,995.73, as set forth in its Statement of Claim.

18. That the undersigned's fee agreement with plaintiff Northern Insurance Company of New York is a one-third (1/3) contingency fee agreement, plus costs and expenses.

19. That the amount sought by plaintiff Northern Insurance Company of New York is $297,995.73, plus legal fees of $99,331.91, plus costs of $175.00, i.e., ½ of $350.00 filing fee, and $80.00, i.e., the process server's fee, for a total of $397,582.64.

20. That the party against whom the default judgment is sought is not an infant and/or incompetent person.

21. That the address stated in paragraph 15 above is, to the deponent's knowledge, the last known address of defendant Albin Manufacturing, Inc.

WHEREFORE, plaintiff requests the entry of Final Default and the entry of a Default Judgment against defendant Albin Manufacturing, Inc. in the amount of $397,582.64, plus interest at the rate of 12% per annum from April 25, 2005 to the date of this Court's judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Providence, Rhode Island
September 8, 2008

Frederick A. Lovejoy

PicchioneAffidavitDefault9-08.doc

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Albin Manufacturing, Inc.
c/o Fred W.A. Peters/
Monica Peters
143 River Street
Cos Cob, CT 06807

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) PETERS

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from servi... 7006 3450 0003 0426 0044

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was electronically served and/or mailed on September ~~8~~ 10, 2008 to:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

and mailed by First Class Mail and Certified Mail, Return Receipt Requested, postage prepaid, to:

Albin Manufacturing, Inc.,
c/o Fred W.A. Peters, Monica Peters
143 River Street
Cos Cob, Connecticut 06807

/s/ Frederick A. Lovejoy
FREDERICK A. LOVEJOY