UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, Plaintiff, | : | |
| v. | : | C.A. 06-190S |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | September 4, 2008 |

28 U.S.C. §1746 STATEMENT OF CARMEN RUBLE

1. That I am 18 years of age or older and understand the obligations of an oath.

2. I have reviewed the Statement of Claim of the damages incurred by Northern Insurance Company of New York in connection with the sinking/loss of the M/V EVEREADY, and the amounts stated in the Statement of Claim are true and accurate to the best of my knowledge and were paid by plaintiff Northern Insurance Company of New York.

Dated: Austin, Texas
September 4, 2008

I declare under penalty of perjury that the foregoing is true and correct.

CARMEN RUBLE

For Northern Insurance Company of New York

Picchione1746StatementCR.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was electronically served and/or mailed on September ~~4~~ 10, 2008 to:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

and mailed by First Class Mail and Certified Mail, Return Receipt Requested, postage prepaid, to:

Albin Manufacturing, Inc.,
c/o Fred W.A. Peters, Monica Peters
143 River Street
Cos Cob, Connecticut 06807

/s/ Frederick A. Lovejoy
FREDERICK A. LOVEJOY