UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NORTHERN INSURANCE COMPANY OF NEW YORK, Plaintiff, | : | CA-06-190-S |
| v. | : | |
| ALBIN MANUFACTURING, INC., STANDISH BOAT YARD, INC., AND POINT JUDITH MARINA, LLC Defendants. | : | September 4, 2008 |

## PLAINTIFF'S STATEMENT OF CLAIM

| | | |
|---|---|---|
| 1) | Storage (Belle Vue Yachting – 7/5/2005) | 510.00 |
| 2) | Storage (Belle Vue Yachting - 5/25/2005) | 340.00 |
| 3) | Storage (Point Judith Marina – 10/13/2005) | 540.00 |
| 4) | Survey Services (New England Marine Surveyors, Inc.) | 2,882.50 |
| 5) | Cleanup (Point Judith Marina – 6/23/2005) | 3,106.00 |
| 6) | Storage (Point Judith Marina – 8/24/2005) | 1,182.21 |
| 7) | Survey Services (Bruce Pfund – 9/6/2005) | 3,247.60 |
| 8) | Survey Services (New England Marine Surveyors, Inc.) | 1,410.00 |
| 9) | Hull Policy Payment to Nicholas Picchione (10/4/2005) | 200,000.00 |
| 10) | Storage and Cleanup Services (Point Judith Marina – 11/11/2005) | 9,380.54 |
| 11) | Storage (Certified Sales, Inc. – 4/6/2007) | 315.00 |
| 12) | Storage and Moving Vessel (Certified Sales Inc. – 4/6/2007) | 8,980.00 |
| 13) | Storage and Moving Vessel (Certified Sales Inc. – 6/6/2007) | 1,530.00 |
| 14) | Storage and Vessel Movement (Certified Sales Inc. 10/24/2007) | 3,060.00 |

| | | |
|---|---|---|
| 15) | Survey (New England Marine Survey – 10/22/2007) | 4,475.00 |
| 16) | Storage (Certified Sales Inc. – 1/7/2008) | 510.00 |
| 17) | Storage (Certified Sales Inc. – 2/4/2008) | 510.00 |
| 18) | Storage (Certified Sales Inc. – 3/10/2008) | 510.00 |
| 19) | Launch Vessel (Point Judith Marina – 5/3/2005) | 490.00 |
| 20) | Removal of Fuel and Equipment (Point Judith Marina – 8/18/2005) | 1,182.21 |
| 21) | Removal of Fuel and Tanks 10/2007 (Cove Haven Marina) | 6,891.95 |
| 22) | Cleanup and Vessel Salvage (Point Judith Marina – 5/12/2005) | 18,890.49 |
| 23) | Protect Vessel Remove Fuel from Tanks (Point Judith Marina – 5/19/2005) | 2,623.31 |
| 24) | Hauling Vessel (Certified Sales, Inc. – 3/21/2007) | 315.00 |
| 25) | Storage and Move/Tow Vessel from Point Judith Marina to Certified Sales at Warwick, Rhode Island (Certified Sales Inc. – 3/21/2007) | 8,980.00 |
| 26) | Storage (Certified Sales Inc. – 3/21/2007) | 3,384.09 |
| 27) | Surveying (New England Marine Surveyors – 9/21/2005) | 1,410.00 |
| 28) | Testing and Surveying of M/V EVEREADY (Bruce Pfund – 11/12/2007) | 11,339.83 |
| | TOTAL DAMAGES | $297,995.73 |

Dated: Providence, Rhode Island
September 4, 2008

Lovejoy & Associates
Attorneys for Plaintiffs
Northern Insurance Company of New York

By: /s/ Frederick A. Lovejoy

Frederick A. Lovejoy (Bar No. 5313)
1536 Westminster Street
Providence, Rhode Island 02909
(401) 273-7747
(401) 273-4818 telefax

PicchioneStatementClaim9-08.doc

Belle Vue Yachting
P.O. Box 38
Peace Dale, RI. 02883

# Invoice

| Date | Invoice # |
|---|---|
| 7/5/2005 | 3804 |

Bill To

Nicholas Picchione
P.O. Box 1220
Warwick, RI. 02886

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Summer Storage | Land Storage for Eveready month of June | 34 | 15.00 | 510.00 |
| | | | Total | $510.00 |

Pl. Exh. 35
CA 06-190-S

Belle Vue Yachting
P.O. Box 38
Peace Dale, RI. 02883

# Invoice

| Date | Invoice # |
|---|---|
| 5/25/2005 | 3750 |

| Bill To |
|---|
| Nicholas Picchione<br>P.O. Box 1220<br>Warwick, RI. 02886 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Summer Storage | Dry Storage for EVEREADY IN BVYC LOT 20.00 per day<br>May 15-May 31 | 17 | 20.00 | 340.00 |

PLEASE MAKE CHECK PAYABLE TO BELLE VUE YACHTING CENTER

**Total** $340.00

Pl. Exh. 36
CA06-190-S

**POINT JUDITH MARINA**

PO BOX 129
WAKEFIELD RI 02880
401/789 7189

# INVOICE

061949-09510

[illegible]

| | | | | |
|---|---|---|---|---|
| MM | 4017891571 | | 10/13/05 | BILL 1 |

SOLD TO: [redacted]

[illegible] 3

**SALE**

SHIP TO: [redacted]

| Quantity | Line | Part Number | Description | Location | Core | List | Net | Extension | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 36 | PJM | LAND MONTHLY | DRY STORAGE | | | | 15.00 | 540.00 | N |
| EVEREADY AUGUST STORAGE | | | | | | | | | |

RECEIVED CHANGE AUTHORIZATION

| | |
|---|---|
| NTAX PARTS | 540.00N |
| PARTS | |
| CORE | |
| LABOR | |
| MISC | |
| FREIGHT | |
| TAX | |

Customer Signature

INVOICE TOTAL

PAY THIS AMOUNT 540.00

Wallace Software Design (401) 438-3030 • www.Wallace1.com

Pl. Exh. 37
CA 06-190-S

PLAINTIFF'S EXHIBIT 39 CA 06-190S

| Paid date | Claim Number | Account Number | Serial Number | Amount |
|---|---|---|---|---|
| 08/03/2005 | | 5590036751 | 1990219675 | $2,822.50 |

THE FACE OF THIS DOCUMENT HAS A BLUE BACKGROUND - NOT A WHITE BACKGROUND. THE BACK OF THIS DOCUMENT HAS A SIMULATED WATERMARK. HOLD AT AN ANGLE TO VIEW.

| Claim Number | Accident or Loss Date | Date Issued |
|---|---|---|
| 997-411103 | 04/25/05 | 07/21/05 |

Insured
PICCHIONE NICHOLASP* 06-1341138

ZURICH
ZURICH AMERICAN INSURANCE COMPANY
1400 American Lane
Schaumberg, IL 60196-1056

DATE 07/21/05 70-2302/719

CHECK NO. 1990219675

This instrument issued for:
INVOICE#420-SERVICES THROUGH 07/12/05
COMPASS#7502667

PAY THIS SUM $**2,822.50

TWO THOUSAND, EIGHT HUNDRED TWENTY-TWO AND 50/100*******************************************

Pay to:
NEW ENGLAND MARINE SURVEYORS, INC.
70 ESSEX ROAD
WEST BROOK CT 06498

Thomas A. Bradley

LaSalle Bank N.A.
Chicago, Illinois 60603

⑈1990219675⑈ ⑆071923022⑆ 559⑈0036751⑈ ⑈0000282250⑈

Wallace Software Design (401) 438-3030 - www.Wallace1.com

**POINT JUDITH MARINA**
PO BOX 128
WAKEFIELD RI 02880

# Repair Order

9628

SERVICE INVOICE

| | | | | | | |
|---|---|---|---|---|---|---|
| AS | 4017891571 | (401) 738-7900 | (401) 529-5757 | 06/22/05 | 06/23/05 | 1 |

| | | | |
|---|---|---|---|
| | ALBIN | 95 | 300 |
| CAT | EVEREADY | | 4017891571 |
| | 311BTA | | 0000784 |

***** L A B O R *****

| Job Code | Qty | Type | Mech# | Description | Labor$$ |
|---|---|---|---|---|---|
| DISPOSA | | hr | | DISPOSAL OF OIL, FUEL, AND | |
| | | hr | | CONTAMINATED WATER IN BOAT | |

****** S U B L E T *****

| Job Code | Description | Sublet$$ |
|---|---|---|
| A | CLEAN HARBORS FOREMAN | 228.00 |
| B | FIELD TECHNICIAN | 194.00 |
| C | PICK UP/VAN/CAR/CREW CAB | 80.00 |
| D | 10/55 GAL STEEL DRUM | 525.00 |
| E | RECOVERY FEE | 230.00 |
| F | EQUIPMENT OPERATOR | 215.00 |
| G | BOX TRUCK | 230.00 |
| H | OIL CONTAMINATED ABORBENTS | 310.00 |
| I | RI GENERATOR TRANSPORT FEE | 7.00 |
| J | MASS TRANSPORT FEE | 10.00 |
| K | WATER AND OIL | 890.00 |
| L | RI GENERATOR TRANSPORT FEE | 68.00 |
| M | MASS GENERATOR FEE | 112.00 |

ENVIR./SUP 7.00

Payment Type: Bill

Customer Signature

| | |
|---|---|
| Labor | |
| Parts | |
| Sublet | 3099.00 |
| | |
| | |
| TOT Other | 7.00 |
| Tax | |
| TOTAL AMOUNT DUE | 3106.00 |

PLAINTIFF'S EXHIBIT 110 CA 06-190S

| Paid date | Claim Number | Account Number | Serial Number | Amount |
|---|---|---|---|---|
| 09/06/2005 | | 5590036751 | 1990220445 | $1,182.21 |

THE FACE OF THIS DOCUMENT HAS A BLUE BACKGROUND - NOT A WHITE BACKGROUND THE BACK OF THIS DOCUMENT HAS A SIMULATED WATERMARK. HOLD AT AN ANGLE TO VIEW.

| Claim Number | Accident or Loss Date | Date Issued |
|---|---|---|
| 997-411103 | 04/25/05 | 08/24/05 |

Insured
PICCHIONE NICHOLASP* 05-0476158

This instrument issued for:
INVOICE#9785
COMPASS#7502667

ZURICH
ZURICH AMERICAN INSURANCE COMPANY
1400 American Lane
Schaumberg, IL 60196-1056

DATE 08/24/05 70-2302/719

CHECK NO. 1990220445

PAY THIS SUM
09/06/05 E3628 T3659 $**1,182.21 *79603

ONE THOUSAND, ONE HUNDRED EIGHTY-TWO AND 21/100*********************************************

Pay to:
POINT JUDITH MARINA
P.O.BOX 129
WAKEFIELD RI 02880

Thomas A Bradley

LaSalle Bank N.A.
Chicago, Illinois 60603

⑈1990220445⑈ ⑆071923022⑆ 559⑈0036751⑈ ⑈0000118221⑈

PLAINTIFF'S EXHIBIT 41
CA 06-190S

PLAINTIFF'S EXHIBIT 42 CA 06-190S

| Paid date | Claim Number | Account Number | Serial Number | Amount |
|---|---|---|---|---|
| 09/14/2005 | | 5590036751 | 1990220711 | $3,247.60 |

THE FACE OF THIS DOCUMENT HAS A BLUE BACKGROUND - NOT A WHITE BACKGROUND. THE BACK OF THIS DOCUMENT HAS A SIMULATED WATERMARK. HOLD AT AN ANGLE TO VIEW

| Claim Number | Accident or Loss Date | Date Issued |
|---|---|---|
| 997-411103 | 04/25/05 | 09/06/05 |

Insured
PICCHIONE NICHOLASP* 05-0508645

ZURICH
ZURICH AMERICAN INSURANCE COMPANY
1400 American Lane
Schaumberg, IL 60196-1056

DATE 09/06/05 70-2302/719

CHECK NO. 1990220711

This instrument issued for:
INVOICE RE YACHT EVEREADY
COMPASS#7502667

PAY THIS SUM
$**3,247.60

THREE THOUSAND, TWO HUNDRED FORTY-SEVEN AND 60/100****************************************

Pay to:
BRUCE PFUND SPECIAL PROJECTS LLC
7 WINDOVER TURN
WESTERLY RI 02891-4070

09/14/05 E295 T295 POS 0418478202

Thomas A Bradley

LaSalle Bank N.A.
Chicago, Illinois 60603

⑈1990220711⑈ ⑆071923022⑆ 5590036751⑈ ⑈0000324760⑈

| Paid date | Claim Number | Account Number | Serial Number | Amount |
|---|---|---|---|---|
| 10/11/2005 | | 5590036751 | 1990221077 | $1,410.00 |

THE FACE OF THIS DOCUMENT HAS A BLUE BACKGROUND - NOT A WHITE BACKGROUND. THE BACK OF THIS DOCUMENT HAS A SIMULATED WATERMARK. HOLD AT AN ANGLE TO VIEW.

| Claim Number | Accident or Loss Date | Date Issued |
|---|---|---|
| 997-411103 | 04/25/05 | 09/23/05 |

Insured
PICCHIONE NICHOLASP* 06-1341138

ZURICH

ZURICH AMERICAN INSURANCE COMPANY
1400 American Lane
Schaumberg, IL 60196-1056

DATE 09/23/05 70-2302/719

CHECK NO. 1990221077

This instrument issued for.
NEMS INV#420
COMPASS#7502667

10/11/05 E4053 T4053 P

PAY THIS SUM $**1,410.00

ONE THOUSAND, FOUR HUNDRED TEN AND 00/100*************************************************

Pay to:
NEW ENGLAND MARINE SURVEYORS, INC.
70 ESSEX ROAD
WESTBROOK CT 06498

Thomas A Bradley

LaSalle Bank N.A.
Chicago, Illinois 60603

⑈1990221077⑈ ⑆071923022⑆ 559⑈0036751⑈ ⑈0000141000⑈

PLAINTIFF'S EXHIBIT 43
CA 06-190S

| Paid date | Claim Number | Account Number | Serial Number | Amount |
|---|---|---|---|---|
| 10/12/2005 | | 5590036751 | 1990221338 | $200,000.00 |

THE FACE OF THIS DOCUMENT HAS A BLUE BACKGROUND · NOT A WHITE BACKGROUND THE BACK OF THIS DOCUMENT HAS A SIMULATED WATERMARK. HOLD AT AN ANGLE TO VIEW

| Claim Number | Accident or Loss Date | Date Issued |
|---|---|---|
| 997-411103 | 04/25/05 | 10/04/05 |

Insured
PICCHIONE NICHOLASP*

ZURICH

ZURICH AMERICAN INSURANCE COMPANY
1400 American Lane
Schaumberg, IL 60196-1056

DATE 10/04/05 70-2302/719

CHECK NO. 1990221338

This instrument issued for.
TOTAL LOSS 1995 ALBW 34 -AGREED VALUE
POLICY LIMIT. COMPASS # 7502667

PAY THIS SUM
$200,000.00

TWO HUNDRED THOUSAND AND 00/100*****************************************************************

Pay to.
NICHOLAS PICCHIONE
10 NEW ENGLAND WAY
WARWICK RI 02886

Thomas A Bradley

LaSalle Bank N.A.
Chicago, Illinois 60603

⑈1990221338⑈ ⑆071923022⑆ 559⑈0036751⑈ ⑈0020000000⑈

PLAINTIFF'S EXHIBIT 44
CA 06-190S

**PT JUDITH MARINA**
P.O.BOX 129
WAKEFIELD
RI 02880

# STATEMENT

1

| Account Number | Date |
|---|---|
| 4017891571 | 08/31/05 |

Amount Remitted

NICHOLAS PICCHIONE
PO BOX 1220
WARWICK RI 02886

Please Detach And Return With Your Payment

| | | | |
|---|---|---|---|
| BALANCE AS OF 6/01/2005 | | | |
| 06/08/2005 INV 55986 MM 055986-09300 | 1,000.00 | | 9,380.54 |
| 06/08/2005 CSH 55999 PAYMENT - CREDIT CARD | | | 10,380.54 |
| 06/23/2005 INV 09628 RO 9628 C#4017891571 | 3,106.00 | 1000.00-. | 9,380.54 |
| 07/26/2005 CSH 58309 PAY - CHECK 219692 | | | 12,486.54 |
| 08/18/2005 INV 09785 RO 9785 C#4017891571 | 1,182.21 | 3106.00- | 9,380.54 |
| 08/30/2005 CSH 60530 PAY - CHECK 220445 | | | 10,562.75 |
| | | 1182.21- | 9,380.54 |

Plus Storage - Sept 540.-
Oct 540.-

Wallace Software Design (401) 438-3000 • www.wallace1.com

| Current | 30 Days | 60 Days | 90 Days | Please Pay This Amount |
|---|---|---|---|---|
| 1,182.21 | | 4,106.00 | 4,092.33 | 9380.54 |

BALANCE DUE UPON RECEIPT

PLAINTIFF'S EXHIBIT 120
CA 06-190S

PLAINTIFF'S EXHIBIT 46 CA 06-1905

| Paid date | Claim Number | Account Number | Serial Number | Amount |
| --- | --- | --- | --- | --- |
| 04/17/2007 | | 5590036751 | 1990230058 | $315.00 |

| Claim Number | Accident or Loss Date | Date Issued |
| --- | --- | --- |
| 997-411103 | 04/25/05 | 04/06/07 |

Insured
PICCHIONE NICHOLASP• 04-2687899

ZURICH

ZURICH AMERICAN INSURANCE COMPANY
1400 American Lane
Schaumberg, IL 60196 · 1056

DATE 04/06/07 70 2302 / 713

CHECK NO. 1990230058

This instrument issued for
INVOICE #6578
COMPASS #7502667

PAY THIS SUM
$****315.00

THREE HUNDRED FIFTEEN AND 00/100****************************************************

Pay to
CERTIFIED SALES
19 UXBRIDGE ROAD
MENDON MA 01756

Thomas A Bradley

LaSalle Bank N.A.
Chicago, Illinois 60603

⑈1990230058⑈ ⑆071923022⑆ 559⑈0036751⑈ ⑈0000031500⑈

| Paid date | Claim Number | Account Number | Serial Number | Amount |
|---|---|---|---|---|
| 04/17/2007 | | 5590036751 | 1990230059 | $8,980.00 |

*071000301*
04/17/2007
6417949264

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

[011100481] 04/17/2007
0833973619

THE FACE OF THIS DOCUMENT HAS A BLUE BACKGROUND - NOT A WHITE BACKGROUND. SIMULATED WATERMARK ON BACK HOLD AT AN ANGLE TO VIEW.

| Claim Number | Accident or Loss Date | Date Issued |
|---|---|---|
| 997-411103 | 04/25/05 | 04/06/07 |

Insured: PICCHIONE NICHOLASP* 04-2687899

ZURICH
ZURICH AMERICAN INSURANCE COMPANY
1400 American Lane
Schaumburg, IL 60196-1056

DATE 04/06/07

CHECK NO. 1990230059

This instrument issued for:
INVOICE 46576
COMPASS #7502667

PAY THIS SUM $**8,980.00

EIGHT THOUSAND, NINE HUNDRED EIGHTY AND 00/100

Pay to:
CERTIFIED SALES
19 UXBRIDGE ROAD
MENDON MA 01756

Thomas A Bradley

⑈1990230059⑈ ⑆071923022⑆ 559⑈0036751⑈ ⑈0000898000⑈

⑈1990230059⑈ ⑆071923022⑆ 559⑈0036751⑈ ⑈0000898000⑈

PLAINTIFF'S EXHIBIT
47
CA 06-190S

| Paid date | Claim Number | Account Number | Serial Number | Amount |
|---|---|---|---|---|
| 06/19/2007 | | 5590036751 | 1990230684 | $1,530.00 |

| Claim Number | Accident or Loss Date | Date Issued |
|---|---|---|
| 997-411103 | 04/25/05 | 06/06/07 |

Insured
PICCHIONE NICHOLASP* 04-2687899

This instrument issued for:
INVOICE 6677
COMPASS #7502667

ZURICH

ZURICH AMERICAN INSURANCE COMPANY
1400 American Lane
Schaumburg, IL 60196-1056

DATE 06/06/07 70-2302/719

CHECK NO. 1990230684

PAY THIS SUM
$**1,530.00

ONE THOUSAND, FIVE HUNDRED THIRTY AND 00/100**************************************************

Pay to:
CERTIFIED SALES, INC.
19 UXBRIDGE ROAD
MENDON MA 01756

LaSalle Bank N.A.
Chicago, Illinois 60603

Thomas A Bradley

⑈1990230684⑈ ⑆071923022⑆ 559⑈0036751⑈ ⑈0000153000⑈

PLAINTIFF'S EXHIBIT
46
CA 06-1905

# Certified Sales, Inc

Two Locations to Serve You

Massachusetts and Rhode Island



# Invoice

| Date | Invoice # |
|---|---|
| 10/4/2007 | 27082 |

**Bill To**

Zurich
PO BOX 2739
Grand Rapids, MI 49501

**Location**

Certified Sales INC.
19 UXbridge Road RTE.16
Mendon, MA01756

| Terms | Vessel | Stock # | Claim #. |
|---|---|---|---|
| | 1995 34' Albin | MA05089 | 7502667 |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Storage | Storage due to Certified sales in Warwick, RI location. From July 1, 2007 thru December 31, 2007. $ a foot per month | 6 | 510.00 | 3,060.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $3,060.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,060.00 |

19 Uxbridge Road
Mendon, MA 01756
Phone # 508-478-0200
Fax # 508-473-2021

One Bay Avenue
Warwick, RI 02889
Phone # 401-732-6300
Fax # 401-737-0200

PLAINTIFF'S EXHIBIT
112
CA 06-190S

NEW ENGLAND MARINE SURVEY, LLC.
302 Plains Road
Haddam, CT 06438
Phone (860) 554- 5062
Fax (866) 219-6112

Invoice

| Customer |
|---|
| Foremost/Zurich<br>P.O. Box 2739<br>Grand Rapids, MI 49501-2739 |

| INVOICE # | DATE |
|---|---|
| 0420(05) | 10/22/2007 |

| Claim#/Insured |
|---|
| Picchione |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Surveyor Time | | 32.5 | 100.00 | 3,250.00 |
| Clerical Unit | | 3 | 100.00 | 300.00 |
| Mileage | | 600 | 0.75 | 450.00 |
| Outside Services | Bayview Boat Haulers | 1 | | 350.00 |
| Other Expenses | ABYC Archive Standards | 1 | | 125.00 |

Picchione CL# 7502667
Tax ID# 36-4599798.
Thank you for your patronage and confidence.

**Total** 4,475.00

PLAINTIFF'S EXHIBIT
113
CA 06-190 S

# Certified Sales, Inc

Two Locations to Serve You

Massachusetts and Rhode Island

# Invoice

| Date |
|---|
| 1/7/2008 |
| Invoice # |
| 27166 |

**Bill To**

Zurich
PO BOX 2739
Grand Rapids, MI 49501

**Location**

Certified Sales INC.
19 UXbridge Road RTE. 16
Mendon, MA01756

| Terms | Vessel | Stock # | Claim #. |
|---|---|---|---|
| Due on receipt | 1995 34' Albin | MA05089 | 7502667 |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Storage | Storage due to Certified Sales in Warwick, RI location from January 1, 2008 to January 31, 2008. | | 510.00 | 510.00 |

Thank you for your business.

| | |
|---|---|
| Total | $510.00 |
| Payments/Credits | $0.00 |
| Balance Due | $510.00 |

19 Uxbridge Road
Mendon, MA 01756
Phone # 508-478-0200
Fax # 508-473-2021

One Bay Avenue
Warwick, RI 02889
Phone # 401-732-6300
Fax # 401-737-0200

PLAINTIFF'S EXHIBIT
114
CA 06-190S

Feb-13-08 06:50A P.01

# Certified Sales, Inc

Two Locations to Serve You

Massachusetts and Rhode Island



# Invoice

| Date | Invoice # |
|---|---|
| 2/4/2008 | 27191 |

| Bill To | Location |
|---|---|
| Zurich<br>PO BOX 2739<br>Grand Rapids, MI 49501 | Certified Sales INC.<br>19 UXbridge Road RTE.16<br>Mendon, MA01756 |

| Terms | Vessel | Stock # | Claim #. |
|---|---|---|---|
| Due on receipt | 1995 34' Albin | MA05089 | 7502667 |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Storage | Storage from February 1, 2008 to February 29, 2008 | | 510.00 | 510.00 |

Paid
2-13-2008
997-411103
TAX ID: 04-2687899

Thank you for your business.

| | |
|---|---|
| Total | $510.00 |
| Payments/Credits | $0.00 |
| Balance Due | $510.00 |

19 Uxbridge Road Phone # 508-478-0200
Mendon, MA 01756 Fax # 508-473-2021

One Bay Avenue Phone # 401-732-6300
Warwick, RI 02889 Fax # 401-732-0200

PLAINTIFF'S EXHIBIT 116

# Certified Sales, Inc

Two Locations to Serve You

Massachusetts and Rhode Island



# Invoice

| Date | Invoice # |
|---|---|
| 3/10/2008 | 27231 |

**Bill To**

Zurich
PO BOX 2739
Grand Rapids, MI 49501

**Location**

Certified Sales INC.
19 UXbridge Road RTE.16
Mendon, MA01756

| Terms | Vessel | Stock # | Claim #. |
|---|---|---|---|
| Due on receipt | 1995 34' Albin | MA05089 | 7502667 |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Storage | Storage from March 1, 2008 to March 31, 2008 due to CSI in our Warwick location | | 510.00 | 510.00 |

| | |
|---|---|
| Total | $510.00 |
| Payments/Credits | $0.00 |
| Balance Due | $510.00 |

19 Uxbridge Road
Mendon, MA 01756
Phone # 508-478-0200
Fax # 508-473-2021

One Bay Avenue
Warwick, RI 02889
Phone # 401-732-6300
Fax # 401-737-0200

PLAINTIFF'S EXHIBIT
115
CA 06-190S

**POINT JUDITH MARINA**
PO BOX 129
WAKEFIELD RI 02880

# Repair Order

9375

* SERVICE INVOICE *

| Salesman | Customer No. | Telephone # 1 | Telephone # 2 | Delivery Date | Finish Date | Customer PO # | Page |
|---|---|---|---|---|---|---|---|
| GK | 8603997029 | (401) 738-7900 | (401) 529-5757 | 05/03/05 | 05/03/05 | | 1 |

PICCHIONE, NICHOLAS
PO BOX 1220
WARWICK RI 02886

| | | | |
|---|---|---|---|
| | ALBIN | 95 | 300 |
| CAT | EVEREADY | | 4017891571 |
| | 3116TA | | 0000794 |

***** L A B O R *****

| Job Code | Qty | Type | Mech# | Description | Labor$$ |
|---|---|---|---|---|---|
| LAUNCH | | Flat | | LAUNCH HAUL BLOCK | 490.00 |
| CK FOR WATER INTRUSION | | | | | |

7502667, ~~BR~~ PDP

RECEIVED
[illegible] 0 [illegible] 2005
NEW ENGLAND MARINE SURVEYORS

| | |
|---|---|
| Labor | 490.00 |
| Parts | |
| Sublet | |
| | |
| | |
| | |
| | |
| Tax | |
| AMOUNT DUE | 490.00 |

Payment Type: Bill

Customer Signature

Wallace Software Design (401) 438-3030 • www.Wallace1.com

PLAINTIFF'S EXHIBIT 117
CA 06-190S

PLAINTIFF'S EXHIBIT 106 CA 06-190S



**POINT JUDITH MARINA**
PO BOX 129
WAKEFIELD RI 02880

# Repair Order

9785

[redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| DV | 4017891571 | (401) 738-7900 | (401) 529-5757 | 07/20/05 | 08/18/05 | 1 |

[redacted]

| | | | |
|---|---|---|---|
| | ALBIN | 95 | 300 |
| CAT | EVEREADY | | 4017891571 |
| | 3116TA | | 0000794 |

***** P A R T S *****

| Job Code | Qty | vdr | Part Number | Description | $ Ea. | Parts$$ |
|---|---|---|---|---|---|---|
| PULL ST | 12 | EE | SEL100 | OIL PAD 17"X19"X | 1.25 | 15.00 |
| | 1 | L | WPT43000 | PAINT SUIT LARGE | 12.10 | 12.10 |
| | 6 | JAM | F60G | SANDING DISC | 2.45 | 14.70 |
| | 4 | JAM | F80G | 80 GRIT DISC | 2.45 | 9.80 |

***** L A B O R *****

| Job Code | Qty | Type | Mech# | Description | Labor$$ |
|---|---|---|---|---|---|
| A | 8.00 | hr | 148 | PULL STBD SHAFT, PROP | 720.00 |

CUT CORNER OUT OF STBD RUDDER TO ALLOW SHAFT TO PASS.
REMOVED ADDITIONAL 55 GALLONS OF OIL/WATER MIXTURE FROM BILGE.
REMOVE RUDDER, REMOVE STBD SEACOCK, HOSE, AND ELBOW.

| Job Code | Qty | Type | Mech# | Description | Labor$$ |
|---|---|---|---|---|---|
| B | 2.00 | hr | 148 | GRIND WET AREAS IN HULL | 180.00 |
| C | 2.00 | hr | 148 | REMOVE SEACOCK | 180.00 |

****** S U B L E T *****

| Job Code | Description | Sublet$$ |
|---|---|---|
| WASTE OIL DI | WASTE OIL DISPOSAL/ 55 GAL | 40.00 |

ENVIR./SUP 7.00

Payment Type: Bill

Customer Signature

| | |
|---|---|
| Labor | 1080.00 |
| Parts | 51.60 |
| Sublet | 40.00 |
| TOT Other | 7.00 |
| Tax | 3.61 |
| [redacted] | 1182.21 |

Wallace Software Design (401) 438-3030 • www.Wallace1.com

Brewer COVE HAVEN MARINA
101 NARRAGANSETT AVE.
BARRINGTON, RI 02806
TEL. (401) 246-1600 • FAX (401) 246-0731

Work Order # : 515278

| Job Code | Job Description | Part # | Description | Q'ty | Each Price | Extension |
|---|---|---|---|---|---|---|

WORK ORDER PRICE SUMMARY

| | | |
|---|---|---|
| Total Parts | : | 378.7[illegible] |
| Total Labor | : | 3,649.00 |
| Total Other Chgs. | : | 0.00 |
| Misc. Supplies | : | 0.00 |
| Equipment Charges | : | 0.00 |
| Freight Charges | : | 0.00 |
| Mileage Charges | : | 0.00 |
| Sublet Charges | : | 2,521.88 |
| Total Other Chgs | : | 0.00 |
| Environ. Charges | : | 191.34 |
| Total Labor Disc | : | 0.00 |
| Total Parts Disc | : | 0.00 |
| Sales Tax | : | 41.12 |
| | | ========== |
| | | 6,891.95 |

WO # 515278 Charge Summary

| | | |
|---|---|---|
| Total Charges | : | 6,891.95 |
| Previous Charges | : | 0.00 |
| Current Charges | : | 6,891.95 |

Payment is due upon receipt or before boat leaves yard. Any questions must be submitted within 10 days of receipt. A 1 1/2% service charge will be added to ac[illegible] 30 days past due and all work will be halted until the account is current. The cost of collection of any monies due, including, but not limited to attorneys and ma[illegible]

PLAINTIFF'S EXHIBIT 108 C.A. 06-190S

PLAINTIFF'S EXHIBIT 118
CA 06-190 S

05/12/2005 04:16 4017830136 POINTJUDITH PAGE 01

**POINT JUDITH MARINA**
PO BOX 130
WAKEFIELD RI 02880

# Repair Order

9327

[illegible]

| | | | | | |
|---|---|---|---|---|---|
| DV | 4017891571 | (401) 738-7600 | (401) 529-6757 | 04/26/05 | 05/12/05 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| | | ALBIN | 95 | 300 | |
| CAT | | EVEREADY | | 4017891571 | |
| | 3116TA | | | 0000794 | |

***** P A R T S *****

| Job Code | Qty | vdr | Part Number | Description | $ Ea. | Parts$$ |
|---|---|---|---|---|---|---|
| BOAT SA | 2 | L | SPN30225 | GREZ-OFF 25 OZ | 6.95 | 13.90 |
| | 52 | L | SEL100 | OIL PADS | 1.50 | 78.00 |
| | 17 | ZOR | PSB3 | BILGE BAGS | 4.00 | 68.00 |
| | 18 | | ONES85 | 5" X 10' LINKABL | 90.00 | 1620.00 |
| | 10 | CH | CONTAINMENTDRUMS | WASTE OIL/FUEL D | | |

***** L A B O R *****

| Job Code | Qty | Type | Mech# | Description | Labor$$ |
|---|---|---|---|---|---|
| BOAT SA | | hr | | BOAT SANK | |
| A | 4.00 | hr | 1 | CONTAIN OIL SPILL | 340.00 |
| B | 8.00 | hr | 1 | SUPERV SALVAGE,OIL FUEL CONTAI | 580.00 |
| C | 8.00 | hr | 8 | OIL,FUEL CLEAN UP, CONTROL | 680.00 |
| D | 8.00 | hr | 47 | OIL,FUEL CONTAINMENT,CLEAN UP | 680.00 |
| E | 8.00 | hr | 60 | HELP WITH OIL CLEAN UP | 680.00 |
| H | | Flat | 141 | HAUL, BLOCK BOAT | 420.00 |

****** S U B L E T *****

| Job Code | Description | Sublet$$ |
|---|---|---|
| S | SALVAGE | 6750.00 |
| | SALVAGE | 6750.00 |
| A | RAISE VESSEL FROM 15' WATER | |
| B | US COAST GUARD REQUESTED BOAT | |
| C | BE REMOVED FROM WATER IMMEDIAT | |
| E | STABILIZED VESSEL WITH 8 LIFT | |
| F | BAGS. BLOCKED FUEL VENTS TO | |
| G | PREVENT FURTHER CONTAMINATION | |
| H | RAISE VESSEL AND PUMP DRY | |
| I | ASSIST IN BRINGING BOAT TO | |
| K | LIFT FOR HAUL. | |

ENVIR./SUP 6.00

Payment Type: Bill

Customer Signature

| | |
|---|---|
| Labor | 3480.00 |
| Parts | 1779.90 |
| Sublet | 13500.00 |
| | |
| | |
| | |
| TOT Other | 6.00 |
| Tax | 124.59 |
| [illegible] | 18880.49 |

Wallace Software Design (401) 438-3030 • www.wallacesft.com

**POINT JUDITH MARINA**
PO BOX 129
WAKEFIELD RI 02880

# Repair Order

9331

SERVICE INVOICE

| Salesman | Customer No. | Telephone #1 | Telephone #2 | Delivery Date | Finish Date | Customer PO # | Page |
|---|---|---|---|---|---|---|---|
| DV | 4017891571 | (401) 738-7900 | (401) 884-5372 | 04/26/05 | 05/19/05 | | 1 |

PICCHIONE, NICHOLAS
PO BOX 1220
WARWICK RI 02886

| Make | Model | Year | Color |
|---|---|---|---|
| 17 | YAMAHA | 99 | 100 |

| Reg # | Vin # | Stock # |
|---|---|---|
| | WHALER | 4017387900 |
| | | 0000000 |

Other | Warranty

***** P A R T S *****

| Job Code | Qty | vdr | Part Number | Description | $ Ea. | Parts$$ |
|---|---|---|---|---|---|---|
| PRESERV | 2 | L | SGR13013 | CLEANER SIMPLE G | 10.90 | 21.80 |
| | 2 | L | AWA316024 | HOSE CLAMP 5/8-1 | 3.53 | 7.06 |
| | 1 | V | 362002 | CORROSION SHIELD | 12.95 | 12.95 |
| | 1 | -DIED | | 36.0 GAL @ | 77.40 | 77.40 |
| | 25 | L | SEL100 | OIL PADS | 1.50 | 37.50 |
| | 6 | Q | CRC06068 | ENG STORE SPRAY | 6.50 | 39.00 |
| | 4 | EE | 9115/3/8 | 3/8 FUEL HOSE | 3.25 | 13.00 |
| | 6 | L | AWA316017 | HOSE CLAMP 7/16 | 3.24 | 19.44 |
| | 3 | L | SGR13013 | CLEANER SIMPLE G | 10.90 | 32.70 |
| | 3 | V | 362002 | CORROSION SHIELD | 12.95 | 38.85 |
| | 1 | EE | 5224/48100 | NITRILE GLOVES, | .50 | .50 |

***** L A B O R *****

| Job Code | Qty | Type | Mech# | Description | Labor$$ |
|---|---|---|---|---|---|
| GO OVER | 2.00 | hr | 47 | PRESV ENGS | 170.00 |
| PRESERV | 18.00 | hr | 148 | PRESERVE BOTH ENGINES, TRANSMIS | 1530.00 |

DRAIN BOTH ENGINES OF WATER, FUEL, OIL MIXTURE. MANUALLY TURN BOTH ENGINES OVER. INSURE NOT FROZEN UP. REMOVE INJECTORS, VALVE COVERS, VALVE TRAIN ASSM. FILL BOTH ENGINES WITH DIESEL FUEL, 17 GALS STBD, 19 GAL PORT. DRAIN BOTH TRANSMISSIONS FILL WITH DEISEL FUEL, 1.5 GALS EACH. REMOVED ALL BATTERIES. DRAIN, STORE BILGE WATER, FUEL, OIL. REMOVED 30 GALS BILGE WATER. ALL FLUIDS ARE CONSIDERED HAZARDOUS MATERIAL AND NEED TO BE PROPERLY DISPOSED.

| Job Code | Qty | Type | Mech# | Description | Labor$$ |
|---|---|---|---|---|---|
| REMOVE, | 7.00 | hr | 148 | REMOVE, STORE FUEL BOTH TANKS | 595.00 |

REMOVE 350 GALLONS MIXTURE OF WATER AND DIESEL FROM FUEL TANKS AND PLACE IN 55 GALLON DRUMS FOR DISPOSAL.
PACK 2 ADDITIONAL DRUMS WITH OIL ZORB BOOMS AND PADS USED TO CONTROL SPILL IN THE WATER.

ENVIR./SUP 7.00

Payment Type: Bill

Customer Signature

| | |
|---|---|
| Labor | 2295.00 |
| Parts | 300.20 |
| Sublet | |
| | |
| | |
| | |
| TOT Other | 7.00 |
| Tax | 21.01 |
| AMOUNT DUE | 2823.21 |

PLAINTIFF'S EXHIBIT
119
CA 06-190S

Wallace Software Design (401) 438-3030 • www.Wallacet.com

# Certified Sales,

19 Uxbridge Road
Mendon, MA. 01756

# Invoice

| Date | Invoice # |
|---|---|
| 3/21/2007 | 6578 |

| Bill To |
|---|
| Zurich Insurance<br>PO Box 2739<br>Grand Rapids, MI 49501-2739 |

| Location |
|---|
| Rhode Island Moving Co.<br>PO Box 7139<br>Warwick, RI 02887 |

| Claim Number | Stock Number | Terms | Vessel |
|---|---|---|---|
| 7502667 | MA05089 | Due on receipt | 1995 34' Albin |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Hauling | Paid for hauling boat out of water and brought to the Warwick, RI location<br>Paid with check#6166 | | 315.00 | 315.00 |

Thank you for your business.

| | |
|---|---|
| Total | $315.00 |
| Payments/Credits | $0.00 |
| Balance Due | $315.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 508-478-0200 | 508-473-2021 | |

PLAINTIFF'S EXHIBIT
121
CA 06-190S

# Certified Sales,

19 Uxbridge Road
Mendon, MA. 01756

# Invoice

| Date | Invoice # |
|---|---|
| 3/21/2007 | 6576 |

| Bill To |
|---|
| Zurich Insurance<br>PO Box 2739<br>Grand Rapids, MI 49501-2739 |

| Location |
|---|
| Certified Sales, Inc.<br>19 Uxbridge Road<br>Mendon, MA 01756 |

| Claim Number | Stock Number | Terms | Vessel |
|---|---|---|---|
| 7502667 | MA05089 | | 1995 34' Albin |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Services | Three hours to drive to Point Judith, RI to inspect the salvage. Made a list of parts to plug holes in vessel. Start preparing boat for tow. Service provided on November 7, 2005 | 3 | 50.00 | 150.00 |
| Services | Two men to drive to Point Judith, RI to repair vessel. Service provided on 11/18/05 | 5 | 100.00 | 500.00 |
| Services | Materials to repair vessel: fiberglass, resin, 5200, plugs 11/18/05 | | 300.00 | 300.00 |
| Hauling | Two men to drive tow boat to Point Judith, RI to Rig & Tow 34' vessel and bring back to the Warwick, RI location. Once there, proceeded to pump out water. Removed trash and debris. Hauled vessel out of water and blocked on land. Vessel secure for showings. Services provided on November 21, 2005 | 12 | 200.00 | 2,400.00 |
| storage | Storage from December 01, 2005 to March 31, 2007 | 16 | 340.00 | 5,440.00 |
| storage | pro-rated November storage at 11.33 per day @ 10 days | | 115.00 | 115.00 |
| CSI Logistic Servi... | CSI Logistic Services (visual inspection and picture taking) | | 75.00 | 75.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $8,980.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,980.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 508-478-0200 | 508-473-2021 | |

PLAINTIFF'S EXHIBIT
122
CA 06-190S



# Certified Sales,

19 Uxbridge Road
Mendon, MA. 01756

# Invoice

| Date | Invoice # |
|---|---|
| 3/21/2007 | 6577 |

| Bill To |
|---|
| Zurich Insurance<br>PO Box 2739<br>Grand Rapids, MI 49501-2739 |

| Location |
|---|
| Point Judith Marina<br>PO Box 129<br>Wakefield, RI 02880 |

| Claim Number | Stock Number | Terms | Vessel |
|---|---|---|---|
| 7502667 | MA 05089 | Due on receipt | 1995 34' Albin |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Services | Paid for services for preparation for inspection and supplies needed | | 374.09 | 374.09 |
| storage | Paid storage from June 05 - to November 05 | | 3,010.00 | 3,010.00 |
| storage | Paid with Check#6149 | | 0.00 | 0.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $3,384.09 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,384.09 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 508-478-0200 | 508-473-2021 | |

PLAINTIFF'S EXHIBIT
123
CA 06-190S

NEW ENGLAND
MARINE SURVEYORS
70 Essex Road
Westbrook, CT 06498
860-399-7029

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/21/2005 | 420 |

BILL TO

FOREMOST INSURANCE
P.O. Box 2739
Grand Rapids, MI 49501

Insured
Picchione

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Surveyor Hours | SH | 12.5 | 95.00 | 1,187.50 |
| Clerical Units | CU | 1 | 125.00 | 125.00 |
| Mileage | M | 150 | 0.65 | 97.50 |

NIM #7502667. Tax ID# 06-1341138. Thank you for your patronage and confidence!

**Total** 1,410.00

PLAINTIFF'S EXHIBIT
124
CA 06-190S

| | |
|---|---|
| STANDARD CONSULTING FEES: | $576.00 |
| ( Billed at expert witness rates @$250/hour) | |
| 10/03/07 | |
| Joint inspection @ Certified Sales with B. Robbins | |
| Notes/photos/download & collate | 2.6 |
| 10/15/07 | |
| On site for start of lava rock blasting and disassembly work | 3.0 |
| 10/16/07 | |
| On site for vessel disassembly and inspection | |
| Meet with Kevin Clarke, collect evidence | 8.2 |
| 10/17/07 | |
| On site for vessel disassembly and check, fuel pumpout | 7.6 |
| 10/18/07 | |
| Finish preparations and float test subject vessel | 7.0 |
| On site with Lovejoy and Robbins | |
| 10/19/07 | |
| Download, collate and backup all photos | 0.3 |
| 10/24/07 | |
| Review all case information and photos | |
| Start expert report preparation | 4.2 |
| 10/25/07 | |
| Write & edit report draft | 2.25 |
| 10/28/07 | |
| Prepare captioned photographs | 3.4 |
| TOTAL TIME: | 38.55 Hours |
| EXPERT WITNESS FEES: | $9,637.50 |
| EXPENSES: | |
| 10/03/07 | |
| Inspect with Bill Robbins | |
| 96 miles | $ 43.20 |
| 2 hours travel time | $140.00 |
| 10/15 to 10/18/07 4 trips to vessel | |
| 384 miles | $172.80 |
| 8 hours travel | $560.00 |
| Meals: | $42.75 |
| TOTAL BALANCE DUE to 11/12/07: | $11,172.25 |
| INTEREST ON UNPAID BALANCE TO 12/02/07 | $ 167.58 |
| TOTAL BALANCE DUE TO 1/12/08 | $11,339.83 |

PLAINTIFF'S EXHIBIT
126
CA 06-190S

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was electronically served and/or mailed on September ~~4~~ 10, 2008 to:

Robert E. Collins, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, Massachusetts 02108

Michael J. Rauworth, Esq.
Cetrulo & Capone LLP
321 South Main Street
Providence, Rhode Island 02903

and mailed by First Class Mail and Certified Mail, Return Receipt Requested, postage prepaid, to:

Albin Manufacturing, Inc.,
c/o Fred W.A. Peters, Monica Peters
143 River Street
Cos Cob, Connecticut 06807

/s/ Frederick A. Lovejoy
FREDERICK A. LOVEJOY